IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,,<br><br>Defendant. | § § § § § § § § § § § § |  CIVIL ACTION NO. 2:20-CV-00211-JRG |

## ORDER

Before the Court is the Notice Regarding Defendant's Motion to Dismiss (Dkt. No. 16) (the "Notice") filed by Defendant Cisco Systems, Inc. ("Cisco"). (Dkt. No. 32). In the Notice, Cisco represents that its present Motion to Dismiss (Dkt. No. 16) is moot due to Plaintiff's filing of an Amended Complaint (Dkt. No. 30).

Having considered the Notice, the Court finds that Cisco's Motion to Dismiss (Dkt. No. 16) is **DENIED AS MOOT** without prejudice to refiling.

**So ORDERED and SIGNED this 1st day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE