# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00211-JRG |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Joint Motion to Amend Docket Control Order (the "Motion") filed by Plaintiff Oyster Optics, LLC and Defendant Cisco Systems, Inc. (collectively, the "Parties"). (Dkt. No. 52). In the Motion, the Parties request a one-week extension of the deadline for the Parties to comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) from January 8, 2021 to January 15, 2021.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for the Parties to comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) is **extended** from January 8, 2021 to **January 15, 2021**.

**So ORDERED and SIGNED this 12th day of January, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE