# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC., | |
| Plaintiff, | Case No. 2:20-cv-00211-JRG |
| v. | |
| CISCO SYSTEMS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff Oyster Optics, LLC ("Oyster") and Defendant Cisco Systems, Inc. hereby jointly provide this Joint Claim Construction and Prehearing Statement pursuant to P.R. 4-2.

### I.   LIST OF PROPOSED CLAIM TERMS TO WHICH THE PARTIES AGREED ON A CONSTRUCTION (P.R. 4-3(a)).

| U.S. Patent No. 8,913,898[1] ||
|---|---|
| **Claim Term/Phrase (asserted claims)** | **Agreed Proposed Construction** |
| phase modulate and grammatical variants / phase modulator (claims 3, 17) / phase modulated optical signal (claims 4, 18) / phase-modulated signal (claim 10) | "alter the phase of light to create an optical signal having a phase that is representative of data. Use of phase modulation excludes the use of amplitude modulation." |
| "receiver" (claims 1, 14) | "receiver without a demodulator" |
| "the second optical signal" | "a second optical signal" is antecedent for "the second optical signal" |

| U.S. Patent No. 10,205,516 ||
|---|---|
| **Claim Term/Phrase (asserted claims)** | **Agreed Proposed Construction** |
| "phase modulate" and variants; phase modulated optical data signal (claim 6) | "alter the phase of light to create an optical signal having a phase that is representative of data. Use of phase modulation excludes the use of amplitude modulation." |

### II.  PROPOSED CLAIM CONSTRUCTIONS BY EACH PARTY FOR THE DISPUTED CLAIM TERMS (P.R. 4-3(b)).

Pursuant to P.R. 4-3(b), the Parties' proposed constructions of disputed terms are provided in the chart below. The Parties' proposed constructions are also set forth in the accompanying Exhibit 1, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

---

[1] Cisco objects to continued litigation of the '898 and '516 Patents due to Res Judicata and Kessler Doctrines. *See* D.I. 37 (Motion to Dismiss Plaintiff's First Amended Complaint as to Infringement of U.S. 8,913,898 and U.S. 10,205,516).

| U.S. Patent No. 6,665,500 |||
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Cisco's Proposed Construction** |
| "phase modulate" and variants including: "phase modulating" (claims 1, 17) | "alter the phase of light to create an optical signal having a phase that is representative of data" | "altering the phase of light to create an optical signal having a phase that is representative of data, where the phase modulating does not include amplitude modulating" |
| "phase-modulated optical signals" (claim 1) / "phase modulated optical data" (claim 16) | "phase modulate" should be construed as set forth above. Otherwise, no construction necessary. | "optical signals created by phase modulation, not amplitude modulation" |
| "amplitude-modulating" (claims 1, 17) | "amplitude modulate" and variants means "altering the amplitude of light to create an optical signal that is representative of data." Otherwise no construction necessary. | "altering the amplitude of light to create an optical signal having an amplitude that is representative of data, where the amplitude modulating does not include phase modulating" |
| "amplitude-modulated signals" (claim 16) / "amplitude-modulated optical data" (claim 17) | "amplitude modulate" should be construed as set forth above. Otherwise, no construction necessary. | "optical signals created by amplitude modulation, not phase modulation" |
| "mode" (claims 1, 16, 17) | No construction necessary. | "period during which at least one specific optical data signal is either amplitude modulated or phase modulated, but not both" |

2

| U.S. Patent No. 8,913,898[2] | | |
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Cisco's Proposed Construction** |
| "output data" | "data outputted by the receiver" | "the data encoded in the second optical signal and outputted by the receiver" |
| "input data" | "data inputted to the transmitter" | "the data inputted to the transmitter and encoded in the first optical signal" |
| "a transmitter having a laser, a modulator, and a controller" (claims 1, 14) | No construction necessary. | "transmitter containing a laser, a modulator, and a controller" |

| U.S. Patent No. 10,205,516[3] | | |
|---|---|---|
| **Claim Term/Phrase (asserted claims)** | **Oyster's Proposed Construction** | **Cisco's Proposed Construction** |
| "receiver" | No construction necessary. | "receiver without a demodulator" |
| "voltage" (claim 1) | Plain and ordinary meaning, or, in the alternative, "different in electrical potential expressed in volts." | "electric pressure that causes current to flow in a circuit" |

### III. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(c)).

Pursuant to P.R. 4-3(c), the parties estimate about four hours will be needed for the claim construction hearing (or as long as the Court needs or desires). Cisco, however, submits that if the Court were to grant Cisco's Motion to Dismiss Plaintiff's First Amended Complaint as to

---

[2] Cisco objects to continued litigation of the '898 and '516 Patents due to Res Judicata and Kessler Doctrines. *See* D.I. 37 (Motion to Dismiss Plaintiff's First Amended Complaint as to Infringement of U.S. 8,913,898 and U.S. 10,205,516).

[3] Cisco objects to continued litigation of the '898 and '516 Patents due to Res Judicata and Kessler Doctrines. *See* D.I. 37 (Motion to Dismiss Plaintiff's First Amended Complaint as to Infringement of U.S. 8,913,898 and U.S. 10,205,516).

Infringement of U.S. 8,913,898 and U.S. 10,205,516, the Markman Hearing would be done in two hours or less.

### IV.    PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(d)).

None.

Dated:  January 29, 2021

**COUNSEL FOR PLAINTIFF
OYSTER OPTICS, LLC**

/s/ *Reza Mirzaie*
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:     310/826-7474
Facsimile:      310/826-6991


T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair (TX SBN 24078488)
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
P.O. Box 13231
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

Respectfully submitted,

**COUNSEL FOR DEFENDANT
CISCO SYSTEMS, INC.**

/s/ *Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
**FINDLAY CRAFT PC**
102 N College Avenue, Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
Alice Snedeker
**DUANE MORRIS LLP**
1075 Peachtree Street, NE Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com
Email: aesnedeker@duanemorris.com

John Matthew Baird
**DUANE MORRIS LLP**
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801

Email: jmbaird@duanemorris.com

Joshua Brooks Long
**DUANE MORRIS LLP**
1330 Post Oak Boulevard
Suite 800
Houston, TX 77056
713-402-3910
Fax: 713-513-5761
Email: jblong@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on January 29, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Eric H. Findlay*
Eric H. Findlay