# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.  2:20-CV-00211-JRG |
| CISCO SYSTEMS, INC., | § § § § | |
| *Defendant*. | § | |

## ORDER OF LIMITED REFERRAL

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules of this District, the Court hereby **REFERS** this case to the Honorable Roy S. Payne for the limited and sole purpose of conducting the Claim Construction hearing, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed by Judge Payne as necessary to facilitate and expedite the Claim Construction process in this case.  All other case related responsibilities are retained by the undersigned District Judge.

**So Ordered this**
**Mar 10, 2021**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE