# EXHIBIT 6

FILE HISTORY

US 6,665,500

| | |
|---|---|
| PATENT: | 6,665,500 |
| INVENTORS: | SNAWERDT PETER |
| TITLE: | Dual-mode fiber optic telecommunications system and method |
| APPLICATION NO: | US2001772018A |
| FILED: | 29 JAN 2001 |
| ISSUED: | 16 DEC 2003 |
| COMPILED: | 12 AUG 2019 |

INFINERA 1002

PATENT NUMBER

**6665500**

6665500

09/772018
01/29/01

398 | /ss-
Class | Subclass
ISSUE CLASSIFICATION

JC944 U.S. PTO

**U.S. UTILITY Patent Application**

| | O.I.P.E. | | PATENT DATE |
|---|---|---|---|
| SCANNED AC¹ O.A. JM | | | DEC 16 2003 |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/772018 | | 398 | | | |

APPLICANTS

**BEST COPY**

TITLE

PTO-2040
12/99

---

| ISSUING CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ORIGINAL** | | | **CROSS REFERENCE(S)** | | | | |
| CLASS | SUBCLASS | | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
| 398 | 155 | | 398 | 186 | 188 | | |
| **INTERNATIONAL CLASSIFICATION** | | | | | | | |
| H 0 4 B | 10/04 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | ☐ Continued on Issue Slip Inside File Jacket | | |

---

| TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| ☐ | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 2 | 3 | 1 | 19 | 1 |

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

☐ The term of this patent shall not extend beyond the expiration date of U.S Patent. No. _____

☐ The terminal _____ months of this patent have been disclaimed.

Christine Y Leung  9-5-03
(Assistant Examiner)   (Date)

LESLIE PASCAL
PRIMARY EXAMINER

Leslie Pascal  9-5-03
(Primary Examiner)   (Date)

Sharon West  9/16/03
(Legal Instruments Examiner)   (Date)

**NOTICE OF ALLOWANCE MAILED**

9/9/03

**ISSUE FEE**

| Amount Due | wC Date Paid |
|---|---|
| 650.00 | 9-25-03 |

**ISSUE BATCH NUMBER**

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 9/99)

FILED WITH: ☐ DISK (CRF) ☐ FICHE ☐ CD-ROM
(Attached in pocket on right inside flap)

ISSUE FEE IN FILE

(FACE)

2

6,665,500

## DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

### Transaction History

| Date | Transaction Description |
|---|---|
| 01-29-2001 | Information Disclosure Statement (IDS) Filed |
| 01-29-2001 | Information Disclosure Statement (IDS) Filed |
| 01-29-2001 | Initial Exam Team nn |
| 02-14-2001 | IFW Scan & PACR Auto Security Review |
| 04-11-2001 | Correspondence Address Change |
| 04-30-2001 | Application Dispatched from OIPE |
| 05-02-2001 | Receipt of all Acknowledgement Letters |
| 05-17-2001 | Case Docketed to Examiner in GAU |
| 06-27-2001 | Petition Entered |
| 07-16-2001 | Information Disclosure Statement (IDS) Filed |
| 07-16-2001 | Information Disclosure Statement (IDS) Filed |
| 07-17-2001 | Correspondence Address Change |
| 07-17-2001 | Mail-Petition Decision - Granted |
| 04-29-2002 | Workflow - Drawings Finished |
| 04-29-2002 | Workflow - Drawings Matched with File at Contractor |
| 04-29-2002 | New or Additional Drawing Filed |
| 05-13-2002 | Information Disclosure Statement (IDS) Filed |
| 05-13-2002 | Information Disclosure Statement (IDS) Filed |
| 07-18-2002 | Information Disclosure Statement (IDS) Filed |
| 07-18-2002 | Information Disclosure Statement (IDS) Filed |
| 11-22-2002 | Information Disclosure Statement (IDS) Filed |
| 11-22-2002 | Information Disclosure Statement (IDS) Filed |
| 12-22-2002 | Case Docketed to Examiner in GAU |
| 02-28-2003 | Case Docketed to Examiner in GAU |
| 03-10-2003 | Non-Final Rejection |
| 03-13-2003 | Mail Non-Final Rejection |
| 06-11-2003 | Response after Non-Final Action |
| 06-16-2003 | Information Disclosure Statement (IDS) Filed |
| 06-16-2003 | Information Disclosure Statement (IDS) Filed |
| 07-02-2003 | Date Forwarded to Examiner |
| 09-08-2003 | Notice of Allowance Data Verification Completed |
| 09-08-2003 | Case Docketed to Examiner in GAU |
| 09-09-2003 | Mail Notice of Allowance |
| 09-16-2003 | Dispatch to Publications |
| 09-23-2003 | Workflow - File Sent to Contractor |
| 09-23-2003 | Receipt into Pubs |
| 09-25-2003 | Issue Fee Payment Verified |
| 09-25-2003 | Issue Fee Payment Received |
| 11-03-2003 | Receipt into Pubs |
| 11-12-2003 | Application Is Considered Ready for Issue |
| 11-14-2003 | Receipt into Pubs |
| 11-25-2003 | Issue Notification Mailed |
| 12-16-2003 | Recordation of Patent Grant Mailed |
| 12-16-2003 | Patent Issue Date Used in PTA Calculation |
| 01-10-2012 | Change in Power of Attorney (May Include Associate POA) |
| 01-10-2012 | Correspondence Address Change |
| 06-01-2015 | ENTITY STATUS SET TO UNDISCOUNTED (INITIAL DEFAULT SETTING OR STATUS CHANGE) |

# PATENT APPLICATION

jc944 U.S. PTO
09/772018

09772018

01/29/01

INITIALS _3/27/01_ 12

# CONTENTS

| | Date Received (Incl. C. of M.) or Date Mailed | | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application ___3___ papers. | | 42. | |
| 2. _IDS_ | _1-29-01_ | 43. | |
| 3. _Pet./Special - Accel Exam_ | _6-27-01_ | 44. | |
| 4. _Supplement to Pet. Make Special_ | _7-11-01_ | 45. | |
| 5. _Change of Address_ | _7-11-01_ | 46. | |
| 6. _Decision - Granted_ | _7-17-01_ | 47. | |
| 7. _I.D.S._ | _7.16.01_ | 48. | |
| 8. _Formal_ | _7.29.02_ | 49. | |
| 9. _Supp. IDS w/Ref._ | _I.D. 02_ | 50. | |
| 10. _Supp. IDS w/Ref._ | _7-18-02_ | 51. | |
| 11. _Supp. IDS w/Ref._ | _11-22-02_ | 52. | |
| 7/ 12. _Rep. (3 pages)_ | _3-17-03_ | 53. | |
| 13. _Amdt A_ | _6/11/03_ | 54. | |
| 14. _Suppl IDS w/ref_ | _6-18-03 Smar_ | 55. | |
| 9/8 15. _Notice of Allow_ | _9/9/03_ | 56. | |
| 16. _____ 2_ | _4/29/04_ 57. | | |
| 17. | | 58. | |
| 18. | | 59. | |
| 19. | | 60. | |
| 20. | | 61. | |
| 21. | | 62. | |
| 22. | | 63. | |
| 23. | | 64. | |
| 24. | | 65. | |
| 25. | | 66. | |
| 26. | | 67. | |
| 27. | | 68. | |
| 28. | | 69. | |
| 29. | | 70. | |
| 30. | | 71. | |
| 31. | | 72. | |
| 32. | | 73. | |
| 33. | | 74. | |
| 34. | | 75. | |
| 35. | | 76. | |
| 36. | | 77. | |
| 37. | | 78. | |
| 38. | | 79. | |
| 39. | | 80. | |
| 40. | | 81. | |
| 41. | | 82. | |

(LEFT OUTSIDE)

4

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID | DATE |
|---|---|---|---|
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | 48 | 2/27/01 |
| FORMALITY REVIEW | CCK | 1034 | 4-27-01 |
| RESPONSE FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✔ | ..................... Rejected | N | ..................... Non-elected |
| = | ..................... Allowed | I | ..................... Interference |
| − | (Through numeral)... Canceled | A | ..................... Appeal |
| ÷ | ..................... Restricted | O | ..................... Objected |

| Final | Original | | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | = | | | | | | | | |
| 10 | 2 | ﬤ | | | | | | | | |
| 2 | 3 | ﬤ | | | | | | | | |
| 3 | 4 | = | | | | | | | | |
| 4 | 5 | ﬤ | | | | | | | | |
| 5 | 6 | ✔ | = | | | | | | | |
| 6 | 7 | ✔ | = | | | | | | | |
| 7 | 8 | ✔ | = | | | | | | | |
| | 9 | ✔ | | | | | | | | |
| 8 | 10 | ✔ | = | | | | | | | |
| 9 | 11 | ✔ | = | | | | | | | |
| 11 | 12 | ✔ | = | | | | | | | |
| 12 | 13 | ✔ | = | | | | | | | |
| 13 | 14 | ✔ | = | | | | | | | |
| 14 | 15 | ✔ | = | | | | | | | |
| X | 16 | X | X | X | | | | | | |
| 15 | 17 | ✔ | = | | | | | | | |
| 16 | 18 | ✔ | = | | | | | | | |
| 17 | 19 | ✔ | = | | | | | | | |
| 18 | 20 | ✔ | = | | | | | | | |
| 19 | 21 | ✔ | = | | | | | | | |
| X | 22 | X | X | X | | | | | | |
| | 23 | | | | | | | | | |
| | 24 | | | | | | | | | |
| | 25 | | | | | | | | | |
| | 26 | | | | | | | | | |
| | 27 | | | | | | | | | |
| | 28 | | | | | | | | | |
| | 29 | | | | | | | | | |
| | 30 | | | | | | | | | |
| | 31 | | | | | | | | | |
| | 32 | | | | | | | | | |
| | 33 | | | | | | | | | |
| | 34 | | | | | | | | | |
| | 35 | | | | | | | | | |
| | 36 | | | | | | | | | |
| | 37 | | | | | | | | | |
| | 38 | | | | | | | | | |
| | 39 | | | | | | | | | |
| | 40 | | | | | | | | | |
| | 41 | | | | | | | | | |
| | 42 | | | | | | | | | |
| | 43 | | | | | | | | | |
| | 44 | | | | | | | | | |
| | 45 | | | | | | | | | |
| | 46 | | | | | | | | | |
| | 47 | | | | | | | | | |
| | 48 | | | | | | | | | |
| | 49 | | | | | | | | | |
| | 50 | | | | | | | | | |

| Final | Original | | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | | |
| | 52 | | | | | | | | | |
| | 53 | | | | | | | | | |
| | 54 | | | | | | | | | |
| | 55 | | | | | | | | | |
| | 56 | | | | | | | | | |
| | 57 | | | | | | | | | |
| | 58 | | | | | | | | | |
| | 59 | | | | | | | | | |
| | 60 | | | | | | | | | |
| | 61 | | | | | | | | | |
| | 62 | | | | | | | | | |
| | 63 | | | | | | | | | |
| | 64 | | | | | | | | | |
| | 65 | | | | | | | | | |
| | 66 | | | | | | | | | |
| | 67 | | | | | | | | | |
| | 68 | | | | | | | | | |
| | 69 | | | | | | | | | |
| | 70 | | | | | | | | | |
| | 71 | | | | | | | | | |
| | 72 | | | | | | | | | |
| | 73 | | | | | | | | | |
| | 74 | | | | | | | | | |
| | 75 | | | | | | | | | |
| | 76 | | | | | | | | | |
| | 77 | | | | | | | | | |
| | 78 | | | | | | | | | |
| | 79 | | | | | | | | | |
| | 80 | | | | | | | | | |
| | 81 | | | | | | | | | |
| | 82 | | | | | | | | | |
| | 83 | | | | | | | | | |
| | 84 | | | | | | | | | |
| | 85 | | | | | | | | | |
| | 86 | | | | | | | | | |
| | 87 | | | | | | | | | |
| | 88 | | | | | | | | | |
| | 89 | | | | | | | | | |
| | 90 | | | | | | | | | |
| | 91 | | | | | | | | | |
| | 92 | | | | | | | | | |
| | 93 | | | | | | | | | |
| | 94 | | | | | | | | | |
| | 95 | | | | | | | | | |
| | 96 | | | | | | | | | |
| | 97 | | | | | | | | | |
| | 98 | | | | | | | | | |
| | 99 | | | | | | | | | |
| | 100 | | | | | | | | | |

| Final | Original | | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 101 | | | | | | | | | |
| | 102 | | | | | | | | | |
| | 103 | | | | | | | | | |
| | 104 | | | | | | | | | |
| | 105 | | | | | | | | | |
| | 106 | | | | | | | | | |
| | 107 | | | | | | | | | |
| | 108 | | | | | | | | | |
| | 109 | | | | | | | | | |
| | 110 | | | | | | | | | |
| | 111 | | | | | | | | | |
| | 112 | | | | | | | | | |
| | 113 | | | | | | | | | |
| | 114 | | | | | | | | | |
| | 115 | | | | | | | | | |
| | 116 | | | | | | | | | |
| | 117 | | | | | | | | | |
| | 118 | | | | | | | | | |
| | 119 | | | | | | | | | |
| | 120 | | | | | | | | | |
| | 121 | | | | | | | | | |
| | 122 | | | | | | | | | |
| | 123 | | | | | | | | | |
| | 124 | | | | | | | | | |
| | 125 | | | | | | | | | |
| | 126 | | | | | | | | | |
| | 127 | | | | | | | | | |
| | 128 | | | | | | | | | |
| | 129 | | | | | | | | | |
| | 130 | | | | | | | | | |
| | 131 | | | | | | | | | |
| | 132 | | | | | | | | | |
| | 133 | | | | | | | | | |
| | 134 | | | | | | | | | |
| | 135 | | | | | | | | | |
| | 136 | | | | | | | | | |
| | 137 | | | | | | | | | |
| | 138 | | | | | | | | | |
| | 139 | | | | | | | | | |
| | 140 | | | | | | | | | |
| | 141 | | | | | | | | | |
| | 142 | | | | | | | | | |
| | 143 | | | | | | | | | |
| | 144 | | | | | | | | | |
| | 145 | | | | | | | | | |
| | 146 | | | | | | | | | |
| | 147 | | | | | | | | | |
| | 148 | | | | | | | | | |
| | 149 | | | | | | | | | |
| | 150 | | | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

5



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 559 | 180 | 3-03 | Cl |
| | 181 | | |
| | 182 | | |
| | 183 | | |
| | 184 | | |
| | 185 | | |
| | 186 | | |
| | 187 | | |
| | 188 | | |
| | 110 | | |
| 398 | 185 | 8-29-03 | Cl |
| | 186 | | |
| | 188 | | |
| | 202 | | |
| | 203 | | |
| | 204 | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | Date | Exmr. |
|---|---|---|
| consulted w/ Leslie Pascal | 8-29-03 | Cl |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 398 | 185 | 9-3-03 | Cl |

(RIGHT OUTSIDE)

6

| L Number | Hits | Search Text | DB | Time stamp |
|---|---|---|---|---|
| 1 | 248 | 398/202.ccls. | USPAT | 2003/09/05 09:19 |
| 2 | 19 | interferometer$1 and 398/202.ccls. | USPAT | 2003/09/05 09:20 |
| 4 | 166 | 398/203,204.ccls. | USPAT | 2003/09/05 09:20 |
| 5 | 20 | interferometer$1 and 398/203,204.ccls. | USPAT | 2003/09/05 09:20 |
| 6 | 407 | 398/202.ccls. or 398/203,204.ccls. | USPAT | 2003/09/05 09:20 |
| 7 | 130 | (398/202.ccls. or 398/203,204.ccls.) and (phase same (amplitude or intensity)) | USPAT | 2003/09/05 09:20 |

C:\APPS\EAST\workspaces\09772018.wsp

| L Number | Hits | Search Text | DB | Time stamp |
|---|---|---|---|---|
| 31 | 2 | ("6215565").PN. | USPAT; EPO; JPO; DERWENT | 2003/03/09 17:28 |
| 32 | 2 | ("5483370").PN. | USPAT; EPO; JPO; DERWENT | 2003/03/09 17:28 |
| - | 12526 | phase adj modulat$4 | USPAT | 2001/07/25 14:01 |
| - | 20402 | amplitude adj modulat$4 | USPAT | 2001/07/25 13:31 |
| - | 2715 | (phase adj modulat$4) same (amplitude adj modulat$4) | USPAT | 2001/07/25 13:41 |
| - | 1107 | ((phase adj modulat$4) same (amplitude adj modulat$4)) and optic$4 | USPAT | 2001/07/25 13:31 |
| - | 2101 | (phase adj modulat$4) with (amplitude adj modulat$4) | USPAT | 2001/07/25 13:31 |
| - | 842 | ((phase adj modulat$4) with (amplitude adj modulat$4)) and optic$4 | USPAT | 2001/07/25 13:32 |
| - | 232 | ((phase adj modulat$4) with (amplitude adj modulat$4)) same transmitter | USPAT | 2001/07/25 13:31 |
| - | 56 | (((phase adj modulat$4) with (amplitude adj modulat$4)) same transmitter) and optic$4 | USPAT | 2001/07/25 13:35 |
| - | 108 | 332/145.ccls. | USPAT | 2001/07/25 13:35 |
| - | 3 | optic$4 and 332/145.ccls. | USPAT | 2001/07/25 13:37 |
| - | 142 | 332/144.ccls. | USPAT | 2001/07/25 13:37 |
| - | 98 | 332/149.ccls. | USPAT | 2001/07/25 13:37 |
| - | 10 | 332/144.ccls. and 332/149.ccls. | USPAT | 2001/07/25 13:37 |
| - | 6371 | 359/109-195.ccls. | USPAT | 2001/07/25 13:45 |
| - | 197 | ((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/109-195.ccls. | USPAT | 2001/07/25 13:45 |
| - | 132 | (((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/109-195.ccls.) and transmitter$1 | USPAT | 2001/07/25 13:48 |
| - | 429 | 359/181.ccls. | USPAT | 2001/07/25 13:48 |
| - | 42 | ((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/181.ccls. | USPAT | 2001/07/25 13:48 |
| - | 203 | (phase adj modulator) same (amplitude adj modulator) | USPAT | 2001/07/25 14:01 |
| - | 26 | ((phase adj modulator) same (amplitude adj modulator)) and 359/109-195.ccls. | USPAT | 2001/07/25 14:01 |
| - | 14 | (((phase adj modulator) same (amplitude adj modulator)) and 359/109-195.ccls.) not (((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/181.ccls.) | USPAT | 2001/07/25 14:09 |
| - | 1308 | 359/180-188.ccls. | USPAT | 2001/07/25 14:10 |
| - | 2162 | modulators with switch$4 | USPAT | 2001/07/25 14:27 |
| - | 38 | 359/180-188.ccls. and (modulators with switch$4) | USPAT | 2001/07/25 14:10 |
| - | 1049 | modulators with select$4 | USPAT | 2001/07/25 14:27 |
| - | 27 | (modulators with select$4) and 359/180-188.ccls. | USPAT | 2001/07/25 14:27 |

| | | | | |
|---|---|---|---|---|
| - | 90 | (((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/181.ccls.) or (((phase adj modulator) same (amplitude adj modulator)) and 359/109-195.ccls.) or ((((phase adj modulator) same (amplitude adj modulator)) and 359/109-195.ccls.) not (((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/181.ccls.)) or (359/180-188.ccls. and (modulators with switch$4)) | USPAT | 2001/07/25 14:28 |
| - | 16 | ((modulators with select$4) and 359/180-188.ccls.) not ((((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/181.ccls.) or (((phase adj modulator) same (amplitude adj modulator)) and 359/109-195.ccls.) or ((((phase adj modulator) same (amplitude adj modulator)) and 359/109-195.ccls.) not (((phase adj modulat$4) same (amplitude adj modulat$4)) and 359/181.ccls.)) or (359/180-188.ccls. and (modulators with switch$4))) | USPAT | 2001/07/25 14:28 |
| - | 26 | (US "5694094" A US "6259836" B1 US "6256127" B1 US "6130767" A US "6124960" A US "6122086" A US "5999300" A US "5946119" A US "5880870" A US "5828478" A US "5699179" A US "5691832" A US "5420868" A US "5373382" A US "4912526" A US "4893353" A US "4408354" A US "6134033" A US "5910852" A US "5477375" A US "5473460" A US "4468766" A US "6097525" A US "5394261" A US "5339183" A US "3956626" A ).pn. | USPAT | 2001/07/25 14:41 |

9

| | | 25 | ((US "5694094" A<br>US "6259836" B1<br>US "6256127" B1<br>US "6130767" A<br>US "6124960" A<br>US "6122086" A<br>US "5999300" A<br>US "5946119" A<br>US "5880870" A<br>US "5828478" A<br>US "5699179" A<br>US "5691832" A<br>US "5420868" A<br>US "5373382" A<br>US "4912526" A<br>US "4893353" A<br>US "4408354" A<br>US "6134033" A<br>US "5910852" A<br>US "5477375" A<br>US "5473460" A<br>US "4468766" A<br>US "6097525" A<br>US "5394261" A<br>US "5339183" A<br>US "3956626" A<br>}.pn.) and ((amplitude or intensity) and<br>phase) | USPAT | 2001/07/25<br>14:51 |
|---|---|---|---|---|---|

10

| | | | | |
|---|---|---|---|---|
| – | 1 | `((US "5694094" A`<br>`US "6259836" B1`<br>`US "6256127" B1`<br>`US "6130767" A`<br>`US "6124960" A`<br>`US "6122086" A`<br>`US "5999300" A`<br>`US "5946119" A`<br>`US "5880870" A`<br>`US "5828478" A`<br>`US "5699179" A`<br>`US "5691832" A`<br>`US "5420868" A`<br>`US "5373382" A`<br>`US "4912526" A`<br>`US "4893353" A`<br>`US "4408354" A`<br>`US "6134033" A`<br>`US "5910852" A`<br>`US "5477375" A`<br>`US "5473460" A`<br>`US "4468766" A`<br>`US "6097525" A`<br>`US "5394261" A`<br>`US "5339183" A`<br>`US "3956626" A`<br>`).pn.) not (((US "5694094" A`<br>`US "6259836" B1`<br>`US "6256127" B1`<br>`US "6130767" A`<br>`US "6124960" A`<br>`US "6122086" A`<br>`US "5999300" A`<br>`US "5946119" A`<br>`US "5880870" A`<br>`US "5828478" A`<br>`US "5699179" A`<br>`US "5691832" A`<br>`US "5420868" A`<br>`US "5373382" A`<br>`US "4912526" A`<br>`US "4893353" A`<br>`US "4408354" A`<br>`US "6134033" A`<br>`US "5910852" A`<br>`US "5477375" A`<br>`US "5473460" A`<br>`US "4468766" A`<br>`US "6097525" A`<br>`US "5394261" A`<br>`US "5339183" A`<br>`US "3956626" A`<br>`).pn.) and ((amplitude or intensity) and`<br>`phase))` | USPAT | 2001/07/25<br>14:51 |
| – | 154 | `(370/204).CCLS.` | USPAT | 2001/07/26<br>11:37 |
| – | 12 | `3737776.URPN.` | USPAT | 2001/07/26<br>09:35 |
| – | 154 | `(370/204).CCLS.` | USPAT | 2001/07/26<br>11:37 |
| – | 61 | `((370/204).CCLS.) and switch$4` | USPAT | 2001/07/26<br>11:38 |
| – | 42 | `(((370/204).CCLS.) and switch$4) and`<br>`phase and amplitude` | USPAT | 2001/07/26<br>11:46 |
| – | 19 | `(((370/204).CCLS.) and switch$4) and`<br>`(phase adj modulat$4) and (amplitude adj`<br>`modulat$4)` | USPAT | 2001/07/26<br>12:02 |
| – | 3 | `("3611209" | "3697892" | "3828279").PN.` | USPAT | 2001/07/26<br>12:01 |
| – | 18 | `3987374.URPN.` | USPAT | 2001/07/26<br>12:01 |

C:\APPS\EAST\workspaces\09772018.wsp

| | | | | |
|---|---|---|---|---|
| – | 18 | (multi-mode or multimode or dual-mode or (dual adj mode)) adj modulator$1 | USPAT | 2002/06/25 12:04 |
| – | 14 | ((multi-mode or multimode or dual-mode or (dual adj mode)) adj modulator$1) and phase | USPAT | 2001/07/26 12:13 |
| – | 7 | (((multi-mode or multimode or dual-mode or (dual adj mode)) adj modulator$1) and phase) and amplitude | USPAT | 2001/07/26 12:13 |
| – | 19 | 3987374.URPN. | USPAT | 2002/06/25 08:28 |
| – | 6 | ("3787785" | "3958191" | "3987374" | "4404532" | "4442530" | "4504802").PN. | USPAT | 2002/06/25 08:49 |
| – | 3 | ("3617889" | "3697892" | "3816657").PN. | USPAT | 2002/06/25 08:50 |
| – | 17 | 3958191.URPN. | USPAT | 2002/06/25 08:50 |
| – | 65 | (multi-mode or multimode or dual-mode or (dual adj mode)) adj transmitter$1 | USPAT | 2002/06/25 09:00 |
| – | 1572 | (time adj division) and (phase with modulat$4) and (amplitude with modulat$4) | USPAT | 2002/06/25 09:02 |
| – | 33 | 359/135-140.ccls. and ((time adj division) and (phase with modulat$4) and (amplitude with modulat$4)) | USPAT | 2002/06/25 09:47 |
| – | 15 | hait-john-$.in. | USPAT | 2002/06/25 09:47 |
| – | 28 | ("4103238" | "4267591" | "4281412" | "4485357" | "4737968" | "5093848" | "5136616" | "5191597" | "5222103" | "5331666" | "5335250" | "5462355" | "5491457" | "5491832" | "5557645" | "5559788" | "5568518" | "5577068" | "5577087" | "5602868" | "5612651" | "5615231" | "5619553" | "5629956" | "5671253" | "5678183" | "5694433" | "5784412").PN. | USPAT | 2002/06/25 14:24 |
| – | 7 | ("5124672" | "5179360" | "5249302" | "5291516" | "5422931" | "5428664" | "5446421").PN. | USPAT | 2002/06/25 09:59 |
| – | 27 | 5577087.URPN. | USPAT | 2002/06/25 10:15 |
| – | 57 | 5291516.URPN. | USPAT | 2002/06/25 10:37 |

| | 61 | (US "6124960" A<br>US "6134033" A<br>US "5946119" A<br>US "6122086" A<br>US "5910852" A<br>US "5477375" A<br>US "6097525" A<br>US "5339183" A<br>US "3987374" A<br>US "5748678" A<br>US "4955083" A<br>US "4584540" A<br>US "3958191" A<br>US "6281748" B1<br>US "6185259" B1<br>US "5428664" A<br>US "5422931" A<br>US "5249302" A<br>US "5179360" A<br>US "5602868" A<br>US "5577087" A<br>US "6192070" B1<br>US "5771442" A<br>US "5291516" A<br>US "5880870" A<br>US "5373382" A<br>US "5694094" A<br>US "6259836" B1<br>US "6256127" B1<br>US "6130767" A<br>US "5699179" A<br>US "5691832" A<br>US "5473460" A<br>US "5828478" A<br>US "5999300" A<br>US "4408354" A<br>US "4912526" A<br>US "4893353" A<br>US "4468766" A<br>US "5394261" A<br>US "3956626" A<br>US "5420868" A<br>US "4381560" A<br>US "4379947" A<br>US "4206320" A<br>US "4217467" A<br>US "3737776" A<br>US "3366882" A<br>US "3406343" A<br>US "3499995" A<br>US "3553367" A<br>US "3160812" A<br>US "3260964" A<br>US "3178515" A<br>US "3188573" A<br>US "2619547" A<br>US "2582968" A<br>US "2611826" A<br>US "2662116" A<br>US "6256124" B1<br>US "5678183" A<br>).pn. | USPAT | 2002/06/25<br>10:40 |

13

| | | | | |
|---|---|---|---|---|
| | 26 | ((US "6124960" A<br>US "6134033" A<br>US "5946119" A<br>US "6122086" A<br>US "5910852" A<br>US "5477375" A<br>US "6097525" A<br>US "5339183" A<br>US "3987374" A<br>US "5748678" A<br>US "4955083" A<br>US "4584540" A<br>US "3958191" A<br>US "6281748" B1<br>US "6185259" B1<br>US "5428664" A<br>US "5422931" A<br>US "5249302" A<br>US "5179360" A<br>US "5602868" A<br>US "5577087" A<br>US "6192070" B1<br>US "5771442" A<br>US "5291516" A<br>US "5880870" A<br>US "5373382" A<br>US "5694094" A<br>US "6259836" B1<br>US "6256127" B1<br>US "6130767" A<br>US "5699179" A<br>US "5691832" A<br>US "5473460" A<br>US "5828478" A<br>US "5999300" A<br>US "4408354" A<br>US "4912526" A<br>US "4893353" A<br>US "4468766" A<br>US "5394261" A<br>US "3956626" A<br>US "5420868" A<br>US "4381560" A<br>US "4379947" A<br>US "4206320" A<br>US "4217467" A<br>US "3737776" A<br>US "3366882" A<br>US "3406343" A<br>US "3499995" A<br>US "3553367" A<br>US "3160812" A<br>US "3260964" A<br>US "3178515" A<br>US "3188573" A<br>US "2619547" A<br>US "2582968" A<br>US "2611826" A<br>US "2662116" A<br>US "6256124" B1<br>US "5678183" A<br>).pn.) and (fiber$1 or optic$4) | USPAT | 2002/06/25<br>10:40 |
| | 187 | (multi-mode or multimode or dual-mode or<br>(dual adj mode)) with modulator$1 | USPAT | 2002/06/25<br>12:09 |
| | 273 | (multi-mode or multimode or dual-mode or<br>(dual adj mode)) with modulator$1 | USPAT;<br>EPO; JPO;<br>DERWENT | 2002/06/25<br>12:19 |
| | 14736 | 359/109-195.ccls. | USPAT;<br>EPO; JPO;<br>DERWENT | 2002/06/25<br>12:10 |

| | | | | |
|---|---|---|---|---|
| - | 18 | ((multi-mode or multimode or dual-mode or (dual adj mode)) with modulator$1) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 12:10 |
| - | 337 | (multi-mode or dual-mode or (dual adj mode)) with transmitter$1 | USPAT; EPO; JPO; DERWENT | 2002/06/25 12:20 |
| - | 19 | ((multi-mode or dual-mode or (dual adj mode)) with transmitter$1) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 12:18 |
| - | 15 | (((multi-mode or dual-mode or (dual adj mode)) with transmitter$1) and 359/109-195.ccls.) not (((multi-mode or multimode or dual-mode or (dual adj mode)) with modulator$1) and 359/109-195.ccls.) | USPAT; EPO; JPO; DERWENT | 2002/06/25 12:18 |
| - | 172 | 359/183.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 12:20 |
| - | 577 | interferometer and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 15:52 |
| - | 264 | (interferometer same phase) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 15:53 |
| - | 19 | (US "6124960" A US "6134033" A US "5946119" A US "6122086" A US "5880870" A US "5373382" A US "5694094" A US "5910852" A US "5699179" A US "5473460" A US "5828478" A US "5999300" A US "4912526" A US "4893353" A US "5477375" A US "4468766" A US "6097525" A US "5394261" A US "5420868" A ).pn. | USPAT | 2002/06/25 16:04 |
| - | 6 | interferometer and ((US "6124960" A US "6134033" A US "5946119" A US "6122086" A US "5880870" A US "5373382" A US "5694094" A US "5910852" A US "5699179" A US "5473460" A US "5828478" A US "5999300" A US "4912526" A US "4893353" A US "5477375" A US "4468766" A US "6097525" A US "5394261" A US "5420868" A ).pn.) | USPAT | 2002/06/25 16:09 |
| - | 6583 | 359/237-324.ccls. | USPAT | 2002/06/25 16:11 |
| - | 7019 | 359/109-195.ccls. | USPAT | 2002/06/25 16:11 |
| - | 13303 | 359/237-324.ccls. or 359/109-195.ccls. | USPAT | 2002/06/25 16:11 |

| | | | | |
|---|---|---|---|---|
| – | 5 | (359/237-324.ccls. or 359/109-195.ccls.) and ((standby or backup or back-up or stand-by) with modulator$1) | USPAT | 2002/06/25 16:19 |
| – | 275 | 359/276.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 16:20 |
| – | 208 | 359/279.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 16:20 |
| – | 17 | 359/276.ccls. and 359/279.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 16:28 |
| – | 5248 | optic$4 and ((phase with modulat$4) same (amplitude with modulat$4)) | USPAT; EPO; JPO; DERWENT | 2002/06/25 16:32 |
| – | 3394 | ((phase with modulat$4) same (amplitude with modulat$4) same (switch$4 or select$4)) | USPAT; EPO; JPO; DERWENT | 2002/06/25 16:32 |
| – | 999 | optic$4 and (((phase with modulat$4) same (amplitude with modulat$4) same (switch$4 or select$4))) | USPAT; EPO; JPO; DERWENT | 2002/06/25 16:32 |
| – | 14736 | 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/06/25 16:33 |
| – | 105 | 359/109-195.ccls. and (optic$4 and (((phase with modulat$4) same (amplitude with modulat$4) same (switch$4 or select$4)))) | USPAT; EPO; JPO; DERWENT | 2002/06/26 07:20 |
| – | 18 | (("5822102") or ("4754452") or ("5946119") or ("5940452") or ("5920416") or ("5291516") or ("5239306") or ("6243505") or ("5726784") or ("5793512") or ("5896211") or ("6097525") or ("6256130") or ("5543952") or ("5223967") or ("5606446") or ("5455698") or ("6072615")).PN. | USPAT | 2002/06/27 15:19 |
| – | 0 | halbert-lasalle.in. | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:16 |
| – | 0 | halbert-lasalle-$.in. | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:17 |
| – | 0 | halbert-lasalle | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:17 |
| – | 0 | (halbert and lasalle).in. | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:18 |
| – | 319 | (halbert).in. | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:19 |
| – | 119 | (lasalle).in. | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:18 |
| – | 0 | ((halbert).in.) and ((lasalle).in.) | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:18 |
| – | 21 | 1999.py. and ((halbert).in.) | USPAT; EPO; JPO; DERWENT | 2002/06/27 15:19 |
| – | 19 | (("5822102") or ("4754452") or ("5946119") or ("5940452") or ("5920416") or ("5291516") or ("5239306") or ("6243505") or ("5726784") or ("5793512") or ("5896211") or ("6097525") or ("6256130") or ("5543952") or ("5223967") or ("5606446") or ("5455698") or ("6072615") or ("RE36430")).PN. | USPAT | 2002/06/27 16:12 |
| – | 3 | (("3699463") or ("3975628") or ("5991477")).PN. | USPAT | 2002/06/27 16:12 |

16

| | | | | |
|---|---|---|---|---|
| — | 46 | leung-christina-$.xa. | USPAT; EPO; JPO; DERWENT | 2002/10/01 09:27 |
| — | 2 | wo-9631025-$.did. | USPAT; EPO; JPO; DERWENT | 2002/10/01 14:52 |
| — | 63 | (US-5771442-$ or US-6281748-$ or US-6185259-$ or US-4381560-$ or US-4379947-$ or US-4217467-$ or US-4206320-$ or US-3987374-$ or US-3737776-$ or US-3406343-$ or US-3499995-$ or US-3553367-$ or US-3366882-$ or US-3160812-$ or US-3188573-$ or US-3260964-$ or US-3178515-$ or US-2619547-$ or US-2582968-$ or US-2662116-$ or US-2611826-$ or US-5748678-$ or US-4955083-$ or US-4584540-$ or US-3958191-$ or US-5678183-$).did. or (US-5577087-$ or US-5602868-$ or US-6256124-$ or US-6124960-$ or US-6134033-$ or US-6122086-$ or US-5946119-$ or US-5880870-$ or US-5373382-$ or US-5694094-$ or US-6259836-$ or US-6256127-$ or US-6130767-$ or US-5910852-$ or US-5691832-$ or US-5699179-$ or US-5473460-$ or US-5420868-$ or US-5422772-$ or US-5291516-$ or US-5999300-$ or US-5828478-$ or US-4912526-$ or US-4408354-$ or US-4893353-$ or US-5428664-$ or US-6097525-$).did. or (US-5917628-$ or US-5339183-$ or US-5394261-$ or US-3956626-$ or US-5249302-$ or US-5422931-$ or US-5179360-$ or US-6192070-$ or US-5477375-$ or US-4468766-$).did. | USPAT | 2002/10/03 08:32 |
| — | 45 | ((US-5771442-$ or US-6281748-$ or US-6185259-$ or US-4381560-$ or US-4379947-$ or US-4217467-$ or US-4206320-$ or US-3987374-$ or US-3737776-$ or US-3406343-$ or US-3499995-$ or US-3553367-$ or US-3366882-$ or US-3160812-$ or US-3188573-$ or US-3260964-$ or US-3178515-$ or US-2619547-$ or US-2582968-$ or US-2662116-$ or US-2611826-$ or US-5748678-$ or US-4955083-$ or US-4584540-$ or US-3958191-$ or US-5678183-$).did. or (US-5577087-$ or US-5602868-$ or US-6256124-$ or US-6124960-$ or US-6134033-$ or US-6122086-$ or US-5946119-$ or US-5880870-$ or US-5373382-$ or US-5694094-$ or US-6259836-$ or US-6256127-$ or US-6130767-$ or US-5910852-$ or US-5691832-$ or US-5699179-$ or US-5473460-$ or US-5420868-$ or US-5422772-$ or US-5291516-$ or US-5999300-$ or US-5828478-$ or US-4912526-$ or US-4408354-$ or US-4893353-$ or US-5428664-$ or US-6097525-$).did. or (US-5917628-$ or US-5339183-$ or US-5394261-$ or US-3956626-$ or US-5249302-$ or US-5422931-$ or US-5179360-$ or US-6192070-$ or US-5477375-$ or US-4468766-$).did.) and (phase with modulat$4) | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:52 |

Search History   3/9/03 5:31:48 PM   Page 10

C:\APPS\EAST\workspaces\09772018.wsp

| | | | | |
|---|---|---|---|---|
| – | 45 | ((US-5771442-$ or US-6281748-$ or US-6185259-$ or US-4381560-$ or US-4379947-$ or US-4217467-$ or US-4206320-$ or US-3987374-$ or US-3737776-$ or US-3406343-$ or US-3499995-$ or US-3553367-$ or US-3366882-$ or US-3160812-$ or US-3188573-$ or US-3260964-$ or US-3178515-$ or US-2619547-$ or US-2582968-$ or US-2662116-$ or US-2611826-$ or US-5748678-$ or US-4955083-$ or US-4584540-$ or US-3958191-$ or US-5678183-$).did. or (US-5577087-$ or US-5602868-$ or US-6256124-$ or US-6124960-$ or US-6134033-$ or US-6122086-$ or US-5946119-$ or US-5880870-$ or US-5373382-$ or US-5694094-$ or US-6259836-$ or US-6256127-$ or US-6130767-$ or US-5910852-$ or US-5691832-$ or US-5699179-$ or US-5473460-$ or US-5420868-$ or US-5422772-$ or US-5291516-$ or US-5999300-$ or US-5828478-$ or US-4912526-$ or US-4408354-$ or US-4893353-$ or US-5428664-$ or US-6097525-$).did. or (US-5917628-$ or US-5339183-$ or US-5394261-$ or US-3956626-$ or US-5249302-$ or US-5422931-$ or US-5179360-$ or US-6192070-$ or US-5477375-$ or US-4468766-$).did.) and ((intensity or amplitude) with modulat$4) | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:51 |

18

| | | | | |
|---|---|---|---|---|
| - | 42 | (((US-5771442-$ or US-6281748-$ or US-6185259-$ or US-4381560-$ or US-4379947-$ or US-4217467-$ or US-4206320-$ or US-3987374-$ or US-3737776-$ or US-3406343-$ or US-3499995-$ or US-3553367-$ or US-3366882-$ or US-3160812-$ or US-3188573-$ or US-3260964-$ or US-3178515-$ or US-2619547-$ or US-2582968-$ or US-2662116-$ or US-2611826-$ or US-5748678-$ or US-4955083-$ or US-4584540-$ or US-3958191-$ or US-5678183-$).did. or (US-5577087-$ or US-5602868-$ or US-6256124-$ or US-6124960-$ or US-6134033-$ or US-6122086-$ or US-5946119-$ or US-5880870-$ or US-5373382-$ or US-5694094-$ or US-6259836-$ or US-6256127-$ or US-6130767-$ or US-5910852-$ or US-5691832-$ or US-5699179-$ or US-5473460-$ or US-5420868-$ or US-5422772-$ or US-5291516-$ or US-5999300-$ or US-5828478-$ or US-4912526-$ or US-4408354-$ or US-4893353-$ or US-5428664-$ or US-6097525-$).did. or (US-5917628-$ or US-5339183-$ or US-5394261-$ or US-3956626-$ or US-5249302-$ or US-5422931-$ or US-5179360-$ or US-6192070-$ or US-5477375-$ or US-4468766-$).did.) and (phase with modulat$4)) and (((US-5771442-$ or US-6281748-$ or US-6185259-$ or US-4381560-$ or US-4379947-$ or US-4217467-$ or US-4206320-$ or US-3987374-$ or US-3737776-$ or US-3406343-$ or US-3499995-$ or US-3553367-$ or US-3366882-$ or US-3160812-$ or US-3188573-$ or US-3260964-$ or US-3178515-$ or US-2619547-$ or US-2582968-$ or US-2662116-$ or US-2611826-$ or US-5748678-$ or US-4955083-$ or US-4584540-$ or US-3958191-$ or US-5678183-$).did. or (US-5577087-$ or US-5602868-$ or US-6256124-$ or US-6124960-$ or US-6134033-$ or US-6122086-$ or US-5946119-$ or US-5880870-$ or US-5373382-$ or US-5694094-$ or US-6259836-$ or US-6256127-$ or US-6130767-$ or US-5910852-$ or US-5691832-$ or US-5699179-$ or US-5473460-$ or US-5420868-$ or US-5422772-$ or US-5291516-$ or US-5999300-$ or US-5828478-$ or US-4912526-$ or US-4408354-$ or US-4893353-$ or US-5428664-$ or US-6097525-$).did. or (US-5917628-$ or US-5339183-$ or US-5394261-$ or US-3956626-$ or US-5249302-$ or US-5422931-$ or US-5179360-$ or US-6192070-$ or US-5477375-$ or US-4468766-$).did.) and ((intensity or amplitude) with modulat$4)) | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:45 |
| - | 7171 | interferometer same detect$4 | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:49 |

19

| | | | | |
|---|---|---|---|---|
| — | 3 | (interferometer same detect$4) and ((US-5771442-$ or US-6281748-$ or US-6185259-$ or US-4381560-$ or US-4379947-$ or US-4217467-$ or US-4206320-$ or US-3987374-$ or US-3737776-$ or US-3406343-$ or US-3499995-$ or US-3553367-$ or US-3366882-$ or US-3160812-$ or US-3188573-$ or US-3260964-$ or US-3178515-$ or US-2619547-$ or US-2582968-$ or US-2662116-$ or US-2611826-$ or US-5748678-$ or US-4955083-$ or US-4584540-$ or US-3958191-$ or US-5678183-$).did. or (US-5577087-$ or US-5602868-$ or US-6256124-$ or US-6124960-$ or US-6134033-$ or US-6122086-$ or US-5946119-$ or US-5880870-$ or US-5373382-$ or US-5694094-$ or US-6259836-$ or US-6256127-$ or US-6130767-$ or US-5910852-$ or US-5691832-$ or US-5699179-$ or US-5473460-$ or US-5420868-$ or US-5422772-$ or US-5291516-$ or US-5999300-$ or US-5828478-$ or US-4912526-$ or US-4408354-$ or US-4893353-$ or US-5428664-$ or US-6097525-$).did. or (US-5917628-$ or US-5339183-$ or US-5394261-$ or US-3956626-$ or US-5249302-$ or US-5422931-$ or US-5179360-$ or US-6192070-$ or US-5477375-$ or US-4468766-$).did.) | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:47 |
| — | 9 | interferometer and ((US-5771442-$ or US-6281748-$ or US-6185259-$ or US-4381560-$ or US-4379947-$ or US-4217467-$ or US-4206320-$ or US-3987374-$ or US-3737776-$ or US-3406343-$ or US-3499995-$ or US-3553367-$ or US-3366882-$ or US-3160812-$ or US-3188573-$ or US-3260964-$ or US-3178515-$ or US-2619547-$ or US-2582968-$ or US-2662116-$ or US-2611826-$ or US-5748678-$ or US-4955083-$ or US-4584540-$ or US-3958191-$ or US-5678183-$).did. or (US-5577087-$ or US-5602868-$ or US-6256124-$ or US-6124960-$ or US-6134033-$ or US-6122086-$ or US-5946119-$ or US-5880870-$ or US-5373382-$ or US-5694094-$ or US-6259836-$ or US-6256127-$ or US-6130767-$ or US-5910852-$ or US-5691832-$ or US-5699179-$ or US-5473460-$ or US-5420868-$ or US-5422772-$ or US-5291516-$ or US-5999300-$ or US-5828478-$ or US-4912526-$ or US-4408354-$ or US-4893353-$ or US-5428664-$ or US-6097525-$).did. or (US-5917628-$ or US-5339183-$ or US-5394261-$ or US-3956626-$ or US-5249302-$ or US-5422931-$ or US-5179360-$ or US-6192070-$ or US-5477375-$ or US-4468766-$).did.) | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:52 |
| — | 74084 | ((intensity or amplitude) with modulat$4) | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:51 |
| — | 64651 | phase with modulat$4 | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:52 |

C:\APPS\EAST\workspaces\09772018.wsp

| | | | | |
|---|---|---|---|---|
| - | 24823 | (((intensity or amplitude) with modulat$4)) and (phase with modulat$4) | USPAT; EPO; JPO; DERWENT | 2002/10/03 13:10 |
| - | 15160 | 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:52 |
| - | 1022 | ((((intensity or amplitude) with modulat$4)) and (phase with modulat$4)) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:52 |
| - | 249 | interferometer and (((((intensity or amplitude) with modulat$4)) and (phase with modulat$4) and 359/109-195.ccls.) | USPAT; EPO; JPO; DERWENT | 2002/10/03 10:59 |
| - | 3546 | interferometer same receiv$4 | USPAT; EPO; JPO; DERWENT | 2002/10/03 12:34 |
| - | 317 | (interferometer same receiv$4) same (phase with modulat$4) | USPAT; EPO; JPO; DERWENT | 2002/10/03 11:02 |
| - | 48 | ((interferometer same receiv$4) same (phase with modulat$4)) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/10/03 11:02 |
| - | 259 | interferometer with demodulat$4 | USPAT; EPO; JPO; DERWENT | 2002/10/03 12:36 |
| - | 105 | interferometer with demodulat$4 with phase | USPAT; EPO; JPO; DERWENT | 2002/10/03 12:43 |
| - | 5 | (interferometer with demodulat$4 with phase) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/10/03 12:43 |
| - | 19526 | (((intensity or amplitude) with modulat$4)) same (phase with modulat$4) | USPAT; EPO; JPO; DERWENT | 2002/10/03 13:10 |
| - | 771 | ((((intensity or amplitude) with modulat$4)) same (phase with modulat$4)) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/10/03 13:10 |
| - | 224 | ((((intensity or amplitude) with modulat$4)) same (phase with modulat$4)) same (alternate) | USPAT; EPO; JPO; DERWENT | 2002/10/03 13:19 |
| - | 6 | (((((intensity or amplitude) with modulat$4)) same (phase with modulat$4)) same (alternate)) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/10/03 13:20 |
| - | 1111 | ((((intensity or amplitude) with modulat$4)) same (phase with modulat$4)) same (mode) | USPAT; EPO; JPO; DERWENT | 2002/10/03 13:20 |
| - | 86 | (((((intensity or amplitude) with modulat$4)) same (phase with modulat$4)) same (mode)) and 359/109-195.ccls. | USPAT; EPO; JPO; DERWENT | 2002/10/04 09:14 |
| - | 11 | ("4584720" \| "5483372" \| "5504609" \| "5541755" \| "5559624" \| "5594384" \| "5594577" \| "5625327" \| "5726784" \| "5784184" \| "5960040").PN. | USPAT | 2002/10/03 13:57 |
| - | 14 | ("3986020" \| "4302835" \| "4307468" \| "4369524" \| "4403139" \| "4427895" \| "4504974" \| "4504976" \| "4561117" \| "4567586" \| "4581730" \| "4648134" \| "4704741" \| "4706300").PN. | USPAT | 2002/10/03 15:50 |
| - | 2 | ("5991477").PN. | USPAT; EPO; JPO; DERWENT | 2002/10/04 14:15 |
| - | 2 | ("6124960").PN. | USPAT; EPO; JPO; DERWENT | 2002/10/04 12:18 |
| - | 2 | ("5577087").PN. | USPAT; EPO; JPO; DERWENT | 2002/10/04 13:13 |
| - | 2 | ("4824201").PN. | USPAT; EPO; JPO; DERWENT | 2002/10/04 13:14 |

21

| | | | | |
|---|---|---|---|---|
| – | 2 | ("5,577,087").PN. | USPAT;<br>EPO; JPO;<br>DERWENT | 2002/10/04<br>14:34 |
| – | 2 | ("5319438").PN. | USPAT;<br>EPO; JPO;<br>DERWENT | 2002/10/04<br>15:08 |
| – | 2 | delayed adj feedback with ("xor" or<br>exclusive adj "or") | USPAT;<br>EPO; JPO;<br>DERWENT | 2002/10/04<br>15:11 |
| – | 5 | (("5319438") or ("5577087") or<br>("6122086") or ("4824201") or<br>("6124960")).PN. | USPAT | 2002/10/04<br>15:12 |
| – | 6 | (("5319438") or ("5577087") or<br>("6122086") or ("4824201") or ("6124960")<br>or ("6256124")).PN. | USPAT | 2002/10/04<br>15:15 |
| – | 1 | ("re36430").PN. | USPAT | 2002/10/04<br>15:27 |
| – | 758 | (359/135-140).CCLS. | USPAT | 2002/10/04<br>15:28 |
| – | 68 | ((359/135-140).CCLS.) and ((amplitude or<br>intensity) with modulat$4) and (phase<br>with modulat$4) | USPAT;<br>EPO; JPO;<br>DERWENT | 2002/10/04<br>15:30 |
| – | 4 | 4691312.URPN. | USPAT | 2002/10/04<br>15:46 |
| – | 2 | ("6,124,960").PN. | USPAT;<br>EPO; JPO;<br>DERWENT | 2003/03/02<br>09:59 |
| – | 10 | (("6,124,960") or ("6,122,086") or<br>("4,824,201") or ("5,577,087") or<br>("5,319,438")).PN. | USPAT;<br>EPO; JPO;<br>DERWENT | 2003/03/02<br>12:49 |
| – | 2 | ("20020093713").PN. | USPAT;<br>US-PGPUB;<br>EPO; JPO;<br>DERWENT | 2003/03/02<br>12:49 |
| – | 2 | 5,483,370.pn. | USPAT;<br>EPO; JPO;<br>DERWENT | 2003/03/03<br>16:47 |
| – | 1003 | 359/110.ccls. | USPAT;<br>EPO; JPO;<br>DERWENT | 2003/03/03<br>16:47 |
| – | 9 | 359/110.ccls. and ((monitor with power)<br>same tap) | USPAT;<br>EPO; JPO;<br>DERWENT | 2003/03/06<br>10:43 |
| – | 2 | 6215565.pn. | USPAT;<br>EPO; JPO;<br>DERWENT | 2003/03/05<br>16:25 |

22

| L Number | Hits | Search Text | DB | Time stamp |
|---|---|---|---|---|
| - | 85 | 398/185.ccls. | USPAT | 2003/08/29 14:41 |
| - | 85 | 398/185.ccls. | USPAT | 2003/08/29 14:41 |
| - | 0 | 398/185.ccls. and (phase same (amplitude or intensity)) | USPAT | 2003/08/29 14:42 |
| - | 65 | 398/185.ccls. and (phase and (amplitude or intensity)) | USPAT | 2003/08/29 14:44 |
| - | 166 | 398/186,188.ccls. | USPAT | 2003/08/29 14:45 |
| - | 92 | 398/186.ccls. | USPAT | 2003/08/29 14:45 |
| - | 92 | 398/188.ccls. | USPAT | 2003/08/29 14:45 |
| - | 18 | 398/186.ccls. and 398/188.ccls. | USPAT | 2003/08/29 14:56 |
| - | 45 | 398/40.ccls. | USPAT | 2003/08/29 14:56 |

US006665500B2

(12) **United States Patent**
Snawerdt

(10) Patent No.: **US 6,665,500 B2**
(45) Date of Patent: **Dec. 16, 2003**



(54) **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD**

(75) Inventor: **Peter Snawerdt**, Melbourne Beach, FL (US)

(73) Assignee: **Oyster Optics, Inc.**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 344 days.

(21) Appl. No.: 09/772,018

(22) Filed: **Jan. 29, 2001**

(65) **Prior Publication Data**

US 2002/0101640 A1 Aug. 1, 2002

(51) Int. Cl.$^7$ ................................................. **H04B 10/04**
(52) U.S. Cl. ...................... **398/185**; 398/186; 398/188
(58) Field of Search ............................ 559/180, 181, 559/182, 183, 184, 185, 186, 187, 188, 110; 398/185, 186, 188, 202, 203, 204

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,754,452 A | 6/1988 | Henry .......................... 370/85 |
| 4,824,201 A | 4/1989 | Kazovsky ................. 380/96.16 |
| 5,223,967 A | 6/1993 | Udd .......................... 359/119 |
| 5,239,306 A | 8/1993 | Siwiak et al. .......... 340/825.44 |
| 5,291,516 A | 3/1994 | Dixon et al. ................. 375/1 |
| 5,319,438 A | 6/1994 | Kiasaleh .................. 356/345 |
| 5,455,698 A | 10/1995 | Udd ......................... 359/119 |
| 5,483,370 A | * 1/1996 | Takhashi ................. 359/128 |
| 5,543,952 A | 8/1996 | Yoneaga et al. .......... 359/181 |
| 5,577,087 A | 11/1996 | Furuya ..................... 375/377 |
| 5,606,446 A | 2/1997 | Davis et al. .............. 359/173 |
| 5,625,479 A | 4/1997 | Suzuki et al. ............ 359/135 |
| 5,726,784 A | 3/1998 | Alexander et al. ........ 359/125 |

| | | |
|---|---|---|
| 5,757,912 A | 5/1998 | Blow ......................... 380/21 |
| 5,793,512 A | 8/1998 | Ryu .......................... 359/179 |
| 5,822,102 A | 10/1998 | Bodeep et al. .............. 359/167 |
| 5,896,211 A | 4/1999 | Watanabe .................. 359/124 |
| 5,920,416 A | 7/1999 | Beylat et al. .............. 359/181 |
| 5,940,452 A | 8/1999 | Rich ......................... 375/347 |
| 5,946,119 A | 8/1999 | Bergano et al. ........... 359/124 |
| 5,953,139 A | 9/1999 | Nemecek et al. .......... 359/124 |
| 5,953,421 A | 9/1999 | Townsend .................. 380/21 |
| RE36,430 E | 12/1999 | Halbert-Lassalle et al. . 370/204 |
| 6,072,615 A | 6/2000 | Mamyshev ................. 359/183 |
| 6,097,525 A | 8/2000 | Ono et al. .................. 359/181 |
| 6,122,086 A | 9/2000 | Djupsjoobacka .......... 359/181 |
| 6,124,960 A | 9/2000 | Garthe et al. ............. 359/181 |
| 6,215,565 B1 | * 4/2001 | Davis et al. ............... 359/110 |
| 6,243,505 B1 | 6/2001 | Bosso et al. ................ 385/2 |
| 6,256,130 B1 | 7/2001 | Bülow ....................... 359/173 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0977382 | 2/2000 |
| JP | 06053904 | 2/1994 |

* cited by examiner

Primary Examiner—Leslie Pascal
Assistant Examiner—Christina Y Leung
(74) Attorney, Agent, or Firm—Davidson, Davidson & Kappel, LLC

(57) **ABSTRACT**

An optical data transmitter includes at least one light source, a phase modulator for phase modulating light from the light source, and a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light as a function of the electronic data stream, and the controller in a second alternate mode amplitude-modulating the light as a function of the electronic data stream. A dual-mode receiver, an optical data transmission system and a dual-mode optical signal are also disclosed.

**19 Claims, 2 Drawing Sheets**





Fig. 1



Fig. 2

Fig. 3

# DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to telecommunications and more particularly to transmitters and receivers for fiber optic networks.

### 2. Background Information

In current fiber optic networks, an electronic data stream is fed to a laser amplitude modulator. The laser amplitude modulator typically pulses or alters the laser output to create an amplitude-modulated optical signal representative of the electronic data stream. The laser amplitude modulator and laser thus define a transmitter for transmitting the optical signal over an optical fiber, which is then received by a receiver. The receiver for the amplitude-modulated optical signals of the optical data typically includes a photodiode to convert the optical signals back into the electronic data stream.

The reading of the amplitude-modulated optical data signals using a photodiode is straightforward: the optical signals either produce an electric output at the photodiode or they do not. As a result, an output electronic data stream of zeros and ones is generated.

However, optical fiber may be tapped. The optical fibers can be spliced or even merely clamped so as to obtain optical signals from the fiber. It also may be possible to tap fibers without physically touching the optical fiber, for example by reading energy emanating or dissipating along the fiber. Amplitude-modulated optical signals, with their ease of detection from a photodiode, require that only a small amount of energy be tapped and passed through the photodiode in order to be converted into a tapped electronic data stream.

To confront non-secure optical and non-optical data lines, it has been known to use public key/private key encryption so that the data stream being transmitted is encoded in a format that makes it difficult to decode. Encryption however has several drawbacks, including the need for extra processing steps and time. Moreover, public key/private key encrypted data can be cracked, and the devices and algorithms for doing so are constantly improving.

U.S. Pat. No. 5,455,698 purports to disclose a secure fiber optic communications system based on the principles of a Sagnac interferometer. A data transmitter is a phase modulator for modulating counter-propagating light beams sent by a receiver round a loop. The receiver includes a light source, a beamsplitter for splitting light from the light source into counter-propagating light beams and for receiving the phase-modulated light beams, and an output detector. U.S. Pat. No. 5,223,967 describes a similar Sagnac-interferometer-based system operating over a single optical fiber.

The Sagnac-interferometer-based systems described in these patents have the disadvantage that they require the light to travel over a loop, whether back and forth in a single fiber or over a long length looped fiber. As a result, either the link budget for the single fiber must be doubled or else a looped fiber with significant and expensive extra length of at least twice that of a single fiber must be laid between the transmitter and the receiver. Moreover, the receiver contains the light source, as opposed to the current installed base where the transmitter has the light source.

The Sagnac-interferometer-based systems thus are expensive to build and operate, and do not work particularly well with existing systems.

U.S. Pat. No. 6,072,615 purports to describe a method for generating a return-to-zero optical pulses using a phase modulator and optical filter. The RZ-pulse optical signal transmitted over the fiber is easily readable by a detector.

U.S. Pat. No. 5,606,446 purports to describe an optical telecommunications system employing multiple phase-compensated optical signals. Multiple interferometric systems are combined for the purpose of multiplexing various payloads on the same optical transmission path. The patent attempts to describe a method for providing fiber usage diversity using optical coherence length properties and a complex transmit/receive system. Each transmitter has a splitter, a plurality of fibers and a plurality of phase modulators to create the multiplexed signal, which is then demultiplexed at the receiver. This system is complex and expensive.

The phase-modulated based systems described above moreover are not compatible with existing receivers, a major disadvantage.

## SUMMARY OF THE PRESENT INVENTION

An object of the present invention is to provide a transmitter for transmitting either phase-modulated or amplitude-modulated optical signals. An alternate or additional object of the present invention is to provide a receiver for receiving either phase-modulated or amplitude-modulated optical signals.

The present invention provides a transmitter having at least one light source, a phase modulator for phase modulating light from the light source, and a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light as a function of the electronic data stream.

The present invention thus permits a phase-modulated transmission mode or an amplitude-modulated transmission mode, or both a phase and amplitude modulated transmission mode, which can permit the transmitter to work with different types of receivers. An optical fiber typically connects the transmitter of the present invention to the receiver.

The controller in the first mode preferably phase-modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input. The first mode is thus a highly secure data transmission mode, as described in co-owned and co-pending U.S. patent application Ser. No. 09/765,153, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on Jan. 17, 2001, the entire disclosure of which is hereby incorporated by reference herein.

In the second mode, the light may be amplitude modulated either by altering the energy provided to the light source or by altering the light emitted by the light source. The light source preferably is a laser, for example a semiconductor laser operating at a 1550 nm, or other, wavelength.

In the second mode, the light may be amplitude modulated either in direct relation to an input data stream (known as the direct second or amplitude-modulated mode), or as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input (known as

| 3 | 4 |

the delayed second or amplitude-modulated mode). In the delayed second mode, the optical signal may or may not also be phase modulated. In the direct second mode, the amplitude-modulated optical signals sent by the transmitter can be read common receivers, or by the receiver of the present invention. In the delayed second mode, the amplitude-modulated optical signals can be read by the receiver of the present invention as well as by the receiver of incorporated-by-reference U.S. patent application Ser. No. 09/765,153, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on Jan. 17, 2001.

The controller preferably has two circuits, a first circuit for controlling the phase modulation and a second circuit controlling the amplitude modulation. Preferably, a switch, which may be composed of hardware or software, is provided to activate the first mode, the delayed second mode, or the direct second mode. An operator may set the switch of a first transmitter to the first mode, the delayed second mode, or the direct second mode, so that the transmitter generally always operates in that mode.

Alternately, the switch can be controlled by bit data in a packet of a packet-based data input stream. The bit data may be set for example to zero or one or two or three, so that the data contained in the packet is sent either via the first mode or via the direct second mode or the delayed second mode with no phase modulation or the delayed second mode with phase modulation as a function of the bit data. The transmitter thus produces an alternating, amplitude-modulated and phase-modulated data stream, which can be read by a receiver of the present invention. The packets preferably contain data regarding the transmission mode for the next packet so as to permit the receiver to have time to switch between alternate receive modes.

Both the operator-set and packet-switched systems have the advantage that telecommunications providers can provide customers differentiated services, for example a secure mode and a non-secure mode, although the bit-based method provides carriers more options for devising service levels.

The at least one light source may include two lasers, a first laser for the amplitude-modulated signals, and a second laser for the phase-modulated signals. A coupler couples the light from the two lasers together. Preferably, however, a single laser directly next to the phase-modulator is provided. This prevents delay between the laser and the phase-modulator when modes are switched.

The present invention also provides a receiver for receiving optical signals, the optical signals including both phase-modulated optical signals and direct amplitude-modulated optical signals. The receiver includes an interferometer for reading the phase-modulated signals and a detector to read the direct amplitude-modulated optical signals.

The receiver also may read delayed amplitude-modulated optical signals through the interferometer.

Preferably, an energy level detector is also provided at the receiver for measuring light energy in a fiber.

Preferably, the second light path has a delay with respect to the first light path, the delay being matched to a delay at the transmitter during the phase-modulated transmission mode and the delayed second amplitude-modulated mode.

The receiver can read a mixed optical signal of both phase-modulated and direct and delayed amplitude-modulated signals, with the direct amplitude-modulated signals being read off the third path.

The receiver can be set by an operator to receive in one of the three modes, or can be switched to the various receive

modes by a bit set in a packet. For example, the current packet being received sets the receiver to the proper receive mode for the next packet.

The present invention also provides a dual-mode optical transmission system comprising a transmitter for transmitting amplitude-modulated signals in a first mode and phase-modulated signals in a second mode, an optical fiber connected to the transmitter, and a receiver having an interferometer being connected to the optical fiber. The first and second mode signals can be read by the receiver, and can be switched based on either an operator input or packet-based data.

The present invention also provides a method for transmitting optical data in two modes comprising the steps of:

   phase modulating light from at least one light source during a first transmission mode so as to transmit phase-modulated optical data; and

   amplitude modulating light from the at least one light source during a second alternate transmission mode so as to transmit amplitude-modulated optical data.

Preferably, the at least one light source is a single laser.

The amplitude modulating step may include amplitude modulating the light as a direct function of an input electronic data stream, or as a function of an output of a delayed-feedback exclusive-or gate.

The method may further include switching between the phase modulating and the amplitude modulating steps as a function of a packet bit set.

Also provided by the present invention is an optical signal comprising amplitude-modulated signals representative of an input data stream during a first time period and phase-modulated signals representative of the input data stream during a second time period subsequent or prior to the first time period.

It should be understood however that, while phase-modulated signals are preferred in the secure transmission mode, under certain circumstances a mixture of phase and amplitude modulation could be possible. For example, amplitude modulated signals not related to the input optical data stream could be transmitted during the secure phase-modulation mode without necessarily affecting security.

## BRIEF DESCRIPTION OF THE DRAWINGS

Two preferred embodiments of the present invention are described below by reference to the following drawings, in which:

FIG. 1 shows a preferred embodiment of a transmitter of the present invention;

FIG. 2 shows a preferred embodiment of a receiver of the present invention; and

FIG. 3 shows details a packet for possible use with the transmitter of the present invention

## DETAILED DESCRIPTION

FIG. 1 shows a preferred embodiment of a dual-mode transmitter 10 according to the present invention for transmitting signals on an optical fiber 20. Transmitter 10 includes a single laser 12, for example a semiconductor laser emitting a narrow band of light at approximately 1550 nm, or at other wavelengths. Light emitted from laser 12 passes through a phase modulator 16, for example a Mach-Zender phase modulator, directly next to or part of the same package as laser 12. The light may be depolarized by a depolarizer 14. An electronic controller 18, for example a PLC, controls phase modulator 16 and the amplitude of the light output of laser 12, for example through pulsing the laser.

5

Controller 18 directs the input data DSI to a direct amplitude modulation circuit 80 and to a circuit 82 having a delayed-feedback exclusive-or gate 118. Input data DSI forms one input of exclusive-or gate 118. The other input of the delayed-feedback exclusive-or gate 118 is a feedback loop 119, which feeds back the output of exclusive-or gate 118, and has an electronic delay circuit 120, which causes a delay, for example, a certain number of bits later. Delayed-feedback exclusive-or gate 118 outputs the output electronic data stream OP. The data OP exiting circuit 82 is directed both to a switch 84 and a phase modulator controller 86. Direct circuit 80 also supplies an input with data DSI to switch 84.

The output of switch 84 is directed to an amplitude controller 88 for laser 12, which during an amplitude modulation mode is modulated according to the output from switch 84. Amplitude controller 88, during an amplitude-modulation mode, thus amplitude modulates the laser 12 so that an amplitude-modulated signal 23, representative of either the data DSI or OP, passes to fiber 20.

During an amplitude modulation mode, phase modulator controller 86 either does not phase modulate the light, or phase modulates based upon the output of the delayed feedback exclusive-or circuit 82.

When switch 84 receives data from circuit 82, the laser amplitude is a function of the output OP of the delayed-feedback exclusive-or gate 118. The transmitter 10 thus transmits in a delayed-feedback exclusive-or amplitude-modulated mode, defined herein as the delayed amplitude-modulated mode. When switch 84 receives data DSI from direct circuit 80, the laser amplitude is a direct function of the input electronic data DSI. The transmitter 10 thus transmits in the direct amplitude-modulated mode.

During the alternate phase-modulation mode, the amplitude controller 88 directs the laser to emit constant wavelength, non-pulsed light. Depending on the output OP of circuit 82, phase modulator 16 then either imparts a known initial phase shift to the light which could be 0 degrees or else imparts another known offset phase shift preferably equal to the known initial phase shift+180 degrees on the light passing through phase modulator 16. An optical signal 22, which represents a stream of binary bits, is thus created. Optical signal 22 is transmitted over fiber 20. This signal provides a secure data transmission mode: The phase-modulated signal must be read with an interferometer having a proper delay path, and any tap to obtain enough light to read the phase-modulated signal is easily detectable.

In the direct amplitude modulated mode, a standard receiver can read the signals 23.

In the delayed amplitude modulated mode, signals OP are sent in a pulsed fashion. These signals can be read by the receiver disclosed in incorporated-by-reference U.S. patent application Ser. No. 09/765,153, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on Jan. 17, 2001. A standard receiver with a photodiode also could read the delayed amplitude modulated signals. The photodiode output could then be split into two legs, with one leg having a delay, which must be similar to the delay 120 in the delayed-feedback exclusive-or gate 118. The two legs are then passed through an exclusive-or gate to obtain the proper signal DSI.

In the phase-modulated mode, the phase-modulated signals 22 can read by the receiver disclosed in incorporated-by reference U.S. patent application Ser. No. 09/765,153, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on Jan. 17, 2001. The signals 22 pass

6

through a splitter, with one path having an optical delay similar to the delay 120. The light recombines in a coupler so that input stream DSI can be reconstituted.

Receiver 10 shown in FIG. 2 is a preferred embodiment permitting three modes. However, the present invention also encompasses a transmitter with the phase-modulated mode and only one of the direct and delayed amplitude-modulated modes. A transmitter with the phase-modulated mode and the direct amplitude-modulated mode only, for example, is backwards-compatible with existing receivers in the amplitude-modulated mode and yet can provide a secure and non-secure mode with receivers having an interferometer as disclosed herein. A transmitter with the phase-modulated mode and the delayed amplitude-modulated mode only provides secure and non-secure modes and is compatible for both modes with the receiver disclosed in U.S. patent application Ser. No. 09/765,153, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on Jan. 17, 2001.

The present invention also provides a receiver compatible with existing transmitters, with the transmitter disclosed in U.S. patent application Ser. No. 09/765,153, entitled "Secure Fiber Optics Telecommunications System and Method" filed on Jan. 17, 2001, and with the transmitter of the present invention.

As shown in FIG. 2, receiver 30 can receive either direct or delayed amplitude-modulated signals as well as phase-modulated signals. Receiver 30 includes a coupler/splitter 31, functioning as a splitter. Splitter 31 splits off a portion of the light, directing part of the optical energy to an energy level or tap detector 33 and passes the remaining light to a second coupler/splitter 32.

Splitter 32 splits light to a photodiode 35 for converting amplitude-modulated optical signals into electrical signals. The receiver also has an interferometer 40 receiving the rest of the light from splitter 32. The interferometer 40 has a coupler/splitter 34, functioning as a splitter, and a coupler/splitter 36, functioning as a coupler.

Detector 33 monitors, during the phase-modulation transmission mode, the light energy in the fiber 20 via the light energy coupled to the detector by splitter 31. If the amplitude drops during this mode, most likely from a tap, the detector alerts the receiver and can, for example, sound an alarm or alert network maintenance personnel. Additionally, since the receiver is generally part of a component box, which also includes a transmitter, the component box transmitter can send a signal back to the component box containing transmitter 10 so as to instruct transmitter 10 to stop sending data, or to send data over a standby fiber. During an amplitude-modulation transmission mode, the detector 33 can be set to a different trip level.

Optical signals 22, 23 in fiber 20, after passing splitter 31 and splitter 32, enter interferometer 40 at an input 41 of splitter 34. Splitter 34 splits the light entering input 41, so that the signals 22, 23 travel over both a first fiber 43 and a second fiber 45. A depolarizer 48 may depolarize light passing through fiber 43, preferably, or fiber 45 as an alternative. Second fiber 45 includes a delay fiber 46 which may include a fiber loop of a desired length. Delay fiber 46 then provides an input to coupler 36 which recombines the delayed signal with the non-delayed signal propagating through fiber 43 and depolarizer 48 at output 42. The physical delay imposed by the interferometer 40 in the second light path through fiber 45, with its delay loop 46, with respect to light passing through the first light path through fiber 43 and depolarizer 48 is selected to match as

closely as possible an electronic delay time imposed by electronic delay circuit 120 of the controller 18. If the first path in the interferometer 40 has a length L1 and the second path a length L2, the length L2 is selected, preferably by sizing loop 46, as a function of L1, the speed of light v in fibers 43 and 45, the light propagation delay through the depolarizer 48, DPD, and the electronic delay time ED. The speed of light in the fibers may be estimated as a function of the wavelength and the type of fiber used. The length L1 is known. When depolarizer 48 is in path 43, L2 is then chosen to approximate, and preferably equal, the amount (ED+DPD)*v+L1.

The phase-modulated signals 22 recombining at output 42 thus recombine the signal OP with a delayed signal OPD, delayed by an amount of time equivalent to the electronic delay time ED. If the data in the OP and OPD signals each represents a zero, or each represents a one, at the inputs 44 and 47 to coupler 36, the signals 22 will destructively interfere when recombined at output 42 of coupler 36. Output detector 38 then detects no light and a produces a zero signal. If one of the data bits in the OP and OPD signals represents a zero and the other one represents a one, at the inputs 44 and 47 to coupler 36, the signals will constructively interfere when recombined at coupler output 42. This is true for both phase-modulated and amplitude-modulated signals. Output detector 38 then detects light and produces an electronic signal representative of a one. When receiving phase-modulated signals or the delayed amplitude-modulated signals, detector 38 thus outputs the input data stream DSI. A filter 50 can be provided to filter out noise or other minor inaccuracies in the recombination of the signals. This stream is transmitted via a switch 39 to output 37.

The interferometer 40 comprising coupler/splitter 34 and 36, fibers 43 and 45, delay fiber 46, and depolarizer 48 functions as an optical exclusive-or gate with one input leg delayed for signals arriving at input 41 of coupler 34. Interferometer 40 as a whole thus optically and physically "decodes" the signal OP produced by the delayed-feedback exclusive-or gate 118.

When receiving direct amplitude modulated signals, the detector outputs a signal that is meaningless. Switch 39 is thus set to receive an input from photodiode 35, which is representative of stream DSI, and thus stream DSI is sent to output 37.

The receiver of the present invention thus can receive both direct amplitude-modulated signals and phase-modulated signals. The receiver 30 also could include a circuit after photodiode 35 so as to convert the delayed amplitude-modulated signals to the stream DSI. In this case, the output detector 38 would only be used to read the phase-modulated signals.

Controlling of the change between secure mode and the amplitude-modulated modes can function in a variety of ways, depending on the overall system configuration. With the transmitter 10 and the receiver 30, an operator can configure the transmitter 10 and receiver 30 so that the system functions in any of the three modes.

If the system includes a dual-mode transmitter (defined herein as a transmitter with a phase-modulation mode and one or more amplitude-modulation modes), an input packet or data bit also could be used to set the mode.

Signal 25 in FIG. 2 is shown as a combination of amplitude-modulated signals 23 and phase-modulated signals 22, which occurs for example when packets with different modes are sent one after another.

FIG. 3 shows an example of such a packet 200 having a data payload 201, and address 202, and mode data 203.

Depending on the mode data, the transmitter transmits in a phase-modulated or amplitude-modulated mode. If the transmitter is similar to transmitter 30, the mode data further includes whether to amplitude-modulate in direct or delayed mode. Preferably, the mode data 203 is not for its own packet N, but for the following packet N+1, thus providing a buffer time for the receiver to change modes. Thus, when packet N+1 is received, the receiver is set to the proper receive mode. The mode data could also be set more than one packet ahead, for example N+2.

If both a dual mode transmitter and a dual mode receiver are used in a system, a telecommunications service provider thus could charge certain customers for an enhanced secure mode service for their packet-based data, while permitting other customers to send data in a non-secure mode in other packets.

An alternate embodiment of the transmitter of the present invention can include two lasers, with the first laser being controlled during the amplitude modulation modes. The second laser is a continuous wave laser modulated by a phase modulator in the alternate secure mode. A coupler couples the light from the first laser and second lasers over a single fiber, so that the optical signal for either mode travels over a single fiber.

What is claimed is:

1. An optical data transmitter comprising:

    a laser;

    a phase modulator for phase modulating light from the light source; and

    a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light from the laser as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light from the laser as a function of the electronic data stream, the first mode and the second mode occurring at different times.

2. The transmitter as recited in claim 1 wherein the controller in the second mode amplitude modulates the light in direct relation to the input data stream.

3. The transmitter as recited in claim 1 wherein the controller in the second mode amplitude modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.

4. The transmitter as recited in claim 1 wherein the controller has a switch for switching between the first and second modes.

5. The transmitter as recited in claim 4 wherein the switch is operator-activated.

6. The transmitter as recited in claim 1 wherein the switch is bit-data activated.

7. The transmitter as recited in claim 6 wherein bit data contained in a packet activates the switch.

8. The transmitter as recited in claim 1 wherein the laser is directly adjacent the phase-modulator.

9. The transmitter as recited in claim 1 wherein during the second mode the phase-modulator provides a constant or no phase-modulation change.

10. An optical data transmitter comprising:

    a light source;

    a phase modulator for phase modulating light from the light source; and a controller having an input for receiving an electronic data stream, the controller in a

first mode controlling the phase modulator so as to create phase-modulated optical signals in the light from the light source as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light from the light source as a function of the electronic data stream; wherein the controller in the first mode preferably phase-modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.

11. A receiver for receiving optical signals, the optical signals including both phase-modulated optical signals and direct amplitude-modulated optical signals, the receiver comprising:

an interferometer for reading the phase-modulated signals; and

a detector to read the direct amplitude-modulated optical signals;

wherein the interferometer receives delayed amplitude-modulated optical signals.

12. The receiver as recited in claim 11 further comprising a switch for switching between an output of the interferometer and another output of the detector.

13. The receiver as recited in claim 12 wherein the switch is operator-controlled.

14. The receiver as recited in claim 12 wherein the switch is bit-data controlled.

15. The receiver as recited in claim 11 further comprising an energy level detector for measuring light energy in a fiber.

16. A dual-mode optical transmission system comprising:

a transmitter having a laser for transmitting amplitude-modulated signals in a first mode and phase-modulated signals in a second mode and a controller for switching an output of the laser between the first mode and the second mode, the second mode occurring at a different time than the first mode;

an optical fiber connected to the transmitter; and

a receiver having an interferometer being connected to the optical fiber.

17. A method for transmitting optical data in two modes comprising the steps of:

phase modulating light from a laser during a first transmission mode so as to transmit phase-modulated optical data; and

amplitude modulating light from the laser during a second alternate transmission mode so as to transmit amplitude-modulated optical data, the second alternate transmission mode occurring at a time separate from the first transmission mode.

18. The method as recited in claim 17 wherein during the first transmission mode the light is not amplitude-modulated.

19. The method as recited in claim 17 wherein during the second alternate transmission mode the light is both amplitude-modulated and phase-modulated.

* * * * *

**BEST COPY**



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
Washington, D.C. 20231
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 9221**

| SERIAL NUMBER 09/772,018 | FILING DATE 01/29/2001 RULE | CLASS 359 | GROUP ART UNIT 2633 | ATTORNEY DOCKET NO. 514.1002 |
|---|---|---|---|---|

**APPLICANTS**

Peter Snawerdt, Melbourne, FL;

** CONTINUING DATA *********************** none cl

** FOREIGN APPLICATIONS *********************** none cl

** SMALL ENTITY **

| Foreign Priority claimed ☐ yes ☒ no | | | |
|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | | | |
| Verified and Acknowledged    Examiner's Signature    Initials | | | |

| STATE OR COUNTRY FL | SHEETS DRAWING 3 | TOTAL CLAIMS 22 | INDEPENDENT CLAIMS 5 |
|---|---|---|---|

**ADDRESS**

~~DAVIDSON, DAVIDSON & KAPPEL, LLC~~  485 Seventh Avenue, 14th Floor
~~1140 Avenue of the Americas, 15th Floor~~
New York ,NY ~~10036~~ 10018

**TITLE**

Dual-mode fiber optic telecommunications system and method

| FILING FEE RECEIVED 453 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

**BEST COPY**

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/20/2001 CVORACHA 00000026 500552 09772018
01 FC:202          40.00 CH

PTO-1556
(5/87)
*U.S. GPO: 1988-430-083/19144

Transaction History Date 2001-01-29
Date information retrieved from USPTO Patent
Application Information Retrieval (PAIR)
system records at www.uspto.gov

Express Mail Label No. EL 743202993 US

01 – 30 –01

A

| UTILITY PATENT APPLICATION TRANSMITTAL (Small Entity) | Docket No. 514.1002 |
|---|---|
| (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Total Pages in this Submission 127 |

### TO THE ASSISTANT COMMISSIONER FOR PATENTS
**Box Patent Application**
**Washington, D.C. 20231**

Transmitted herewith for filing under 35 U.S.C. 111(a) and 37 C.F.R. 1.53(b) is a new utility patent application for an invention entitled:

DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

and invented by:

Peder SNAWERDT

If a CONTINUATION APPLICATION, check appropriate box and supply the requisite information:

☐ Continuation  ☐ Divisional  ☐ Continuation-in-part (CIP)  of prior application No.: _____

Which is a:

☐ Continuation  ☐ Divisional  ☐ Continuation-in-part (CIP)  of prior application No.: _____

Which is a:

☐ Continuation  ☐ Divisional  ☐ Continuation-in-part (CIP)  of prior application No.: _____

Enclosed are:

### Application Elements

1. ☒ Filing fee as calculated and transmitted as described below

2. ☒ Specification having _____ 16 _____ pages and including the following:

     a. ☒ Descriptive Title of the Invention

     b. ☐ Cross References to Related Applications *(if applicable)*

     c. ☐ Statement Regarding Federally-sponsored Research/Development *(if applicable)*

     d. ☐ Reference to Microfiche Appendix *(if applicable)*

     e. ☒ Background of the Invention

     f. ☒ Brief Summary of the Invention

     g. ☒ Brief Description of the Drawings *(if drawings filed)*

     h. ☒ Detailed Description

     i. ☒ Claim(s) as Classified Below

     j. ☒ Abstract of the Disclosure

P01USML/REV04

## UTILITY PATENT APPLICATION TRANSMITTAL
### (Small Entity)
*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

### Application Elements (Continued)

3. ☒ Drawing(s) *(when necessary as prescribed by 35 USC 113)*

    a. ☐ Formal    b. ☒ Informal    Number of Sheets    **3**

4. ☒ Oath or Declaration

    a. ☒ Newly executed *(original or copy)*    ☐ Unexecuted

    b. ☐ Copy from a prior application (37 CFR 1.63(d)) *(for continuation/divisional application only)*

    c. ☒ With Power of Attorney    ☐ Without Power of Attorney

    d. ☐ *DELETION OF INVENTOR(S)*
        Signed statement attached deleting inventor(s) named in the prior application,
        see 37 C.F.R. 1.63(d)(2) and 1.33(b).

5. ☐ Incorporation By Reference *(usable if Box 4b is checked)*
    The entire disclosure of the prior application, from which a copy of the oath or declaration is supplied under
    Box 4b, is considered as being part of the disclosure of the accompanying application and is hereby
    incorporated by reference therein.

6. ☐ Computer Program in Microfiche

7. ☐ Genetic Sequence Submission *(if applicable, all must be included)*

    a. ☐ Paper Copy

    b. ☐ Computer Readable Copy

    c. ☐ Statement Verifying Identical Paper and Computer Readable Copy

### Accompanying Application Parts

8. ☒ Assignment Papers *(cover sheet & documents)*

9. ☐ 37 CFR 3.73(b) Statement *(when there is an assignee)*

10. ☐ English Translation Document *(if applicable)*

11. ☒ Information Disclosure Statement/PTO-1449    ☒ Copies of IDS Citations

12. ☐ Preliminary Amendment

13. ☒ Acknowledgment postcard

14. ☒ Certificate of Mailing

    ☐ First Class    ☒ Express Mail *(Specify Label No.):* **EL 743202993 US**

**Accompanying Application Parts (Continued)**

15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

16. ☐ Small Entity Statement(s) - Specify Number of Statements Submitted: _____

17. ☐ Additional Enclosures *(please identify below):*

**Request That Application Not Be Published Pursuant To 35 U.S.C. 122(b)(2)**

18. ☐ Pursuant to 35 U.S.C. 122(b)(2), Applicant hereby requests that this patent application not be published pursuant to 35 U.S.C. 122(b)(1). Applicant hereby certifies that the invention disclosed in this application has not and will not be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing of the application.

*Warning*

*An applicant who makes a request not to publish, but who subsequently files in a foreign country or under a multilateral international agreement specified in 35 U.S.C. 122(b)(2)(B)(i), must notify the Director of such filing not later than 45 days after the date of the filing of such foreign or international application. A failure of the applicant to provide such notice within the prescribed period shall result in the application being regarded as abandoned, unless it is shown to the satisfaction of the Director that the delay in submitting the notice was unintentional.*

## UTILITY PATENT APPLICATION TRANSMITTAL
### (Small Entity)
*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

### Fee Calculation and Transmittal

#### CLAIMS AS FILED

| For | #Filed | #Allowed | #Extra | | Rate | Fee |
|---|---|---|---|---|---|---|
| Total Claims | 22 | - 20 = | 2 | x | $9.00 | $18.00 |
| Indep. Claims | 4 | - 3 = | 1 | x | $40.00 | $40.00 |
| Multiple Dependent Claims (check if applicable) ☐ | | | | | | $0.00 |
| | | | | | **BASIC FEE** | $355.00 |
| OTHER FEE *(specify purpose)* | | Recordation of Executed Assignment | | | | $40.00 |
| | | | | | **TOTAL FILING FEE** | $453.00 |

☒ A check in the amount of        $453.00        to cover the filing fee is enclosed.
☒ The Commissioner is hereby authorized to charge and credit Deposit Account No.        50-0552
as described below.  A duplicate copy of this sheet is enclosed.
   ☐ Charge the amount of                        as filing fee.
   ☒ Credit any overpayment.
   ☒ Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.
   ☐ Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance,
      pursuant to 37 C.F.R. 1.311(b).

Dated:   **January 29, 2001**

*Signature*
**William C. Gehris, Reg. No. 38,156**

CC:
**23280**
PATENT TRADEMARK OFFICE

DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

BACKGROUND OF THE INVENTION

1.        Field of the Invention

The present invention relates generally to telecommunications and more particularly to transmitters and receivers for fiber optic networks.

2.        Background Information

In current fiber optic networks, an electronic data stream is fed to a laser amplitude modulator. The laser amplitude modulator typically pulses or alters the laser output to create an amplitude-modulated optical signal representative of the electronic data stream. The laser amplitude modulator and laser thus define a transmitter for transmitting the optical signal over an optical fiber, which is then received by a receiver. The receiver for the amplitude-modulated optical signals of the optical data typically includes a photodiode to convert the optical signals back into the electronic data stream.

The reading of the amplitude-modulated optical data signals using a photodiode is straightforward: the optical signals either produce an electric output at the photodiode or they do not. As a result, an output electronic data stream of zeros and ones is generated.

However, optical fiber may be tapped. The optical fibers can be spliced or even merely clamped so as to obtain optical signals from the fiber. It also may be possible to tap fibers without physically touching the optical fiber, for example by reading energy emanating or dissipating along the fiber. Amplitude-modulated optical signals, with their ease of detection from a photodiode, require that only a small amount of energy be tapped and passed through the photodiode in order to be converted into a tapped electronic data stream.

-1-

To confront non-secure optical and non-optical data lines, it has been known
to use public key/private key encryption so that the data stream being transmitted is
encoded in a format that makes it difficult to decode. Encryption however has several
drawbacks, including the need for extra processing steps and time. Moreover, public
key/private key encrypted data can be cracked, and the devices and algorithms for
doing so are constantly improving.

U.S. Patent No. 5,455,698 purports to disclose a secure fiber optic
communications system based on the principles of a Sagnac interferometer. A data
transmitter is a phase modulator for modulating counter-propagating light beams sent
by a receiver round a loop. The receiver includes a light source, a beamsplitter for
splitting light from the light source into counter-propagating light beams and for
receiving the phase-modulated light beams, and an output detector. U.S. Patent No.
5,223,967 describes a similar Sagnac-interferometer-based system operating over a
single optical fiber.

The Sagnac-interferometer-based systems described in these patents have the
disadvantage that they require the light to travel over a loop, whether back and forth
in a single fiber or over a long length looped fiber. As a result, either the link budget
for the single fiber must be doubled or else a looped fiber with significant and
expensive extra length of at least twice that of a single fiber must be laid between the
transmitter and the receiver. Moreover, the receiver contains the light source, as
opposed to the current installed base where the transmitter has the light source.

The Sagnac-interferometer-based systems thus are expensive to build and
operate, and do not work particularly well with existing systems.

U.S. Patent No. 6,072,615 purports to describe a method for generating a
return-to-zero optical pulses using a phase modulator and optical filter. The RZ-pulse
optical signal transmitted over the fiber is easily readable by a detector.

U.S. Patent No. 5,606,446 purports to describe an optical telecommunications
system employing multiple phase-compensated optical signals. Multiple
interferometric systems are combined for the purpose of multiplexing various
payloads on the same optical transmission path. The patent attempts to describe a
method for providing fiber usage diversity using optical coherence length properties
and a complex transmit/receive system. Each transmitter has a splitter, a plurality of

-2-

fibers and a plurality of phase modulators to create the multiplexed signal, which is then demultiplexed at the receiver. This system is complex and expensive.

The phase-modulated based systems described above moreover are not compatible with existing receivers, a major disadvantage.

SUMMARY OF THE PRESENT INVENTION

An object of the present invention is to provide a transmitter for transmitting either phase-modulated or amplitude-modulated optical signals. An alternate or additional object of the present invention is to provide a receiver for receiving either phase-modulated or amplitude-modulated optical signals.

The present invention provides a transmitter having at least one light source, a phase modulator for phase modulating light from the light source, and a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light as a function of the electronic data stream.

The present invention thus permits a phase-modulated transmission mode or an amplitude-modulated transmission mode, or both a phase and amplitude modulated transmission mode, which can permit the transmitter to work with different types of receivers. An optical fiber typically connects the transmitter of the present invention to the receiver.

The controller in the first mode preferably phase-modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input. The first mode is thus a highly secure data transmission mode, as described in co-owned and co-pending U.S. Patent Application No. 09/765153, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on January 17, 2001, the entire disclosure of which is hereby incorporated by reference herein.

In the second mode, the light may be amplitude modulated either by altering the energy provided to the light source or by altering the light emitted by the light source. The light source preferably is a laser, for example a semiconductor laser operating at a 1550 nm, or other, wavelength.

-3-

In the second mode, the light may be amplitude modulated either in direct relation to an input data stream (known as the direct second or amplitude-modulated mode), or as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input (known as the delayed second or amplitude-
5  modulated mode). In the delayed second mode, the optical signal may or may not also be phase modulated. In the direct second mode, the amplitude-modulated optical signals sent by the transmitter can be read common receivers, or by the receiver of the present invention. In the delayed second mode, the amplitude-modulated optical signals can be read by the receiver of the present invention as well as by the receiver
10  of incorporated-by-reference U.S. Patent Application No. 09/765153  ,
entitled "Secure Fiber Optics Telecommunications System and Method" and filed on January 17, 2001.

The controller preferably has two circuits, a first circuit for controlling the phase modulation and a second circuit controlling the amplitude modulation.
15  Preferably, a switch, which may be composed of hardware or software, is provided to activate the first mode, the delayed second mode, or the direct second mode. An operator may set the switch of a first transmitter to the first mode, the delayed second mode, or the direct second mode, so that the transmitter generally always operates in that mode.

20  Alternately, the switch can be controlled by bit data in a packet of a packet-based data input stream. The bit data may be set for example to zero or one or two or three, so that the data contained in the packet is sent either via the first mode or via the direct second mode or the delayed second mode with no phase modulation or the delayed second mode with phase modulation as a function of the bit data. The
25  transmitter thus produces an alternating amplitude-modulated and phase-modulated data stream, which can be read by a receiver of the present invention. The packets preferably contain data regarding the transmission mode for the next packet so as to permit the receiver to have time to switch between alternate receive modes.

Both the operator-set and packet-switched systems have the advantage that
30  telecommunications providers can provide customers differentiated services, for example a secure mode and a non-secure mode, although the bit-based method provides carriers more options for devising service levels.

-4-

The at least one light source may include two lasers, a first laser for the amplitude-modulated signals, and a second laser for the phase-modulated signals. A coupler couples the light from the two lasers together. Preferably, however, a single laser directly next to the phase-modulator is provided. This prevents delay between the laser and the phase-modulator when modes are switched.

The present invention also provides a receiver for receiving optical signals, the optical signals including both phase-modulated optical signals and direct amplitude-modulated optical signals. The receiver includes an interferometer for reading the phase-modulated signals and a detector to read the direct amplitude-modulated optical signals.

The receiver also may read delayed amplitude-modulated optical signals through the interferometer.

Preferably, an energy level detector is also provided at the receiver for measuring light energy in a fiber.

Preferably, the second light path has a delay with respect to the first light path, the delay being matched to a delay at the transmitter during the phase-modulated transmission mode and the delayed second amplitude-modulated mode.

The receiver can read a mixed optical signal of both phase-modulated and direct and delayed amplitude-modulated signals, with the direct amplitude-modulated signals being read off the third path.

The receiver can be set by an operator to receive in one of the three modes, or can be switched to the various receive modes by a bit set in a packet. For example, the current packet being received sets the receiver to the proper receive mode for the next packet.

The present invention also provides a dual-mode optical transmission system comprising a transmitter for transmitting amplitude-modulated signals in a first mode and phase-modulated signals in a second mode, an optical fiber connected to the transmitter, and a receiver having an interferometer being connected to the optical fiber. The first and second mode signals can be read by the receiver, and can be switched based on either an operator input or packet-based data.

The present invention also provides a method for transmitting optical data in two modes comprising the steps of:

-5-

phase modulating light from at least one light source during a first transmission mode so as to transmit phase-modulated optical data; and

amplitude modulating light from the at least one light source during a second alternate transmission mode so as to transmit amplitude-modulated optical data.

Preferably, the at least one light source is a single laser.

The amplitude modulating step may include amplitude modulating the light as a direct function of an input electronic data stream, or as a function of an output of a delayed-feedback exclusive-or gate.

The method may further include switching between the phase modulating and the amplitude modulating steps as a function of a packet bit set.

Also provided by the present invention is an optical signal comprising amplitude-modulated signals representative of an input data stream during a first time period and phase-modulated signals representative of the input data stream during a second time period subsequent or prior to the first time period.

It should be understood however that, while phase-modulated signals are preferred in the secure transmission mode, under certain circumstances a mixture of phase and amplitude modulation could be possible. For example, amplitude modulated signals not related to the input optical data stream could be transmitted during the secure phase-modulation mode without necessarily affecting security.

BRIEF DESCRIPTION OF THE DRAWINGS

Two preferred embodiments of the present invention are described below by reference to the following drawings, in which:

Fig. 1 shows a preferred embodiment of a transmitter of the present invention;

Fig. 2 shows a preferred embodiment of a receiver of the present invention; and

Fig. 3 shows details a packet for possible use with the transmitter of the present invention

DETAILED DESCRIPTION

Fig. 1 shows a preferred embodiment of a dual-mode transmitter 10 according to the present invention for transmitting signals to an optical fiber 20. Transmitter 10

-6-

includes a single laser 12, for example a semiconductor laser emitting a narrow band of light at approximately 1550nm, or at other wavelengths. Light emitted from laser 12 passes through a phase modulator 16, for example a Mach-Zender phase modulator, directly next to or part of the same package as laser 12. The light may be

5    depolarized by a depolarizer 14. An electronic controller 18, for example a PLC, controls phase modulator 16 and the amplitude of the light output of laser 12, for example through pulsing the laser.

Controller 18 directs the input data DSI to a direct amplitude modulation circuit 80 and to a circuit 82 having a delayed-feedback exclusive-or gate 118. Input

10   data DSI forms one input of exclusive-or gate 118. The other input of the delayed-feedback exclusive-or gate 118 is a feedback loop 119, which feeds back the output of exclusive-or gate 118, and has an electronic delay circuit 120, which causes a delay, for example, a certain number of bits later. Delayed-feedback exclusive-or gate 118 outputs the output electronic data stream OP. The data OP exiting circuit 82 is

15   directed both to a switch 84 and a phase modulator controller 86. Direct circuit 80 also supplies an input with data DSI to switch 84.

The output of switch 84 is directed to an amplitude controller 88 for laser 12, which during an amplitude modulation mode is modulated according to the output from switch 84. Amplitude controller 88, during an amplitude-modulation mode, thus

20   amplitude modulates the laser 12 so that an amplitude-modulated signal 23, representative of either the data DSI or OP, passes to fiber 20.

During an amplitude modulation mode, phase modulator controller 86 either does not phase modulate the light, or phase modulates based upon the output of the delayed feedback exclusive-or circuit 82.

25   When switch 84 receives data from circuit 82, the laser amplitude is a function of the output OP of the delayed-feedback exclusive-or gate 118. The transmitter 10 thus transmits in a delayed-feedback exclusive-or amplitude-modulated mode, defined herein as the delayed amplitude-modulated mode. When switch 84 receives data DSI from direct circuit 80, the laser amplitude is a direct function of the input electronic

30   data DSI. The transmitter 10 thus transmits in the direct amplitude-modulated mode.

During the alternate phase-modulation mode, the amplitude controller 88 directs the laser to emit constant wavelength, non-pulsed light. Depending on the

-7-

output OP of circuit 82, phase modulator 16 then either imparts a known initial phase shift to the light which could be 0 degrees or else imparts another known offset phase shift preferably equal to the known initial phase shift + 180 degrees on the light passing through phase modulator 16. An optical signal 22, which represents a stream of binary bits, is thus created. Optical signal 22 is transmitted over fiber 20. This signal provides a secure data transmission mode. The phase-modulated signal must be read with an interferometer having a proper delay path, and any tap to obtain enough light to read the phase-modulated signal is easily detectable.

In the direct amplitude modulated mode, a standard receiver can read the signals 23.

In the delayed amplitude modulated mode, signals OP are sent in a pulsed fashion. These signals can be read by the receiver disclosed in incorporated-by-reference U.S. Patent Application No. _09/765153_, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on January 17, 2001. A standard receiver with a photodiode also could read the delayed amplitude modulated signals. The photodiode output could then be split into two legs, with one leg having a delay, which must be similar to the delay 120 in the delayed-feedback exclusive-or gate 118. The two legs are then passed through an exclusive-or gate to obtain the proper signal DSI.

In the phase-modulated mode, the phase-modulated signals 22 can read by the receiver disclosed in incorporated-by reference U.S. Patent Application No. _09/765153_, entitled "Secure Fiber Optics Telecommunications System and Method" and filed on January 17, 2001. The signals 22 pass through a splitter, with one path having an optical delay similar to the delay 120. The light recombines in a coupler so that input stream DSI can be reconstituted.

Receiver 10 shown in Fig. 2 is a preferred embodiment permitting three modes. However, the present invention also encompasses a transmitter with the phase-modulated mode and only one of the direct and delayed amplitude-modulated modes. A transmitter with the phase-modulated mode and the direct amplitude-modulated mode only, for example, is backwards-compatible with existing receivers in the amplitude-modulated mode and yet can provide a secure and non-secure mode with receivers having an interferometer as disclosed herein. A transmitter with the

-8-

phase-modulated mode and the delayed amplitude-modulated mode only provides secure and non-secure modes and is compatible for both modes with the receiver disclosed in U.S. Patent Application No. 09/765153 , entitled "Secure Fiber Optics Telecommunications System and Method" and filed on January 17, 2001.

The present invention also provides a receiver compatible with existing transmitters, with the transmitter disclosed in U.S. Patent Application No. 09/765153 , entitled "Secure Fiber Optics Telecommunications System and Method" and filed on January 17, 2001, and with the transmitter of the present invention.

As shown in Fig. 2, receiver 30 can receive either direct or delayed amplitude-modulated signals as well as phase-modulated signals. Receiver 30 includes a coupler/splitter 31, functioning as a splitter. Splitter 31 splits off a portion of the light, directing part of the optical energy to an energy level or tap detector 33 and passes the remaining light to a second coupler/splitter 32.

Splitter 32 splits light to a photodiode 35 for converting amplitude-modulated optical signals into electrical signals. The receiver also has an interferometer 40 receiving the rest of the light from splitter 32. The interferometer 40 has a coupler/splitter 34, functioning as a splitter, and a coupler/splitter 36, functioning as a coupler.

Detector 33 monitors, during the phase-modulation transmission mode, the light energy in the fiber 20 via the light energy coupled to the detector by splitter 31. If the amplitude drops during this mode, most likely from a tap, the detector alerts the receiver and can, for example, sound an alarm or alert network maintenance personnel. Additionally, since the receiver is generally part of a component box, which also includes a transmitter, the component box transmitter can send a signal back to the component box containing transmitter 10 so as to instruct transmitter 10 to stop sending data, or to send data over a standby fiber. During an amplitude-modulation transmission mode, the detector 33 can be set to a different trip level.

Optical signals 22, 23 in fiber 20, after passing splitter 31 and splitter 32, enter interferometer 40 at an input 41 of splitter 34. Splitter 34 splits the light entering input 41, so that the signals 22, 23 travel over both a first fiber 43 and a second fiber

-9-

45. A depolarizer 48 may depolarize light passing through fiber 43, preferably, or fiber 45 as an alternative. Second fiber 45 includes a delay fiber 46 which may include a fiber loop of a desired length. Delay fiber 46 then provides an input to coupler 36 which recombines the delayed signal with the non-delayed signal propagating through fiber 43 and depolarizer 48 at output 42. The physical delay imposed by the interferometer 40 in the second light path through fiber 45, with its delay loop 46, with respect to light passing through the first light path through fiber 43 and depolarizer 48 is selected to match as closely as possible an electronic delay time imposed by electronic delay circuit 120 of the controller 18. If the first path in the interferometer 40 has a length L1 and the second path a length L2, the length L2 is selected, preferably by sizing loop 46, as a function of L1, the speed of light v in fibers 43 and 45, the light propagation delay through the depolarizer 48, DPD, and the electronic delay time ED. The speed of light in the fibers may be estimated as a function of the wavelength and the type of fiber used. The length L1 is known. When depolarizer 48 is in path 43, L2 is then chosen to approximate, and preferably equal, the amount (ED+DPD)*v + L1.

The phase-modulated signals 22 recombining at output 42 thus recombine the signal OP with a delayed signal OPD, delayed by an amount of time equivalent to the electronic delay time ED. If the data in the OP and OPD signals each represents a zero, or each represents a one, at the inputs 44 and 47 to coupler 36, the signals 22 will destructively interfere when recombined at output 42 of coupler 36. Output detector 38 then detects no light and a produces a zero signal. If one of the data bits in the OP and OPD signals represents a zero and the other one represents a one, at the inputs 44 and 47 to coupler 36, the signals will constructively interfere when recombined at coupler output 42. This is true for both phase-modulated and amplitude-modulated signals. Output detector 38 then detects light and produces an electronic signal representative of a one. When receiving phase-modulated signals or the delayed amplitude-modulated signals, detector 38 thus outputs the input data stream DSI. A filter 50 can be provided to filter out noise or other minor inaccuracies in the recombination of the signals. This stream is transmitted via a switch 39 to output 37.

The interferometer 40 comprising coupler/splitter 34 and 36, fibers 43 and 45,

-10-

delay fiber 46, and depolarizer 48 functions as an optical exclusive-or gate with one input leg delayed for signals arriving at input 41 of coupler 34. Interferometer 40 as a whole thus optically and physically "decodes" the signal OP produced by the delayed-feedback exclusive-or gate 118.

5         When receiving direct amplitude modulated signals, the detector outputs a signal that is meaningless. Switch 39 is thus set to receive an input from photodiode 35, which is representative of stream DSI, and thus stream DSI is sent to output 37.

        The receiver of the present invention thus can receive both direct amplitude-modulated signals and phase-modulated signals. The receiver 30 also could include a

10 circuit after photodiode 35 so as to convert the delayed amplitude-modulated signals to the stream DSI. In this case, the output detector 38 would only be used to read the phase-modulated signals.

        Controlling of the change between secure mode and the amplitude-modulated modes can function in a variety of ways, depending on the overall system

15 configuration. With the transmitter 10 and the receiver 30, an operator can configure the transmitter 10 and receiver 30 so that the system functions in any of the three modes.

        If the system includes a dual-mode transmitter (defined herein as a transmitter with a phase-modulation mode and one or more amplitude-modulation modes), an

20 input packet data bit also could be used to set the mode.

        Signal 25 in Fig. 2 is shown as a combination of amplitude-modulated signals 23 and phase-modulated signals 22, which occurs for example when packets with different modes are sent one after another.

        Fig. 3 shows an example of such a packet 200 having a data payload 201, and

25 address 202, and mode data 203. Depending on the mode data, the transmitter transmits in a phase-modulated or amplitude-modulated mode. If the transmitter is similar to transmitter 30, the mode data further includes whether to amplitude-modulate in direct or delayed mode. Preferably, the mode data 203 is set not for its own packet N, but for the following packet N+1, thus providing a buffer time for the

30 receiver to change modes. Thus, when packet N+1 is received, the receiver is set to the proper receive mode. The mode data could also be set more than one packet ahead, for example N+2.

-11-

If both a dual mode transmitter and a dual mode receiver are used in a system, a telecommunications service provider thus could charge certain customers for an enhanced secure mode service for their packet-based data, while permitting other customers to send data in a non-secure mode in their packets.

An alternate embodiment of the transmitter of the present invention can include two lasers, with the first laser being controlled during the amplitude modulation modes. The second laser is a continuous wave laser modulated by a phase modulator in the alternate secure mode. A coupler couples the light from the first laser and second lasers together, so that the optical signal for either mode travels over a single fiber.

WHAT IS CLAIMED IS:

1. An optical data transmitter comprising:

    at least one light source;

5    a phase modulator for phase modulating light from the light source; and

    a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light as a function

10  of the electronic data stream.

2. The transmitter as recited in claim 1 wherein the controller in the first mode preferably phase-modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.

15

3. The transmitter as recited in claim 1 wherein the controller in the second mode amplitude modulates the light in direct relation to the input data stream.

4. The transmitter as recited in claim 1 wherein the controller in the second mode

20  amplitude modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.

5. The transmitter as recited in claim 1 wherein the controller has a switch for switching between the first and second modes.

25

6. The transmitter as recited in claim 5 wherein the switch is operator-activated.

7. The transmitter as recited in claim 1 wherein the switch is bit-data activated.

30  8. The transmitter as recited in claim 7 wherein bit data contained in a packet activates the switch.

-13-

9. The transmitter as recited in claim 1 wherein the at least one light source is a single laser.

10. The transmitter as recited in claim 9 wherein the laser is directly adjacent the phase-modulator.

11. The transmitter as recited in claim 1 wherein during the second mode the phase-modulator provides a constant or no phase-modulation change.

12. A receiver for receiving optical signals, the optical signals including both phase-modulated optical signals and direct amplitude-modulated optical signals, the receiver comprising:

an interferometer for reading the phase-modulated signals; and
a detector to read the direct amplitude-modulated optical signals.

13. The receiver as recited in claim 12 further comprising a switch for switching between an output of the interferometer and another output of the detector.

14. The receiver as recited in claim 13 wherein the switch is operator-controlled.

15. The receiver as recited in claim 13 wherein the switch is bit-data controlled.

16. The receiver as recited in claim 12 wherein the interferometer receives delayed amplitude-modulated optical signals.

17. The receiver as recited in claim 12 further comprising an energy level detector for measuring light energy in a fiber.

18. A dual-mode optical transmission system comprising:

a transmitter for transmitting amplitude-modulated signals in a first mode and phase-modulated signals in a second mode;

an optical fiber connected to the transmitter; and

-14-

a receiver having an interferometer being connected to the optical fiber.

19. A method for transmitting optical data in two modes comprising the steps of:

    phase modulating light from at least one light source during a first
transmission mode so as to transmit phase-modulated optical data; and

    amplitude modulating light from the at least one light source during a second
alternate transmission mode so as to transmit amplitude-modulated optical data.

20. The method as recited in claim 19 wherein during the first transmission mode the
light is not amplitude-modulated.

21. The method as recited in claim 19 wherein during the second alternate
transmission mode the light is both amplitude-modulated and phase-modulated.

22. An optical signal comprising amplitude-modulated signals representative of an
input data stream during a first time period and phase-modulated signals
representative of the input data stream during a second time period subsequent or
prior to the first time period.

09772018 . 012901

ABSTRACT

An optical data transmitter includes at least one light source, a phase
modulator for phase modulating light from the light source, and a controller having an
5    input for receiving an electronic data stream, the controller in a first mode controlling
the phase modulator so as to create phase-modulated optical signals in the light as a
function of the electronic data stream and the controller in a second alternate mode
amplitude-modulating the light as a function of the electronic data stream. A dual-
mode receiver, an optical data transmission system and a dual-mode optical signal are
10   also disclosed.

-16-

53

09772016.012901



FIG. 1.

G977Z018·012901



FIG. 2

AS ORIGINALLY FILED



FIG. 3

09772018.0016001



FIG. 1.

PRINT OF DRAWINGS
AS ORIGINALLY FILE



FIG. 2

58

09772018-012910



FIG. 3

09772018.0162601



FIG. 1

09772018 .012901



FIG. 2

09720018.012901



200

201 PAYLOAD

202 ADDRESS

203 MODE

FIG. 3

Docket No.: 514.1002

# DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD, the specification of which (check one)

  X    is attached hereto

\_\_\_\_ was filed on _____ as Application Serial No. _____ and was amended on _____ (if applicable).

\_\_\_\_ I hereby authorize and request our attorney, Davidson, Davidson & Kappel, LLC. of 1140 Avenue of the Americas, New York, New York 10036 to insert here in parentheses (Application number \_\_\_\_\_, \_\_\_\_\_, \_\_\_\_\_, filed \_\_\_\_) the filing date and application number of said application when known.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendments referred to above.

I acknowledge the duty to disclose all information which is known to me to be material to the patentability of this application as defined in Title 37, Code of Federal Regulations, ' 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, ' 119 of any foreign and/or provisional application(s) for patent or inventor's certificate listed below and have also identified below any foreign and/or provisional application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

PRIOR APPLICATION(S)

|  |  |  | Priority claimed |  |
|---|---|---|---|---|
| | | | Yes | No |
| (Number) | (Country) | (Day/Month/Year Filed) | | |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, ' 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, ' 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, ' 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |
|---|---|---|
| (Application Serial Number) | (Filing Date) | (Status) (patented, pending, abandoned) |

And I hereby appoint Clifford M. Davidson, Registration No. 32,738. Leslye B. Davidson, Registration No. 38,554, Cary S. Kappel, Registration No. 36,561, William G. Gehris, Registration No. 38,156, Julie L. Bowker, Registration No. 37,870, Morey B. Wildes, Registration No. 36,968, Robert J. Panelina, Registration No. 41,240, Scott L. Appelbaum, Registration No. 41,287, Cynthia R. Moore, Registration No. 45,680 and David Kraschk, Registration No. 45,931 my attorneys, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith; correspondence address: DAVIDSON, DAVIDSON & KAPPEL, LLC, 1140 Avenue of the Americas, 15th Floor, New York, New York 10036; Telephone: (212) 997-1028; Fax: (212) 997-1057.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first Inventor _Peter Szawarski_

Inventor's signature _Peter Szawarski (signed)_

Date _1/25/01_

Residence _Melbourne Beach, FL_

Citizenship _US_

Post Office Address: _397 Loggerhead Drive_
_Melbourne Beach, FL_

Full name of joint Inventor, if any

Second Inventor's signature

Date

Residence (city) _____, \_\_\_\_\_ (state or country)

Citizenship

Post Office Address:

Full name of joint Inventor, if any

Third Inventor's signature

Date

Residence (city) _____, \_\_\_\_\_ (state or country)

Citizenship

Post Office Address:

Full name of joint Inventor, if any

Fourth Inventor's signature

Date

Residence (city) _____, \_\_\_\_\_ (state or country)

Citizenship

Post Office Address:

# Application Assignment Record

According to the application transmittal letter, an assignment recording ownership was filed with this application; however, a copy of this record was not located in the original file history record obtained from the United States Patent and Trademark Office. Upon your request, we will attempt to obtain the assignment documents from the Assignment Recordation Branch of of the United States Patent and Trademark Office or from a related application case (if applicable). Please note that additional charges will apply for this service.

This page is not part of the official USPTO record. It has been determined that content identified on this document is missing from the original file history record.

09/772,018

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.: 514.1002 | SERIAL NO.: not yet assigned |
|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT | | APPLICANT(S): SNAWEROT | |
| (Use several sheets if necessary) | | FILING DATE: Herewith | GROUP: not yet assigned |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cl | AA | 5 | 2 | 2 | 3 | 9 | 6 | 7 | 8/29/93 | Udd | 359 | 119 | |
| Cl | AB | 5 | 6 | 8 | 6 | 4 | 4 | 6 | 2/25/97 | Davis et al. | 359 | 173 | |
| Cl | AC | 5 | 4 | 5 | 5 | 8 | 9 | 8 | 10/3/95 | Udd | 359 | 119 | |
| Cl | AD | 6 | 0 | 7 | 2 | 6 | 1 | 5 | 6/6/2000 | Mamyshev | 359 | 183 | |
| | AE | | | | | | | | | | | | |
| | AF | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | | |

**OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| AR | |
| AS | |
| AT | |

| EXAMINER  Christina Y Leung | DATE CONSIDERED  6-26-02 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609;
Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| CERTIFICATE OF MAILIN ‎  Y "EXPRESS MAIL" (37 CFR 1.1 | | | Docket No. |
| --- | --- | --- | --- |
| Applicant(s): Peter SNAWERDT | | | 514.1002 |

| Serial No. | Filing Date | Examiner | Group Art Unit |
| --- | --- | --- | --- |
| To Be Assigned | Herewith | To Be Assigned | To Be Assigned |

Invention: **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD**

I hereby certify that the following correspondence:

**New Utility Patent Application and Accompanying Documents**

*(Identify type of correspondence)*

is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under

37 CFR 1.10 in an envelope addressed to: The Assistant Commissioner for Patents, Washington, D.C. 20231 on

**January 29, 2001**
*(Date)*

**Samuel Gomez**
*(Typed or Printed Name of Person Mailing Correspondence)*

*(Signature of Person Mailing Correspondence)*

**EL 743202993 US**
*("Express Mail" Mailing Label Number)*

Note: Each paper must have its own certificate of mailing.

P06A/REV02

# File History Content Report

The following content is missing from the original file history record obtained from the United States Patent and Trademark Office. No additional information is available.

Document Date - 2001-04-11

Document Title - USPTO Communication Re: Change of Address

This page is not part of the official USPTO record. It has been determined that content identified on this document is missing from the original file history record.

FORM PTO-1083

ASSISTANT COMMISSIONER FOR PATENTS
Washington, DC 20231

Docket No.: 543.1002
Date: June 22, 2001

In re application of: **Peter SNAWERDT**
Serial No.: 09/772,018
Filed: January 29, 2001
For: **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD**

S i r:

Transmitted herewith is a **Petition to Make Special Under 37 CFR 1.102(d)** in the above-identified application.

[ ] Small entity status under 37 C.F.R. 1.9 and 1.27 has been previously established.
[ ] Applicants assert small entity status under 37 C.F.R. 1.9 and 1.27.
[X] No fee for additional claims is required.
[ ] A filing fee for additional claims calculated as shown below, is required:

| FOR: | (Col. 1) REMAINING AFTER AMENDMENT | (Col. 2) HIGHEST PREVIOUSLY PAID FOR | | PRESENT EXTRA | SMALL ENTITY RATE | FEE | OR | LARGE ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | * Minus** | = | 0 | | x $ 9 | $ | | x $ 18 | $ |
| INDEP. CLAIMS | * Minus*** | = | 0 | | x $ 40 | $ | | x $ 80 | $ |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | + $135 | $ | | + $270 | $ |

TOTAL: $    OR    TOTAL: $

\* If the entry in Co. 1 is less than the entry in Col. 2, write "0" in Col. 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

[X] Also transmitted herewith are:
[ ] Petition for extension under 37 C.F.R. 1.136 (in duplicate)
[X] Other: **Supplemental Information Disclosure Statement, Form PTO-1449 & Attachments**

[X] Check(s) in the amount of **$130.00** is/are attached to cover:
[ ] Filing fee for additional claims under 37 C.F.R. 1.16
[ ] Petition fee for extension under 37 C.F.R. 1.136
[X] Other: **Petition to Make Special Under 37 CFR 1.102(d)**

[X] The Assistant Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 50-0552.

     [X] Any filing fee under 37 C.F.R. 1.16 for the presentation of additional claims which are not paid by check submitted herewith.
     [X] Any patent application processing fees under 37 C.F.R. 1.17.
     [X] Any petition fees for extension under 37 C.F.R. 1.136 which are not paid by check submitted herewith, and it is hereby requested that this be a petition for an automatic extension of time under 37 CFR 1.136.

William C. Gehris, Reg. No. 38,155
DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
Tel: (212) 736-1940
Fax: (212) 736-2427

I hereby certify that this correspondence and/or documents referred to as attached therein and/or fee are being deposited with the United States Postal Service as "first class mail" in an envelope addressed to "Assistant Commissioner for Patents, Washington, D.C. 20231" on June 22, 2001.

DAVIDSON, DAVIDSON & KAPPEL, LLC
BY Barbara E. Fortini

#3/ald

514.1002 - Accel.
Special Examinate
7-9-01

IN THE UNITED STATES PATENT & TRADEMARK OFFICE

JUN 27 2001
OIPE

JUL ⊔ ⊃ 2001

Technology Center 2600

| Re: | Application of: | Peter SNAWERDT |
| | Serial No.: | 09/772,018 |
| | Filed: | January 29, 2001 |
| | For: | DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD |

### PETITION TO MAKE SPECIAL UNDER 37 CFR 1.102(d)

BOX: PETITIONS
Commissioner for Patents
Washington, D.C. 20231

June 22, 2001

S i r:

Applicant hereby petitions under 37 CFR 1.102(d) to have the above-identified application made special under the Accelerated Examination procedure of MPEP 708.02, Part VIII.

Attached to this petition is the 37 CFR 1.17(i) fee of $130.00. If any additional fees are deemed to be due at this time, the Commissioner is authorized to charge payment of the same to Deposit Account No. 50-0552.

Applicant states the following:

(1) It is respectfully submitted that all claims are directed to a single invention; and

(2) A pre-examination search was made using the US PTO patent searchable on-line database at http://www.uspto.gov. A word search in the all years database was performed on January 8, 2001 as follows: (((ACLM/"phase modulator" AND optical) AND "data transmission") AND interferometer). The following references were deemed most relevant from this search: U.S. Patent Nos. 5,223,967, 5,606,446, and 5,455,698. A further reference, U.S. Patent No. 5,072,615, was uncovered in a separate on-line search. All of these references have been made of record in the present application by virtue of a Form PTO-1449.

In addition, a further pre-examination search was made using the US PTO patent searchable on-line database at http://www.uspto.gov. A word search in the all years database was performed on June 6, 2001 as follows: ("amplitude modulated" AND "phase modulated optical signal"). A copy of the reference deemed most relevant, U.S. Patent No. 6,243,505, is

-1-

submitted with the Information Disclosure Statement filed herewith. U.S. Patent No. 5,726,784 was uncovered during a separate search.

## DETAILED DISCUSSION OF THE REFERENCES

Claim 1 recites an optical data transmitter with a light source and a controller having an input for receiving data from an electronic data stream. The controller in a first mode controls the phase-modulator to create phase-modulated signals as a function of the electronic data stream, and in an alternate second mode amplitude-modulating the light as a function of the electronic data stream.

None of the references disclose such a dual mode system as claimed.

Amplitude-modulated signals are common in the prior art, as for example in U.S. Patent No. 5,726,784 which uses a phase-modulator to create the amplitude modulated signal. U.S. Patent Nos. 5,223,967 and 5,455,698 disclose phase-modulating data on an optical loop in a Sagnac-based-interferometer system. It is respectfully submitted that one of skill in the art would not have combined the phase-modulating Sagnac-interferometer-based systems of U.S. Patent Nos. 5,223,967 and 5,455,698 with amplitude-modulating systems so as to create a dual-mode system, since the Sagnac-interferometer-based systems have a light source at the receiver, while the other amplitude-based systems have a light source at the transmitter. U.S. Patent No. 6,243,505 discloses the use of a phase modulator to reduce Brillouin Scattering. This phase-modulation is not used to send data as a function of an electronic data stream as in claim 1, but merely to broaden the spectrum of the signal beyond the coherence band of Brillouin scattering. Dual alternate transmission modes are not disclosed.

With respect to independent claim 12, none of the references discloses a receiver receiving optical signals, the optical signals including both phase-modulated and amplitude-modulated signals and the receiver having an interferometer and a detector. The receiver of the Sagnac-interferometer-based systems does not receive amplitude-modulated signals, and the receiver of the amplitude-based systems does not receive phase-modulated signals or have an interferometer, as claimed in claimed 12. U.S. Patent No. 6,243,505 does not shown an interferometer at the receiver.

With respect to claim 18, the prior art references do not disclose systems with a

-2-

transmitter for transmitting in two modes as claimed and as discussed with respect to claim 1, and with a receiver with an interferometer as discussed with respect to claim 12.

With respect to claim 19, the prior art references do not disclose transmitting in a first phase-modulating mode and a second alternate amplitude-modulated mode as claimed and as discussed above with respect to claim1.

With respect to claim 22, the prior art references do not disclose an optical signal with phase-modulating signals representative of an input data stream during one time period and amplitude-modulated mode signals representative of an input data stream during another time period as discussed above with respect to claim 1.

## CONCLUSION

It is respectfully submitted that the petition for special status be granted. The application is respectfully believed to be in condition for allowance and applicant respectfully requests such action.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By _William C. Gehris_

William C. Gehris (Reg. No. 38,156)

Davidson, Davidson & Kappel, LLC
485 Seventh Avenue, 14th Fl.
New York, New York 10018
(212) 736 1940

RECEIVED

JUL 0 5 2001

Technology Center 2600

-3-



510.1002

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Re:   Application of:       Peter SNAWERDT

      Serial No.:          09/772,018

      Filed:              January 29, 2001

      For:                DUAL-MODE FIBER OPTIC
                          TELECOMMUNICATIONS SYSTEM AND METHOD

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents                          June 22, 2001
Washington, D.C. 20231

**RECEIVED**

JUL 0 5 2001

Technology Center 2␣␣

S i r:

    In accordance with the provisions of 37 C.F.R. § 1.97, Applicant hereby makes of record
the documents listed on the accompanying PTO-1449 Form (1 page) for consideration by the
Examiner in connection with the examination of the above-identified patent application.

    This Information Disclosure Statement is filed under 37 C.F.R. §1.97 (b), before the
mailing date of a First Office Action, therefore no fee is believed due.

    In the event any additional fee is due in connection with this response or if any fee has
been overpaid, the deficiency or overpayment should be charged to our Deposit Account No. 50-
0552.

1

510.1002

It is respectfully requested that the references cited in the accompanying PTO-1449 form be considered and made of record. It is respectfully submitted that the pending claims are patentable over all of the references made of record at this time.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _____

William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 763-1940

**RECEIVED**

JUL 0 5 2001

Technology Center 2600

2

89/772 618

| FORM PTO-1449 (REV. 7-80) | | | | | | | | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY. DOCKET NO.: 514.1602 | | SERIAL NO.: not yet assigned | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT (Use several sheets if necessary) | | | | | | | | | | APPLICANT(S): SNAWERDT | | | | |
| | | | | | | | | | | FILING DATE: Herewith | | GROUP: not yet assigned | | |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *cl* | AA | 6 | 2 | 4 | 3 | 5 | 0 | 5 | | 6/5/01 | Bosso et al. | 385 | 2 | Feb 17, 2000 |
| *cl* | AB | 5 | 7 | 2 | 6 | 7 | 8 | 4 | | 3/10/98 | Alexander et al. | 359 | 125 | |
| | AC | | | | | | | | | | | | | |
| | AD | | | | | | | | | | | | | |
| | AE | | | | | | | | | | | | | |
| | AF | | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | | |

RECEIVED
JUN 0 5 2001
Technology Center 2600

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER | Christina Y Leung | DATE CONSIDERED | 6-26-02 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

CLIFFORD M. DAVIDSON
LESLYE R. DAVIDSON
CARY S. KAPPEL
WILLIAM C. GEHRIS
MOREY B. WILDES
ROBERT L. PARADISO
ERIK R. SWANSON***

THOMAS P. CANTY***
LIVIA S. BOYADJIAN

SCOTT L. APPELBAUM
CYNTHIA R. MOORE, PH.D.
DAVID G. KNASIAK
RICHARD V. ZANZALARI*
SALVATORE J. MAIORINO
ROY L. CHAN



INTELLECTUAL PROPERTY
NEW YORK | FRANKFURT

NEW YORK
DAVIDSON, DAVIDSON & KAPPEL, LLC
485 SEVENTH AVENUE, 14TH FLOOR
NEW YORK, NY 10018
T. 212-736-1940
F. 212-736-2427
DDK@DDKPATENT.COM

FRANKFURT
DAVIDSON, DAVIDSON & KAPPEL EUROPE, LLC
WESTENDSTRASSE 19
60325 FRANKFURT AM MAIN, GERMANY
T. +49 (69) 97 546 490
F. +49 (69) 97 546 491
FRANKFURT@DDKPATENT.COM

*ADMITTED IN NEW JERSEY ONLY
**DDK EUROPE

## FACSIMILE TRANSMITTAL

FROM:     William Gehris (Reg No. 38,156)     DATE:     July 11, 2001

OUR REF:     514. 1002     NO. OF PAGES (including cover): 15

### PLEASE DELIVER THE FOLLOWING TO:

| Recipients(s): | Fax Number: |
|---|---|
| Krista Zele | 703 746 5919 |

**MESSAGE:**

CONFIDENTIALITY NOTICE: The documents accompanying this facsimile transmission contain confidential
information belonging to the sender which is legally privileged. The information is intended only for the use of the
individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly
prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return
of the original documents to us.

IF THERE ARE ANY PROBLEMS WITH RECEPTION OF THIS FAX,
PLEASE CALL OR FAX SENDER TO ADVISE. THANK YOU.

#4

514.1002

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

Re:   Application of:     Peter SNAWERDT

      Serial No.:         09/772,018

      Filed:             January 29, 2001

      For:               DUAL-MODE FIBER OPTIC
                         TELECOMMUNICATIONS SYSTEM AND METHOD

## SUPPLEMENT TO PETITION TO MAKE SPECIAL UNDER 37 CFR 1.102(d)

BOX: PETITIONS
Commissioner for Patents                    July 11, 2001
Washington, D.C. 20231

S i r:

    Applicant hereby provides the following supplemental information to the petition under 37 CFR 1.102(d) to have the above-identified application made special under the Accelerated Examination procedure of MPEP 708.02, Part VIII.

    Applicant states the following:

    (1) It is respectfully submitted that all claims are directed to a single invention. If the Office determines otherwise, applicant will make an election without traverse.

    (2) An additional pre-examination search of class 385, subclass 2 and class 359, subclasses 125 and 179 was made. A new Information Disclosure Statement is being submitted to disclose U.S. Patent No. 5,822,102. Other references deemed most relevant from the search are of record.

### DETAILED DISCUSSION OF THE REFERENCES

    Claim 1 recites an optical data transmitter with a light source and a controller having an input for receiving data from an electronic data stream. The controller in a first mode controls the phase-modulator to create phase-modulated signals as a function of the electronic data stream, and in an alternate second mode amplitude-modulating the light as a function of the electronic data stream.

    U.S. Patent No 5,822,102 discloses a CAP-based signal, which is a carrierless AM/PM signal. CAP signals does not alternately send an amplitude-modulated signal and then a phase-

-1-

modulated signal, but rather sends a combined analog signal. The optical fiber is an analog optical fiber.

With respect to independent claim 12, none of the references discloses a receiver receiving optical signals, the optical signals including both phase-modulated and amplitude-modulated signals and the receiver having an interferometer and a detector. U.S. Patent No. 5,822,102 does not disclose a receiver having an interferometer.

With respect to claim 18, the '102 patent does not disclose systems with a transmitter for transmitting in two modes as claimed and as discussed with respect to claim 1, and with a receiver with an interferometer as discussed with respect to claim 12.

With respect to claim 19, the '102 patent does not disclose transmitting in a first phase-modulating mode and a second alternate amplitude-modulated mode as claimed and as discussed above with respect to claim1.

With respect to claim 22, the '102 patent does not disclose an optical signal with phase-modulating signals representative of an input data stream during one time period and amplitude-modulated mode signals representative of an input data stream during another time period as discussed above with respect to claim 1.

## CONCLUSION

It is respectfully submitted that the petition for special status be granted. The application is respectfully believed to be in condition for allowance and applicant respectfully requests such action.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By _____

William C. Gehris (Reg. No. 38,156)

Davidson, Davidson & Kappel, LLC
485 Seventh Avenue, 14th Fl.
New York, New York 10018
(212) 736-1940

I hereby certify that this correspondence and/or documents referred to as attached therein and / or fee are being facsimile transmitted to the United States Patent And Trademark Office (703 746 5919) on July 11, 2001.
DAVIDSON, DAVIDSON & KAPPEL, LLC.

BY: _____ William C. Gehris (Reg No. 38, 156) .

-2-

514.1002

## UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |  |
|---|---|---|
| Examiner: To Be Assigned | | Art Unit: 2633 |
| Re: | Application of: | **Peter SNAWERDT** |
| | Serial No.: | 09/772,018 |
| | Filed: | January 29, 2001 |
| | For: | **DUAL – MODE FIBEROPTIC TELECOMMUNICATIONS SYSTEM AND METHOD** |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents                                        July 11, 2001
Washington, D.C. 20231
BOX: NO FEE

S i r:

In accordance with the provisions of 37 C.F.R. § 1.97, Applicant hereby makes of record the documents listed on the accompanying PTO-1449 Form (1 page) for consideration by the Examiner in connection with the examination of the above-identified patent application.

This Information Disclosure Statement is filed under 37 C.F.R. §1.97 (b), before the mailing date of a First Office Action, therefore no fee is believed due.

I hereby certify that this correspondence and/or
documents referred to as attached therein and / or
fee are being facsimile transmitted to the United States
Patent And Trademark Office (703 746 5519) on July 11, 2001.
DAVIDSON, DAVIDSON & KAPPEL, LLC.

BY: _____
        William Geiss  (Reg No 38,156)

1

514.1002

In the event any additional fee is due in connection with this response or if any fee has been overpaid, the deficiency or overpayment should be charged to our Deposit Account No. 50-0552.

It is respectfully requested that the references cited in the accompanying PTO-1449 form be considered and made of record. It is respectfully submitted that the pending claims are patentable over all of the references made of record at this time.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _____

William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 763-1940

2

09/772,018  Sheet 1 of 1

| FORM PTO-1449<br>(REV. 7-80) | | | | | | | | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.:<br>514.1002 | | | SERIAL NO.: not yet assigned | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT<br>(Use several sheets if necessary) | | | | | | | | | APPLICANT(S): SNAWERDT | | | | | |
| | | | | | | | | | FILING DATE: Herewith | | | GROUP: not yet assigned | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO | AA | 6 | 8 | 2 | 2 | 1 | 0 | 2 | 10/13/98 | Bodnar et al. | 360 | 187 | |
| | AB | | | | | | | | | | | | |
| | AC | | | | | | | | | | | | |
| | AD | | | | | | | | | | | | |
| | AE | | | | | | | | | | | | |
| | AF | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | |

**OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER          Christina Y Leung | DATE CONSIDERED   6-26-02 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609;
Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

CLIFFORD M. DAVIDSON
LESLYE B. DAVIDSON
CARY S. KAPPEL
WILLIAM C. GEHRIS
MOREY B. WILDES
ROBERT J. PARADISO
ERIK R. SWANSON**

THOMAS F. CANTY***
LIVIA S. BOYADJIAN

SCOTT L. APPELBAUM
CYNTHIA R. MOORE, PH.D.
DAVID G. KNASIAK
RICHARD V. ZANZALARI*
SALVATORE J. MAIORINO
ROY L. CHAN



INTELLECTUAL PROPERTY
NEW YORK | FRANKFURT

NEW YORK
DAVIDSON, DAVIDSON & KAPPEL, LLC
485 SEVENTH AVENUE, 14TH FLOOR
NEW YORK, NY 10018
T. 212-736-1940
F. 212-736-2427
DDK@DDKPATENT.COM

FRANKFURT
DAVIDSON, DAVIDSON & KAPPEL EUROPE, LLC
WESTENDSTRASSE 19
60325 FRANKFURT AM MAIN, GERMANY
T. +49 (69) 97 546 490
F. +49 (69) 97 546 491
FRANKFURT@DDKPATENT.COM

*ADMITTED IN NEW JERSEY ONLY
**DDK EUROPE

## FACSIMILE TRANSMITTAL

FROM: William Gehris (Reg No. 38,156)      DATE:      July 11, 2001

OUR REF: 514. 1002                NO. OF PAGES (including cover ): 1
                                                                    2

### PLEASE DELIVER THE FOLLOWING TO:

| Recipients(s): | Fax Number: |
| --- | --- |
| Krista Zele | 703 746 5919 |

MESSAGE:

CONFIDENTIALITY NOTICE: The documents accompanying this facsimile transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us.

IF THERE ARE ANY PROBLEMS WITH RECEPTION OF THIS FAX,
PLEASE CALL OR FAX SENDER TO ADVISE. THANK YOU.

510.1002

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Re: | Application of: | Peter SNAWERDT | #5 |
| | Serial No.: | 09/772,018 | |
| | Filed: | January 29, 2001 | |
| | For: | DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD | |

### REQUEST FOR CHANGE OF ADDRESS

Commissioner for Patents                                    July 11, 2001
Washington, D.C. 20231

S i r:

Applicant hereby requests that the correspondence address for the above-referenced

application be changed to:

Davidson, Davidson & Kappel, LLC
485 Seventh Avenue, 14th Floor
New York, NY 10018
(212) 736-1940.

Applicant's representative would like to thank the Examiner for noticing the inconsistency

in the addresses.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By:  _____
William C. Gehris (Reg. No. 38,156)

Davidson, Davidson & Kappel, LLC
485 Seventh Avenue, 14th Fl.
New York, New York 10018
(212) 736 1940

I hereby certify that this correspondence and/or
documents referred to as attached therein and/or
fee are being facsimile transmitted to the United States
Patent And Trademark Office (703 746 5919) on July 11, 2001.
DAVIDSON, DAVIDSON & KAPPEL, LLC
BY: _____
William C. Gehris (Reg No. 38, 156)

82

FORM PTO-1083

ASSISTANT COMMISSIONER FOR PATENTS
Washington, DC 20231

Docket No.: __514.1002__
Date: __July 9, 2001__

In re application of: **Peter SNAWERDT**
Serial No.: 09/772,018
Filed: January 29, 2001
For: **DUAL - MODE FIBEROPTIC TELECOMMUNICATIONS SYSTEM AND METHOD**

S i r:

Transmitted herewith is a **Supplemental Information Disclosure Statement** in the above-identified application.

[ ]  Small entity status under 37 C.F.R. 1.9 and 1.27 has been previously established.
[ ]  Applicants assert small entity status under 37 C.F.R. 1.9 and 1.27.
[X]  No fee for additional claims is required.
[ ]  A filing fee for additional claims calculated as shown below, is required.

**RECEIVED**

JUL 1 8 2001

Technology Center 2600

| FOR: | (Col. 1) REMAINING AFTER AMENDMENT | (Col. 2) HIGHEST PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE \| FEE | OR | LARGE ENTITY RATE \| FEE |
|------|------|------|------|------|------|------|
| TOTAL CLAIMS | * Minus** | = | 0 | \|x $ 9\|$ | | \|x $ 18\|$ |
| INDEP. CLAIMS | * Minus*** | = | 0 | \|x $ 40\|$ | | \|x $ 80\|$ |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | \|+ $135\|$ | | \|+ $270\|$ |

TOTAL: $     OR   TOTAL: $

\*   If the entry in Co. 1 is less than the entry in Col. 2, write "0" in Col. 3.
\*\*   If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

[X]  Also transmitted herewith are:
    [ ] Petition for extension under 37 C.F.R. 1.136 (in duplicate)
    [X] Other: **Form PTO -1449 with copies of citations ( 123 pages)**

[ ]  Check(s) in the amount of **$.00** is/are attached to cover:
    [ ] Filing fee for additional claims under 37 C.F.R. 1.16
    [ ] Petition fee for extension under 37 C.F.R. 1.136
    [ ] Other:

[ ]  The Assistant Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 50-0552.

    [X]  Any filing fee under 37 C.F.R. 1.16 for the presentation of additional claims which are not paid by check submitted herewith.
    [X]  Any patent application processing fees under 37 C.F.R. 1.17.
    [X]  Any petition fees for extension under 37 C.F.R. 1.136 which are not paid by check submitted herewith, and it is hereby requested that this be a petition for an automatic extension of time under 37 CFR 1.136.

William C. Gehris, Reg. No. 38,156
DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
Tel: (212) 736-1940
Fax: (212) 736-2427

I hereby certify that this correspondence and/or documents referred to as attached therein and/or fee are being deposited with the United States Postal Service as "first class mail" in an envelope addressed to "Assistant Commissioner for Patents, Washington, D.C. 20231" on _July 9, 2001._

DAVIDSON, DAVIDSON & KAPPEL, LLC

BY: _____
Jan Decker

2633

514.1002

OIPE JC42 JUL 1 6 2001 PATENT & TRADE

UNITED STATES PATENT AND TRADEMARK OFFICE

#7

510.1002

**RECEIVED**

JUL 1 8 2001

Technology Center 2600

| | | |
|---|---|---|
| Examiner: To Be Assigned | Art Unit: 2633 | |
| Re: | Application of: | **Peter SNAWERDT** |
| | Serial No.: | 09/772,018 |
| | Filed: | January 29, 2001 |
| | For: | **DUAL – MODE FIBEROPTIC TELECOMMUNICATIONS SYSTEM AND METHOD** |

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents      July 9, 2001
Washington, D.C. 20231
BOX: NO FEE

S i r:

In accordance with the provisions of 37 C.F.R. § 1.97, Applicant hereby makes of record the documents listed on the accompanying PTO-1449 Form (1 page) for consideration by the Examiner in connection with the examination of the above-identified patent application.

This Information Disclosure Statement is filed under 37 C.F.R. §1.97 (b), before the mailing date of a First Office Action, therefore no fee is believed due.

I hereby certify that this correspondence and/or documents referred to as attached therein and / or fee are being deposited with the United States Postal Service as "first class mail" in an envelope addressed to "Assistant Commissioner for Patents, Washington, D.C. 20231" on July 9, 2001.
DAVIDSON, DAVIDSON & KAPPEL, LLC.

BY: _Jan Decker_
        Jan Decker

1

In the event any additional fee is due in connection with this response or if any fee has been overpaid, the deficiency or overpayment should be charged to our Deposit Account No. 50-0552.

It is respectfully requested that the references cited in the accompanying PTO-1449 form be considered and made of record. It is respectfully submitted that the pending claims are patentable over all of the references made of record at this time.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _____

William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 763-1940

2

| FORM PTO-1449<br>(REV. 7-80) | | | | | | | | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | | ATTY. DOCKET NO.: 514.1002 | | SERIAL NO.: 09/772,018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT<br>(Use several sheets if necessary) | | | | | | | | | | APPLICANT(S): Peter SNAWERDT | | RECEIVED | |
| | | | | | | | | | | FILING DATE: 01/29/2001 | | GROUP: 2833   JUL 1 8 2001<br>Technology Center 2800 | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER<br>INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE<br>IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cl | AA | 5 | 7 | 9 | 3 | 5 | 1 | 2 | Aug. 11,98 | Ryo | 359 | 179 | |
| Cl | AB | 5 | 6 | 9 | 6 | 2 | 1 | 1 | Apr. 20, 99 | Watanabe | 359 | 124 | |
| Cl | AC | 6 | 0 | 9 | 7 | 5 | 2 | 5 | Aug. 1, 00 | Ono et al. | 359 | 181 | |
| Cl | AD | 6 | 2 | 5 | 8 | 1 | 3 | 0 | Jul. 3, 2001 | Bülow | 359 | 173 | Aug. 26, 1998 |
| Cl | AE | 5 | 6 | 4 | 3 | 9 | 5 | 2 | Aug. 6, 96 | Yonenaga et al. | 359 | 181 | |
| | AF | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | | |

**OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER<br>Christina Y Leung | DATE CONSIDERED<br>6-26-02 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

# File History Content Report

The following content is missing from the original file history record obtained from the United States Patent and Trademark Office. No additional information is available.

Document Date -     2001-07-17

Document Title -     USPTO Communication Re: Change of Address

This page is not part of the official USPTO record. It has been determined that content identified on this document is missing from the original file history record.



UNITED STATES PATENT AI    ADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
Washington, D.C. 20231
www.uspto.gov

Paper N **MAIL** 6

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 SEVENTH AVENUE, 14TH FLOOR
NEW YORK, NY 10018

JUL 1 7 2001

DIRECTOR OFFICE
TECHNOLOGY CENTER 2600

In re Application of                    :
Peter Snawerdt                          :
Application No. 09/772,018              :    DECISION ON PETITION
Filed: January 29, 2001                 :    TO MAKE SPECIAL
For: DUAL-MODE FIBER OPTIC             :
TELECOMMUNICATIONS SYSTEM AND METHOD   :

This is a decision on the petition filed June 27, 2001 and supplemental information received by facsimile on July 11, 2001, to make the above-identified application special pursuant to M.P.E.P. § 708.02 (VIII).

In accordance with M.P.E.P. § 708.02, Item VIII, an application may be granted special status provided that the applicant complies with each of the following items: (a) submits a petition to make special accompanied by the fee set forth in 37 C.F.R. § 1.17(I); (b) presents all claims are directed to a single invention, or if the Office determines that all the claims presented are not obviously directed to a single invention, will make an election without traverse as a prerequisite to the grant of special status; (c) submits a statement(s) that a pre-examination search was made, listing of the field of search by class and subclass, publication, Chemical Abstracts, foreign patents, database search with the search terms used, etc.; (d) submits one copy of each of the references deemed most closely related to the subject matter encompassed by the claims if said references are not already of record; and (e) submits a detailed discussion of the references, which discussion points out, with the particularity required by 37 C.F.R. § 1.111(b) and (c), how the claimed subject matter is patentable over the references.

For the above stated reasons, the petition is **GRANTED**.

The application will retain its special status throughout its entire course of prosecution in the Patent and Trademark Office, including appeal, if any to the Board of Patent Appeals and Interferences, subject only to diligent prosecution by the applicant.

The application file will be forwarded to the examiner for expedited prosecution.

Krista Zele
Special Program Examiner
Technology Center 2600
Communications
(703) 305-4710

2633



COPY OF PAPERS
ORIGINALLY FILED

514.1002

## UNITED STATES PATENT AND TRADEMARK OFFICE

#8

#16 M RECEIVED
MAY 0 2 2002
Technology Center 2600

| | |
|---|---|
| Applicant: | Peter SNAWERDT |
| Serial No.: | 09/772,018 |
| Filed: | 01/29/2001 |
| For: | **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD** |
| Examiner: | To Be Assigned |
| Art Unit: | 2633 |

### SUBMISSION OF FORMAL DRAWINGS

Assistant Commissioner for Patents                    April 19, 2002
Washington, D.C. 200231
BOX PGPUB DRAWINGS

S i r:

Submitted herewith are two (2) pages of formal drawings to replace the three (3) sheets of informal drawings that were filed with the above-identified patent application.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _____
William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
Patents, Trademarks and Copyrights
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 736-1940

I hereby certify that this correspondence and/or
documents referred to as attached therein and / or
fee are being deposited with the United States
Postal Service as "first class mail" in an envelope
addressed to "Assistant Commissioner for
Patents, Washington, D.C. 20231" on
April 19, 2002.
DAVIDSON, DAVIDSON & KAPPEL, LLC.

BY: _____
Jan Decker



Fig. 1



Fig. 2

Fig. 3

Applicant:        Peter SNAWERDT
Serial No.:       09/772,018
Filed:            01/29/2001
For:       **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS**
           **SYSTEM AND METHOD**
Attorney's Docket No.:       514.1002
Davidson, Davidson & Kappel, LLC
Contact:   William C. Gehris, Reg. No. 38,156
Telephone:       (212) 736-1940, ext. 105
Sheet 2 of 2

COPY OF PAPERS
ORIGINALLY FILED

RECEIVED
MAY 0 2 2002
Technology Center 2600



92

xvs

GAU/2633

=#RS
q

514.1002

5-20-02

Examiner: To Be Assigned

Art Unit: 2633

RECEIVED
MAY 1 7 2002
Technology Center 2600

MAY 13 2002

e: Application of:

**Peter SNAWERDT**

Serial No.:

09/772,018

Filed:

January 29, 2001

For:

**DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD**

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231
BOX: NO FEE

May 8, 2002

S i r:

In accordance with the provisions of 37 C.F.R. § 1.97, Applicant hereby makes of record the documents listed on the accompanying PTO-1449 Form (1 page) for consideration by the Examiner in connection with the examination of the above-identified patent application.

This Information Disclosure Statement is filed under 37 C.F.R. §1.97 (b), before the mailing date of a First Office Action, therefore no fee is believed due.

I hereby certify that this correspondence and/or
documents referred to as attached therein and / or
fee are being deposited with the United States
Postal Service as "first class mail" in an envelope
addressed to "Assistant Commissioner for
Patents, Washington, D.C. 20231" on
May 8, 2002.
DAVIDSON, DAVIDSON & KAPPEL, LLC.

BY: _____
Jan Decker

1

514.1002

In the event any additional fee is due in connection with this response or if any fee has been overpaid, the deficiency or overpayment should be charged to our Deposit Account No. 50-0552.

It is respectfully requested that the references cited in the accompanying PTO-1449 form be considered and made of record. It is respectfully submitted that the pending claims are patentable over all of the references made of record at this time.

RECEIVED
MAY 1 7 2002
Technology Center 2600

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _____
William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 763-1940
        736-1940

2

| FORM PTO-1449 (REV. 7-80) | | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.: 514.1002 | | SERIAL NO.: 09/772,018 | |
|---|---|---|---|---|---|---|

LIST OF PRIOR ART CITED BY APPLICANT
(Use several sheets if necessary)

APPLICANT(S): Peter SNAWERDT

FILING DATE: 01/29/2001    GROUP: 2633

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cl | AA | 4 | 7 | 5 | 4 | 4 | 5 | 2 | Jun. 28, 88 | Henry | 370 | 85 | |
| Cl | AB | 5 | 9 | 4 | 6 | 1 | 1 | 9 | Aug. 31, 99 | Bergano et al. | 359 | 124 | |
| Cl | AC | 5 | 8 | 3 | 6 | 4 | 3 | 0 | Dec. 7, 99 | Halbert-Lasalle et al. | 370 | 204 | |
| Cl | AD | 5 | 9 | 4 | 0 | 4 | 5 | 2 | Aug. 17, 99 | Rich | 375 | 347 | |
| Cl | AE | 5 | 9 | 2 | 0 | 4 | 1 | 6 | Jul. 6, 99 | Beylat et al. | 359 | 181 | |
| Cl | AF | 5 | 2 | 9 | 1 | 5 | 1 | 6 | Mar. 1, 94 | Dixon et al. | 375 | 1 | |
| Cl | AG | 5 | 2 | 3 | 9 | 3 | 0 | 6 | Aug. 24, 93 | Siwiak et al. | 340 | 825.44 | |
| | AH | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | |
| | AM | | | | | | | | | | | |
| | AN | | | | | | | | | | | |
| | AO | | | | | | | | | | | |
| | AP | | | | | | | | | | | |

**OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER Christina Y Leung | DATE CONSIDERED 6-26-02 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

OIPE
MAY 13 2002
TRADEMARK

RECEIVED
MAY 17 2002
Technology Center 2600

Transaction History Date ___2002-07-18___
Date information retrieved from USPTO Patent
Application Information Retrieval (PAIR)
system records at www.uspto.gov

COPY OF PAPERS
ORIGINALLY FILED

26 SS

514.1002 #^R

10

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

7- 26.

Examiner: To Be Assigned      Art Unit: 2633

Re:   Application of:        **Peter SNAWERDT**          RECEIVED

Serial No.:          09/772,018          JUL 2 2 2002

Filed:            January 29, 2001        Technology Center 2800

For:             **DUAL-MODE FIBER OPTIC**
                 **TELECOMMUNICATIONS SYSTEM AND**
                 **METHOD**

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents                              July 12, 2002
Washington, D.C. 20231
BOX: NO FEE

S i r:

In accordance with the provisions of 37 C.F.R. § 1.97, Applicant hereby makes of record
the documents listed on the accompanying PTO-1449 Form (1 page) for consideration by the
Examiner in connection with the examination of the above-identified patent application.

This Information Disclosure Statement is filed under 37 C.F.R. §1.97 (b), before the
mailing date of a First Office Action, therefore no fee is believed due.

I hereby certify that this correspondence and/or
documents referred to as attached therein and / or
fee are being deposited with the United States
Postal Service as "first class mail" in an envelope
addressed to "Assistant Commissioner for
Patents, Washington, D.C. 20231" on
July 12, 2002.
DAVIDSON, DAVIDSON & KAPPEL, LLC.

BY: _____
        Jan Dooker

1

COPY OF PAPERS
ORIGINALLY FILED

514.1002

In the event any additional fee is due in connection with this response or if any fee has been overpaid, the deficiency or overpayment should be charged to our Deposit Account No. 50-0552.

It is respectfully requested that the references cited in the accompanying PTO-1449 form be considered and made of record. It is respectfully submitted that the pending claims are patentable over all of the references made of record at this time.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _William C. Gehris_
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 763-1940

2

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.: 514.1002 | SERIAL NO.: 09/772,018 |
|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT (Use several sheets if necessary) | | APPLICANT(S): Peter SNAWERDT | |
| | | FILING DATE: 01/29/2001 | GROUP: 2633 |

**COPY OF PAPERS ORIGINALLY FILED**

**OIPF** JUL 1 8 2002 PATENT & TRADEMARK OFFICE

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCL ASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *cl* | AA | 5 | 9 | 5 | 3 | 4 | 2 | 1 | Sep. 14, 99 | Townsend | 380 | 21 | |
| *cl* | AB | 5 | 9 | 5 | 3 | 1 | 3 | 9 | Sep. 14, 99 | Nemecek et al. | 359 | 124 | |
| *cl* | AC | 5 | 6 | 2 | 5 | 4 | 7 | 9 | Apr. 29, 97 | Suzuki et al. | 359 | 135 | |
| *cl* | AD | 5 | 7 | 5 | 7 | 9 | 1 | 2 | May 26, 98 | Blow | 380 | 21 | |
| | AE | | | | | | | | | | | | |
| | AF | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | |

**RECEIVED**
**JUL 2 2 2002**
**Technology Center 2600**

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | | |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER  Christine Y Leung | DATE CONSIDERED  2-28-03 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.





RS 2633

#
II

514.1002

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Examiner: To Be Assigned     Art Unit: 2633

Re:   Application of:     **Peter SNAWERDT**     **RECEIVED**

     Serial No.:     09/772,018     NOV 2 5 2002

     Filed:     January 29, 2001     [Technology Center 2600

     For:     **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD**

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents        November 15, 2002
Washington, D.C. 20231
BOX: NO FEE

S i r :

In accordance with the provisions of 37 C.F.R. § 1.97, Applicant hereby makes of record the documents listed on the accompanying PTO-1449 Form (1 page) for consideration by the Examiner in connection with the examination of the above-identified patent application.

This Information Disclosure Statement is filed under 37 C.F.R. §1.97 (b), before the mailing date of a First Office Action, therefore no fee is believed due.

I hereby certify that this correspondence and/or
documents referred to as attached therein and / or
fee are being deposited with the United States
Postal Service as "first class mail" with sufficient
postage in an envelope addressed to "Assistant
Commissioner for Patents, Washington, D.C. 20231"
on November 15, 2002.
DAVIDSON, DAVIDSON & KAPPEL, LLC.

BY: _____
     Jan Desker

1

In the event any additional fee is due in connection with this response or if any fee has been overpaid, the deficiency or overpayment should be charged to our Deposit Account No. 50-0552.

It is respectfully requested that the references cited in the accompanying PTO-1449 form be considered and made of record. It is respectfully submitted that the pending claims are patentable over all of the references made of record at this time.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _____

William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 736-1940

2

| FORM PTO-1449 (REV. 7-80) | | | | | | | | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | ATTY. DOCKET NO.: 514.1002 | | SERIAL NO.: 09/772,018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIST OF PRIOR ART CITED BY APPLICANT (Use several sheets if necessary) | | | | | | | | | | APPLICANT(S): Peter SNAWERDT | | | |
| | | | | | | | | | | FILING DATE: 01/29/2001 | | GROUP: 2633 | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCL ASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *cl* | AA | 6 | 1 | 2 | 4 | 9 | 6 | 0 | Sep. 26, 00 * | Garthe et al. | 359 | 181 | |
| *cl* | AB | 5 | 3 | 1 | 9 | 4 | 3 | 8 | Jun. 7, 94 | Klasaleh | 356 | 345 | |
| *cl* | AC | 5 | 5 | 7 | 7 | 0 | 8 | 7 | Nov. 19, 96 | Furuya | 375 | 377 | |
| *cl* | AD | 4 | 8 | 2 | 4 | 2 | 0 | 1 | Apr. 25, 89 | Kazovsky | 380 | 96.16 | |
| *cl* | AE | 6 | 1 | 2 | 2 | 0 | 8 | 6 | Sep. 19, 00 | Djupsjoebacka | 359 | 181 | |
| | AF | | | | | | | | | | | | |
| | AG | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | |
| | AI | | | | | | | | | | | | |
| | AJ | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | |

RECEIVED

NOV 2 5 2002

Technology Center 2600

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YES | NO |
| | AL | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | |
| | AN | | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | | |

**OTHER PRIOR ART (including Author, Title, Date, Pertinent Pages, Etc.)**

| | AR | |
|---|---|---|
| | AS | |
| | AT | |

| EXAMINER   *Christina Y Leung* | DATE CONSIDERED   2-28-03 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

OIPE

NOV 2 1 2002

101





UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/772,018 | 01/29/2001 | Peter Snawerdt | 514.1002 | 9221 |

7590          03/13/2003

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, NY   10018

| EXAMINER |
|---|
| LEUNG, CHRISTINA Y |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2633 | |

DATE MAILED: 03/13/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/772,018 | SNAWERDT, PETER |
| | Examiner | Art Unit |
| | Christina Y. Leung | 2633 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>29 January 2001</u> .

2a)☐ This action is FINAL.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-22</u> is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1,3,5-15 and 17-22</u> is/are rejected.

7)☒ Claim(s) <u>2,4 and 16</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>29 January 2001</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

If approved, corrected drawings are required in reply to this Office action.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____ .

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

a)☐ The translation of the foreign language provisional application has been received.

15)☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>2-478-11</u> .

4)☐ Interview Summary (PTO-413) Paper No(s). _____ .

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____ .

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)    Office Action Summary    Part of Paper No. 12

## DETAILED ACTION

### *Drawings*

1.    This application has been filed with informal drawings which are acceptable for

examination purposes only.  Formal drawings will be required when the application is allowed.

### *Claim Rejections - 35 USC § 101*

2.    35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or
> any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and
> requirements of this title.

3.    Claim 22 is rejected under 35 U.S.C. 101 because the claimed invention is directed to

non-statutory subject matter. Claim 22 recites "An optical signal comprising amplitude-

modulated signals representative of an input data stream during a first time period and phase-

modulated signals representative of the input data stream during a second time period subsequent

or prior to the first time period." A signal per se is not statutory subject matter.

### *Claim Rejections - 35 USC § 102*

4.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless —
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on
> sale in this country, more than one year prior to the date of application for patent in the United States.
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the
> United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by
> another filed in the United States before the invention by the applicant for patent, except that an international
> application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an
> application filed in the United States only if the international application designated the United States and was
> published under Article 21(2) of such treaty in the English language.

5.    Claims 19 and 21 are rejected under 35 U.S.C. 102(e) as being anticipated by Garthe et

al. (US 6,124,960 A).

Regarding claim 19, Garthe et al. discloses a method for transmitting optical data in two modes (Figure 5) comprising the steps of:

phase modulating light (with phase modulator 53) from at least one light source (elements 50 and 51) during a first transmission mode so as to transmit phase-modulated optical data; and

amplitude modulating light (with intensity modulator 54) from the at least one light source (elements 50 and 51) during a second alternate transmission mode so as to transmit amplitude-modulated optical data.

Regarding claim 21, Garthe et al. discloses that during the second alternate transmission mode the light is both amplitude-modulated and phase-modulated (column 7, lines 52-67; column 8, lines 1-12).

6.      Claims 19 and 21 are rejected under 35 U.S.C. 102(e) as being anticipated by Djupsjobacka (US 6,122,086 A).

Regarding claim 19, Djupsjobacka discloses a method for transmitting optical data in two modes (Figure 1) comprising the steps of:

phase modulating light (with phase modulator 5) from at least one light source 1 during a first transmission mode so as to transmit phase-modulated optical data; and

amplitude modulating light (with amplitude modulator 3) from the at least one light source 1 during a second alternate transmission mode so as to transmit amplitude-modulated optical data.

Regarding claim 21, Djupsjobacka discloses that during the second alternate transmission mode the light is both amplitude-modulated and phase-modulated (abstract).

7.    Claims 19 and 21 are rejected under 35 U.S.C. 102(b) as being anticipated by Kazovsky

(US 4,824,201 A).

Regarding claim 19, Kazovsky discloses a method for transmitting optical data in two

modes (Figures 3-5) comprising the steps of:

phase modulating light from at least one light source (with element 32; column 1, lines

54-66) during a first transmission mode so as to transmit phase-modulated optical data; and

amplitude modulating light from the at least one light source (with element 31; column 1,

lines 54-66) during a second alternate transmission mode so as to transmit amplitude-modulated

optical data.

Regarding claim 21, Kazovsky discloses that during the second alternate transmission

mode the light is both amplitude-modulated and phase-modulated.

8.    Claim 22 is rejected under 35 U.S.C. 102(b) as being anticipated by Takahashi (US

5,483,370 A).

Regarding claim 22, Takahashi discloses an optical signal comprising amplitude-

modulated signals representative of an input data stream during a first time period and phase-

modulated signals representative of the input data stream during a second time period subsequent

or prior to the first time period (Figure 2; column 1, lines 61-67; column 2, lines 1-6).

### *Claim Rejections - 35 USC § 103*

9.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

10.     Claim 1 is rejected under 35 U.S.C. 103(a) as being unpatentable over Garthe et al.

        Regarding claim 1, Garthe et al. discloses an optical data transmitter (Figure 5)
comprising:

        at least one light source 50; and

        a phase modulator 53 for phase modulating light from the light source.

        Garthe et al. further discloses an electronic data stream 55, wherein the phase modulator
creates phase-modulated optical signals in the light as a function of the electronic data stream,
and an amplitude modulator 54 amplitude-modulates the light as a function of the electronic data
stream. It is well known in the art that the data stream disclosed by Garthe et al. would be
provided by some source of electrical data signals, although such a source is not explicitly shown
in the figure. Garteh et al. do not specifically disclose a controller, but it would be well known in
the art that the source of the data stream supplies the data stream in a way which controls the
phase modulator and also, as a second mode or function of the device, controls amplitude
modulation of the light. It would have been obvious to a person of ordinary skill in the art to
include a controller in the transmitter disclosed by Garthe et al. in order to specifically provide a
source of the data stream which controls the output of the modulated light.

11.     Claims 1, 3, 5-11, 19, and 20 are rejected under 35 U.S.C. 103(a) as being unpatentable
over Furuya (US 5,577,087 A) in view of Djupsjobacka.

        Regarding claim 1, Furuya discloses a data transmitter (Figure 4) comprising:

        a phase modulator 40 for phase modulating a signal;

        a controller 90 having an electronic data stream, the controller in a first mode controlling
the phase modulator 50 so as to create phase-modulated signals as a function of the electronic

data stream and the controller in a second alternate mode amplitude-modulating signals (via modulator 40) as a function of the electronic data stream.

Furuya does not explicitly disclose that the controller 90 has an input for receiving the data stream, but Furuya does disclose that the controller 90 provides the data to be output to the modulators, and it would be well known in the art that the controller itself likewise would require an input for receiving whatever transmission data is desired by users.

Furuya does not specifically disclose that the signals are optical and does not disclose a light source. However, optical transmitters are generally well known, and it is well known in the art that optical wavelengths may be used as an engineering design choice of a transmission medium instead of the radio frequencies particularly disclosed by Furuya. Djupsjobacka in particular teaches that a light source can provide light to an amplitude modulator and a phase modulator (Figure 1). Regarding claim 9 in particular, Djupsjobacka teaches that the at least one light source may be a single laser which provides light to both modulating devices (Figure 1). Regarding claim 10 in particular, Djupsjobacka also teaches that the laser may be directly adjacent the phase-modulator.

Regarding claims 1, 9, and 10, it would have been obvious to a person of ordinary skill in the art to use optical signals with the system disclosed by Furuya and a light source as suggested by Djupsjobacka in order to provide an optimal choice of signal modulation depending on user requirements in an optical system.

Regarding claim 3, Furuya discloses that the controller in the second mode amplitude modulates the signal in direct relation to the input data stream.

Regarding claim 5, Furuya discloses that the controller has a switch (elements 30 and 50)

for switching between the first and second modes.

Regarding claim 6, Furuya does not specifically disclose that the switch is operator-activated. However, it is well known in the art that such a switch may be controlled manually. It would have been obvious to a person of ordinary skill in the art to specify that the switch is "operator-controlled," either manually or by any other means (such as sending a signal to the switch), in order to allow a user to select between the two detection types as desired.

Regarding claim 7, Furuya discloses that the switch may be bit-data activated (by control signals from controller 90).

Regarding claim 8, Furuya does not specifically disclose that bit data contained in a packet activates the switch, but it is well known in the art that data may be transmitted in packets. It would have been obvious to a person of ordinary skill in the art to control the switch disclosed by Furuya with data contained in a packet as an engineering design choice of a way to format the data signal. The claimed differences exist not as a result of an attempt by Applicants to solve an unknown problem but merely amount to the selection of expedients known as design choices to one of ordinary skill in the art.

Regarding claim 11, Furuya discloses that during the second mode, the phase-modulator provides a constant or no phase-modulation change (Figure 4, which shows that the phase modulator 50 is disconnected when the amplitude modulator 40 is connected.).

Regarding claim 19, Furuya discloses a method for transmitting data in two modes comprising the steps of:

phase modulating signals (with modulator 50) during a first transmission mode so as to transmit phase-modulated data; and

amplitude modulating signals (with modulator 40) during a second alternate transmission mode so as to transmit amplitude-modulated data.

Furuya does not specifically disclose that the signals are optical and does not disclose a light source. However, again, optical transmitters are generally well known, and Djupsjobacka in particular teaches that a light source can provide light to an amplitude modulator and a phase modulator (Figure 1).

It would have been obvious to a person of ordinary skill in the art to use optical signals with the method disclosed by Furuya and a light source as suggested by Djupsjobacka in order to provide an optimal choice of signal modulation depending on user requirements in an optical system).

Regarding claim 20, Furuya discloses that during the first transmission mode the signals are not amplitude-modulated.

12.    Claims 12-15 and 17 are rejected under 35 U.S.C. 103(a) as being unpatentable over. Kazovsky in view of Kiasaleh (US 5,319,438 A)

Regarding claim 12, Kazovsky discloses a receiver for receiving optical signals (Figures 3-5), the optical signals including both phase-modulated optical signals and direct amplitude-modulated optical signals (column 1, lines 54-66), the receiver comprising:

a detector (element 41 in Figure 3 or element 53 in Figure 4) for reading the phase-modulated signals; and

a detector (element 39 in Figure 3 or element 52 in Figure 4) to read the direct amplitude-modulated optical signals (column 3, lines 2-67; column 4, lines 1-37).

Kazovsky does not specifically disclose an interferometer, but Kiasaleh teaches that an

interferometer may be used to receive phase-modulated signals (Figure 2), and it is well known

in the art that interferometers may be used to recover information from phase-modulated signals.

It would have been obvious to a person of ordinary skill in the art to specifically include an

interferometer in one of the detectors in the system disclosed by Kazovsky as an engineering

design choice of a way to read the phase-modulated signals Kazovsky already discloses.

Regarding claim 13, Kazovsky discloses a switch 38 for switching between an output of

the phase-modulation detector and another output of the amplitude-modulation detector.

Regarding claims 14 and 15, Kazovsky does not specifically disclose how the switch may

be controlled, but it is well known in the art that such a switch may be controlled manually or by

a data signal. Regarding claim 14 in particular, it would have been obvious to a person of

ordinary skill in the art to specify that the switch is "operator-controlled" simply in order to

allow a user to select between the two detection types, either manually or by any other means

(such as sending a signal to the switch). Regarding claim 15, it would have been obvious to a

person of ordinary skill in the art to specify that the switch is bit-data controlled as an

engineering design choice of a way to use the switch. The claimed differences exist not as a

result of an attempt by Applicants to solve an unknown problem but merely amount to the

selection of expedients known as design choices to one of ordinary skill in the art.

13.     Claim 17 is rejected under 35 U.S.C. 103(a) as being unpatentable over Kazovsky in

view of Kiasaleh as applied to claim 12 above, and further in view of Davis et al. (US 6,215,565

B1).

Regarding claim 17, Kazovsky and Kiasaleh do not specifically disclose an energy level

detector, but level detectors are well known in the art for monitoring reception. In particular,

Davis et al. teach an optical communications system including energy level detector (Figure 1, element 37; column 3, lines 44-67). It would have been obvious to a person of ordinary skill in the art to include an energy level detector as taught by Davis et al. in the receiver described by Kazovsky in view of Kiasaleh in order to monitor the reception power and ensure that the receiver is properly connected to the transmitter.

14.     Claim 18 is rejected under 35 U.S.C. 103(a) as being unpatentable over Djupsjobacka, Kazovsky, or Garthe et al., each in view of Kiasaleh.

Regarding claim 18, Kazovsky disclose a transmitter for transmitting amplitude-modulated signals in a first mode (with LED 31; column 1, lines 54-66) and phase-modulated signals in a second mode (with laser 32; column 1, lines 54-66); and

an optical fiber 34 connected to the transmitter.

Djupsjobacka also discloses a dual-mode optical transmission system comprising:

a transmitter (Figure 1) for transmitting amplitude-modulated signals (via amplitude modulator 3) in a first mode and phase-modulated signals (via phase modulator 5) in a second mode; and

an optical fiber connected to the transmitter 15.

Garthe et al. also disclose a dual-mode optical transmission system (Figure 5) comprising:

a transmitter for transmitting amplitude-modulated signals in a first mode (with amplitude modulator 54) and phase-modulated signals in a second mode (with phase modulator 53); and

an optical fiber (such as element 501) connected to the transmitter.

Kazovsky, Djupsjobacka, and Garthe et al. each further disclose a receiver in their respective systems for receiving the signals (Kazovsky, element 35; Djupsjobacka, element 25; Garthe et al., element 505), but none specifically disclose that the receiver has an interferometer.

However, it is well known in the art that interferometers may be used to recover information from phase-modulated signals. Again, Kiasaleh in particular teaches an optical receiver which includes an interferometer for detecting phase-modulated signals (Figure 2). It would have been obvious to a person of ordinary skill in the art to include an interferometer in the receiver disclosed by Kazovsky, Djupsjobacka, or Garthe et al. in order to demodulate and properly recover the phase-modulated signals.

### *Allowable Subject Matter*

15.     Claims 2, 4, and 16 objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Regarding claims 2 and 4, although Garthe et al. and Furuya in view of Djupsjobacka describe systems as discussed with regard to claim 1, they do not specifically suggest that the controller phase modulates or amplitude modulates light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.

Regarding claim 16, although Kazovsky discloses a receiver which receives amplitude-modulated or phase-modulated signals as discussed with regard to claim 12, and Kiasaleh teaches using an interferometer to read phase-modulated signals, Kiasaleh does not specifically suggest that such an interferometer may receive delayed amplitude-modulated optical signals.

### Conclusion

16.    Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Christina Y. Leung whose telephone number is 703-605-1186.
The examiner can normally be reached on Monday to Friday, 6:30 to 3:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Jason Chan can be reached on 703-305-4729. The fax phone number for the
organization where this application or proceeding is assigned is 703-872-9314.

Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the receptionist whose telephone number is 703-305-4700.

JASON CHAN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

| | Notice of References Cited | | Application/Control No. | Applicant(s)/Patent Under Reexamination | |
|---|---|---|---|---|---|
| | | | 09/772,018 | SNAWERDT, PETER | |
| | | | Examiner | Art Unit | Page 1 of 1 |
| | | | Christina Y. Leung | 2633 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-5,483,370 A | 01-1996 | Takahashi, Yasushi | 359/128 |
| | B | US-6,215,565 B1 | 04-2001 | Davis et al. | 359/110 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 12

115

Transaction History Date <u>2003-06-11</u>
Date information retrieved from USPTO Patent
Application Information Retrieval (PAIR)
system records at www.uspto.gov

# BEST COPY

Received from < 212 736 2427 > at 6/11/03 2:41:18 PM [Eastern Daylight Time]

FORM PTO-1083

Docket No.:514.1002
Date: June 11, 2003

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

In re application of:    Peter SNAWERDT
Serial No.:              09/772,018
Filed:                   01/29/2001
For:                     DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

Sir:

Transmitted herewith is a Response to Office Action (10 pgs, total fax pages with this cover 11) in the above-identified application.

[ ]    Small entity status under 37 C.F.R. 1.9 and 1.27 has been previously established.
[ ]    Applicants assert small entity status under 37 C.F.R. 1.9 and 1.27.
[X]    No fee for additional claims is required.
[ ]    A filing fee for additional claims calculated as shown below, is required:

| FOR: | (Col. 1) REMAINING AFTER AMENDMENT | (Col. 2) HIGHEST PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | FEE | OR | LARGE ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL CLAIMS | * Minus** | = | 0 | |x $ 9|$ | | |x $ 18|$ |
| INDEP. CLAIMS | * Minus*** | = | 0 | |x $ 42|$ | | |x $ 84|$ |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM| | | | |+ $140|$ | | |+ $280|$ |

TOTAL: $         OR    TOTAL: $

*   If the entry in Co. 1 is less than the entry in Col. 2, write "0" in Col. 3.
**  If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

[ ]    Also transmitted herewith are:
       [ ] Petition for extension under 37 C.F.R. 1.136 (in duplicate)
       [ ] Other:

[ ]    Check(s) in the amount of $.00 is/are attached to cover:
       [ ] Filing fee for additional claims under 37 C.F.R. 1.16
       [ ] Petition fee for extension under 37 C.F.R. 1.136
       [ ] Other:

[X]    The Assistant Commissioner is hereby authorized to charge payment of the following fees associated with this
       communication or credit any overpayment to Deposit Account No. 50-0652.

       [X]    Any filing fee under 37 C.F.R. 1.16 for the presentation of additional claims which are not paid by
              check submitted herewith.
       [X]    Any patent application processing fees under 37 C.F.R. 1.17.
       [X]    Any petition fees for extension under 37 C.F.R. 1.136 which are not paid by check submitted herewith,
              and it is hereby requested that this be a petition for an automatic extension of time under 37 CFR
              1.136.

William C. Gehris, Reg. No. 36,156
DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
Tel: (212) 736-1940
Fax: (212) 736-2427

I hereby certify that this correspondence and/or documents referred to as attached therein
and/or fee are being facsimile transmitted to the United States Patent and Trademark Office
(Facsimile number for TC 2600 before final actions (703) 872-6914 ) on June 11, 2003.

BY:
William Gehris ( Reg. No. 36,156)

NO. 5271    P. 1

DDK    1:48PM    JUN. 11. 2003

116

Received from < 212 728 2427 > at 6/11/03 2:41:29 PM [Eastern Daylight Time]

**Official** 6-11-03 514.1002

#13/a
maze
7/2/03

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Re:Application of: | **Peter SNAWERDT** |
| Serial No.: | **09/772,018** |
| Filed: | **January 29, 2001** |
| For: | **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD** |
| Examiner: | Christina Leung |
| Art Unit: | 2633 |

Commissioner for Patents                                             June 11, 2003
P.O.Box 1450
Alexandria, VA 22313-1450

### RESPONSE TO OFFICE ACTION

In response to the office action dated March 13, 2003, applicant requests reconsideration of the present application in view of the following amendments and remarks:

1

Official

6-11-03  ZC

514.1002

---

IN THE CLAIMS

Claim 1 (currently amended)  An optical data transmitter comprising:

at least one light source a laser;

a phase modulator for phase modulating light from the light source; and

a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light from the laser as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light from the laser as a function of the electronic data stream, the first mode and the second mode occurring at different times.

10.

Claim 1 (amended): An optical data transmitter comprising:

a light source;

a phase modulator for phase modulating light from the light source; and

a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light from the light source as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light from the light source as a function of the electronic data stream; The transmitter as recited in claim 1 wherein the controller in the first mode preferably phase-modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.

2.

Claim 2 (original):  The transmitter as recited in claim 1 wherein the controller in the second mode amplitude modulates the light in direct relation to the input data stream.

3.

Claim 4 (original):  The transmitter as recited in claim 1 wherein the controller in the second mode amplitude modulates the light as a function of an output of a delayed-feedback exclusive-or gate having the electronic data stream as an input.

2

Received from < 212 726 2427 > at 6/11/03 2:41:29 PM [Eastern Daylight Time]

*4.*

514.1002

Claim 5 (original): The transmitter as recited in claim 1 wherein the controller has a switch for switching between the first and second modes.

*5.*

Claim 6 (original): The transmitter as recited in claim 5 wherein the switch is operator-activated.

*6.*

Claim 7 (original): The transmitter as recited in claim 1 wherein the switch is bit-data activated.

*7.*

Claim 8 (original): The transmitter as recited in claim 6 wherein bit data contained in a packet activates the switch.

Claim 9 (cancelled).

*8.*

Claim 10 (currently amended): The transmitter as recited in claim 9 1 wherein the laser is directly adjacent the phase-modulator.

*9.*

Claim 11 (original): The transmitter as recited in claim 1 wherein during the second mode the phase-modulator provides a constant or no phase-modulation change.

*11.*

Claim 12 (currently amended): A receiver for receiving optical signals, the optical signals including both phase-modulated optical signals and direct amplitude-modulated optical signals, the receiver comprising:

an interferometer for reading the phase-modulated signals; and

a detector to read the direct amplitude-modulated optical signals;

wherein the interferometer receives delayed amplitude-modulated optical signals.

*12.*

Claim 13 (original): The receiver as recited in claim 12 further comprising a switch for switching between an output of the interferometer and another output of the detector.

*13.*

Claim 14 (original): The receiver as recited in claim 12 wherein the switch is operator-controlled.

3

JUN. 11. 2003 1:49PM    DDX    NO. 5277   P. 4

Received from < 212 726 2417 > at 6/11/103 2:41:28 PM [Eastern Daylight Time]

514.1002

*14*
Claim ~~16~~ (original): The receiver as recited in claim ~~15~~ *12* wherein the switch is bit-data controlled.

Claim 16 (cancelled).

*15*
Claim ~~17~~ (original): The receiver as recited in claim ~~12~~ *11* further comprising an energy level detector for measuring light energy in a fiber.

*16.*
Claim ~~18~~ (currently amended): A dual-mode optical transmission system comprising:

a transmitter having a laser for transmitting amplitude-modulated signals in a first mode and phase-modulated signals in a second mode and a controller for switching an output of the laser between the first mode and the second mode, the second mode occurring at a different time than the first mode;

an optical fiber connected to the transmitter; and

a receiver having an interferometer being connected to the optical fiber.

*17.*
Claim ~~19~~ (currently amended): A method for transmitting optical data in two modes comprising the steps of:

phase modulating light from ~~at least one light source~~ a laser during a first transmission mode so as to transmit phase-modulated optical data; and

amplitude modulating light from the ~~at least one light source~~ laser during a second alternate transmission mode so as to transmit amplitude-modulated optical data, the second alternate transmission mode occurring at a time separate from the first transmission mode.

*18.*
Claim ~~20~~ (original): The method as recited in claim ~~19~~ *17* wherein during the first transmission mode the light is not amplitude-modulated.

*19.*
Claim ~~21~~ (original): The method as recited in claim ~~19~~ *17* wherein during the second alternate transmission mode the light is both amplitude-modulated and phase-modulated.

4

α' cont'd

JUN. 11. 2003   1:49PM      DDK                    XOA          NO. 5211   P. 5

Received from < 212 730 2427 > at 6/11/03 2:11:28 PM [Eastern Daylight Time]

514.1002

a!
conc'l

Claim 22 (cancelled).

5

A

JUN. 11. 2003  1:50PM    DDK                          NO. 5277   P. 6

Received from < 212 732 2427 > at 6/11/03 2:41:29 PM [Eastern Daylight Time]

514.1002

## REMARKS

Claim 22 was rejected under 35 U.S.C. 101 and 35 U.S.C. 102(b). Claims 19 and 21 were rejected under 35 U.S.C. 102(e) as being anticipated by Garthe or Djupsjobacka. Claim 19 and 21 were rejected under 35 U.S.C. § 102(b) as being anticipated by Kazovsky. Claim 1 was rejected under 35 U.S.C. 103 as being unpatentable over Garthe. Claims 1, 3, 5 to 11, 19 and 20 were rejected under 35 U.S.C. 103 as unpatentable over Furuya in view of Djupsjobacka. Claims 12 to 15 and 17 were rejected under 35 U.S.C. 103. Claim 18 was rejected under 35 U.S.C. 103 as being unpatentable over Djupsjobacka, Kazovsky or Garthe in view of Kiasaleh.

Claims 1, 2, 12, 18 and 19. Claims 9 and 22 have been canceled without prejudice. Withdrawal of the rejections is respectfully requested.

### Claim 22 rejections

Claim 22 has now been canceled without prejudice, and withdrawal of the 35 U.S.C. 101 and 102 rejections is respectfully requested.

### Claims 1 to 11

Claim 1 has been amended to recite the laser limitation of claim 9, which was rejected as unpatentable over Furuya in view of Djupsjobacka. (Garthe does not show a laser for two alternate modes, but rather two different wavelengths at the same time being modulated). Claim 1 also has been amended to clarify that the second mode occurs at a different point in time than the first mode.

Furuya discloses a digital radio communication system where either an AM or a PSK method can be used for transmission, which is used depending on the location of a base station from terminals. (See Furuya at col. 2, line 63 et seq., for example). The switching depends on radio reception quality through the air.

Djupsjobacka discloses simultaneous transmission of optical signals in AM or PM mode, the same signal being sent in AM and PM mode at the same time. (See for example Djupsjobacka at column 2, lines 50 to 54).

6

JUN. 11. 2003 1:50PM____DDK____NO. 5277____P. 7

Received from < 212 726 2472 > at 6/11/03 2:41:28 PM [Eastern Daylight Time]

514.1002

It is respectfully submitted that neither Furuya nor Djupsjobacka discloses "a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light from the laser as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light from the laser as a function of the electronic data stream, the first mode and the second mode occurring at different times."

It is respectfully submitted that one of skill in the art would not have modified Furuya with a laser, as the whole disclosure of Furuya is dedicated to solving problems related to bad radio transmissions. Moreover, Djupsjobacka is concerned with improving an optical signal which is totally irrelevant to the Furuya device and also transmits AM and PM signals at exactly the same time, and not in two different time modes, as now claimed.

Withdrawal of the rejection to claim 1 and its remaining dependent claims is respectfully requested.

Claim 2, indicated as allowable, has been rewritten in independent form and is respectfully submitted as allowable.

### Claims 12 to 17

Claim 12 has been amended to include the limitations of allowable claim 16, and withdrawal of the rejection to claim 12 and its dependent claims is respectfully requested.

### Claim 18

Claim 18 was rejected under 35 U.S.C. 103 as being unpatentable over Djupsjobacka, Kazovsky or Garthe in view of Kiasaleh.

Claim 18 now recites a transmitter having a laser for transmitting amplitude-modulated signals in a first mode and phase-modulated signals in a second mode and a controller for switching an output of the laser between the first mode and the second mode, the second mode occurring at a different time than the first mode.

Neither Djupsjobacka, Kazovsky, Garthe nor Kiasaleh shows such different time modes for modulating one laser. Djupsjobacka shows simultaneous AM/PM transmission. Kazovsky shows an LED transmission mode at the same time as a laser transmission mode, and thus a laser

7

XDC        Wd0S:1   £002 'll 'NNP

123

Received from < 212 726 2427 > at 6/11/03 2:41:28 PM [Eastern Daylight Time]

514.1002

is not modulated in two time distinct modes. Garthe shows simultaneous transmission at two different wavelengths. Kiasaleh does not show two modes.

Withdrawal of the rejection to claim 18 is respectfully requested.

### Claims 19 to 21

Claims 19 and 21 were rejected under 35 U.S.C. 102(e) as being anticipated by Garthe or Djupsjobacka. Claims 19 and 21 were rejected under 35 U.S.C. § 102(b) as being anticipated by Kazovsky. Claims 19 and 20 were rejected under 35 U.S.C. 103 as unpatentable over Furuya in view of Djupsjobacka.

Claim 19 now recites a method for transmitting optical data in two modes comprising the steps of:

phase modulating light from a laser during a first transmission mode so as to transmit phase-modulated optical data; and

amplitude modulating light from the laser during a second alternate transmission mode so as to transmit amplitude-modulated optical data, the second alternate transmission mode occurring at a time separate from the first transmission mode.

Neither Djupsjobacka, Kazovsky, Garthe nor Furuya shows such different time modes for modulating one laser. Djupsjobacka shows simultaneous AM/PM transmission. Kazovsky shows an LED transmission mode at the same time as a laser transmission mode, and thus a laser is not modulated in two time distinct modes. Garthe shows simultaneous transmission at two different wavelengths. Furuya teaches distinct modes for a digital radio sender and is concerned with radio transmission problems due to poor reception, and not to laser transmissions.

8

124

Received from < 212 736 2427 > at 6/11/03 2:41:29 PM [Eastern Daylight Time]

514.1002

## Specification

It is noted that the specification cites in several places a cop-pending and co-owned application, which is U.S. Serial No. 09/765,153. This case has been allowed and the issue fee paid, and is assigned to Examiner David Payne in the same art unit as the present application. Once the patent number is assigned, the Examiner is invited by Examiner's Amendment to amend the specification by replacing the patent application references by the Patent Number. Applicant can also make this change if the Examiner so desires.

9

Received from < 212 736 2427 > at 6/11/03 2:41:29 PM [Eastern Daylight Time]

514.1002

## CONCLUSION

It is respectfully submitted that the application is in condition for allowance and applicant respectfully requests such action.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _William C. Gehris_

William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
Patents, Trademarks and Copyrights
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 736-1940

10

NO. 5217   P. 11

DDK   1:51PM   JUN. 11. 2003

$2633

FORM PTO-1083

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

Docket No.: 514.1002
Date: June 12, 2003

In re application of:    **Peter SNAWERDT**
Serial No.:              09/772,018
Filed:                   January 29, 2001
For:                     **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD**

Sir:

Transmitted herewith is an **Supplemental Information Disclosure Statement w/ PTO 1449 Form and Cited References** in the above-identified application.

**RECEIVED**

[ ]   Small entity status under 37 C.F.R. 1.9 and 1.27 has been previously established.
[ ]   Applicants assert small entity status under 37 C.F.R. 1.9 and 1.27.
[X]   No fee for additional claims is required.
[ ]   A filing fee for additional claims calculated as shown below, is required.

JUN 1 8 2003

Technology Center 2600

| FOR: | (Col. 1) REMAINING AFTER AMENDMENT | (Col. 2) HIGHEST PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | FEE | OR | LARGE ENTITY RATE | FEE |
|------|------|------|------|------|------|------|------|------|
| TOTAL CLAIMS | * Minus** | = | 0 | x $ 9 | $ | | x $ 18 | $ |
| INDEP. CLAIMS | * Minus*** | = | 0 | x $ 40 | $ | | x $ 80 | $ |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | + $135 | $ | | + $270 | $ |

TOTAL: $        OR        TOTAL: $

*     If the entry in Co. 1 is less than the entry in Col. 2, write "0" in Col. 3.
**    If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
***   If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

[ ]   Also transmitted herewith are:
      [ ] Petition for extension under 37 C.F.R. 1.136
      [ ] Other:

[X]   Check(s) in the amount of **$180.00** is/are attached to cover:
      [ ] Filing fee for additional claims under 37 C.F.R. 1.16
      [ ] Petition fee for extension under 37 C.F.R. 1.136
      [X] Other: IDS Fee under 37 C.F.R. 1.17(p)

[X]   The Assistant Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 50-0552.

      [X]   Any filing fee under 37 C.F.R. 1.16 for the presentation of additional claims which are not paid by check submitted herewith.
      [X]   Any patent application processing fees under 37 C.F.R. 1.17.
      [X]   Any petition fees for extension under 37 C.F.R. 1.136 which are not paid by check submitted herewith, and it is hereby requested that this be a petition for an automatic extension of time under 37 CFR 1.136.

William C. Gehris, Reg. No. 38,156
DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
Tel: (212) 736-1940
Fax: (212) 736-2427

I hereby certify that the documents referred to as attached therein and/or fee are being deposited with the United States Postal Service as "first class mail" with sufficient postage in an envelope addressed to "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" on June 12, 2003.
DAVIDSON, DAVIDSON & KAPPEL, LLC

BY: _____
      Jan Decker



# *14 Supp IDS w/4* *smw 7-23-03*

514.1002

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

JUN 1 8 2003

Technology Center 2600

| | | |
|---|---|---|
| Re: | Application of: | **Peter SNAWERDT** |
| | Serial No.: | 09/772,018 |
| | Filed: | 01/29/2001 |
| | For: | **DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD** |

Examiner: Leung, Christina Y.    Art Unit: 2633

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

June 12, 2003

S i r:

In accordance with the provisions of 37 C.F.R. § 1.97, Applicant hereby makes of record the documents listed on the accompanying PTO-1449 Form (1 page) for consideration by the Examiner in connection with the examination of the above-identified patent application. While the references are being submitted herewith some or all may not qualify as prior art under the U.S. patent laws.

This Information Disclosure Statement is filed under 37 C.F.R. §1.97 (c)(2).

Herewith respectfully submitted is a check in the amount of $180.00 in accordance with 37 C.F.R. § 1.17 (p).

In the event any additional fee is due in connection with this response or if any fee has been overpaid, the deficiency or overpayment should be charged to our Deposit Account No. 50-0552.

06/17/2003 WASFAW1 00000025 09772018
01 FC:1806                 180.00 OP

1

It is respectfully requested that the references cited in the accompanying PTO-1449 form be considered and made of record. It is respectfully submitted that the pending claims are patentable over all of the references made of record at this time.

Respectfully submitted,

DAVIDSON, DAVIDSON & KAPPEL, LLC

By: _____

William C. Gehris
Reg. No. 38,156

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, New York 10018
(212) 736-1940

2

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO : 514.1002 | SERIAL NO : 09/772,018 |
|---|---|---|---|
| | LIST OF PRIOR ART CITED BY APPLICANT (Use several sheets if necessary) | APPLICANT(S): Peter SNAWERDT | |
| | | FILING DATE: 01/29/2001 | GROUP: 2833 |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | | DATE | NAME | CLASS | SUBCL ASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AA | | | | | | | | | | | | | |
| | AB | | | | | | | | | | | | | |
| | AC | | | | | | | | | | RECEIVED | | | |
| | AD | | | | | | | | | | JUN 1 8 2003 | | | |
| | AE | | | | | | | | | | | | | |
| | AF | | | | | | | | | | Technology Center 2600 | | | |
| | AG | | | | | | | | | | | | | |
| | AH | | | | | | | | | | | | | |
| | AI | | | | ◉ | | | | | | | | | |
| | AJ | | | | | | | | | | | | | |
| | AK | | | | | | | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | AL | 0 | 6 | 0 | 5 | 3 | 9 | 04 | Feb. 25, 94 | JP - Japan | — | | Abstract only | |
| ✓ | AM | 0 | 9 | 7 | 7 | 3 | 8 | 2 | Feb. 2, 00 | EP - Europe | — | | | |
| | AN | | | | | | | | | | | | | |
| | AO | | | | | | | | | | | | | |
| | AP | | | | | | | | | | | | | |

**OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | | |
|---|---|---|
| | AR | |
| | AS | |
| | AT | |

| EXAMINER  Christina Y Leung | DATE CONSIDERED  9-4-03 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Transaction History Date 2003-09-09
Date Information retrieved from USPTO Patent
Application Information Retrieval (PAIR)
system records at www.uspto.gov

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 09/772,018 | SNAWERDT, PETER |
| | Examiner | Art Unit | |
| | Christina Y. Leung | 2633 | |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address—*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY** *IS NOT A GRANT OF PATENT RIGHTS.* This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *amendment and response filed 11 June 2003*.

2. ☒ The allowed claim(s) is/are *1-8,10-15 and 17-21*.

3. ☒ The drawings filed on *29 April 2002* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*  c) ☐ None  of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
           International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No. ____ .
    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the Examiner.
    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)
3 ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
5 ☒ Information Disclosure Statements (PTO-1449), Paper No. *14*.
7 ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

2 ☐ Notice of Informal Patent Application (PTO-152)
4 ☐ Interview Summary (PTO-413), Paper No.____ .
6 ☐ Examiner's Amendment/Comment
8 ☐ Examiner's Statement of Reasons for Allowance
9 ☐ Other

LESLIE PASCAL
PRIMARY EXAMINER



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

7590      09/09/2003

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, NY 10018

| EXAMINER |  |
| --- | --- |
| LEUNG, CHRISTINA Y |  |
| ART UNIT | CLASS-SUBCLASS |
| 2633 | 398-185000 |

DATE MAILED: 09/09/2003

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 09/772,018 | 01/29/2001 | Peter Snawerdt | 514.1002 | 9221 |

TITLE OF INVENTION: DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $650 | $300 | $950 | 12/09/2003 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.**

### HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (Rev. 08/03) Approved for use through 04/30/2004.

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>  Mail Stop ISSUE FEE
Commissioner for Patents
Alexandria, Virginia 22313-1450
or <u>Fax</u> (703) 746-4000

**INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|

7590  09/09/2003

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, NY 10018

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/772,018 | 01/29/2001 | Peter Snawerdi | 514.1002 | 9221 |

TITLE OF INVENTION: DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $650 | $300 | $950 | 12/09/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| LEUNG, CHRISTINA Y | 2633 | 398-185000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                 (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent);  ☐ individual  ☐ corporation or other private group entity  ☐ government

4a. The following fee(s) are enclosed:

☐ Issue Fee
☐ Publication Fee
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Director for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee on the application identified above.

_____       _____
(Authorized Signature)                (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (Rev. 08/03) Approved for use through 04/30/2004.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/772,018 | 01/29/2001 | Peter Snaewerdt | 514.1002 | 9221 |

7590   09/09/2003

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, NY 10018

| EXAMINER |
|---|
| LEUNG, CHRISTINA Y |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2633 | |

DATE MAILED: 09/09/2003

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 344 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 344 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (703) 305-1383. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 3 of 4

PTOL-85 (Rev. 08/03) Approved for use through 04/30/2004.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/772,018 | 01/29/2001 | Peter Snaewdt | 514.1002 | 9221 |

| | |
|---|---|
| 7590    09/09/2003 | **EXAMINER** |
| DAVIDSON, DAVIDSON & KAPPEL, LLC | LEUNG, CHRISTINA Y |
| 485 Seventh Avenue, 14th Floor | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2633 | |

DATE MAILED: 09/09/2003

### Notice of Fee Increase on October 1, 2003

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after October 1, 2003, then the amount due will be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on October 1, 2003. See Revision of Patent Fees for Fiscal Year 2004; Final Rule, 68 Fed. Reg. 41532, 41533, 41534 (July 14, 2003).

The current fee schedule is accessible from (http://www.uspto.gov/main/howtofees.htm).

If the fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due" but not the correct amount in view of the fee increase, a "Notice of Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice of Pay Balance of Issue Fee," if the response to the Notice of Allowance is to be filed on or after October 1, 2003 (or mailed with a certificate of mailing on or after October 1, 2003), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously-paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Effective October 1, 2003, 37 CFR 1.18 is amended by revising paragraphs (a) through (c) to read as set forth below.

Section 1.18 Patent post allowance (including issue) fees.

(a) Issue fee for issuing each original or reissue patent, except a design or plant patent:
    By a small entity (Sec. 1.27(a))...................... $665.00
    By other than a small entity........................ $1,330.00

(b) Issue fee for issuing a design patent:
    By a small entity (Sec. 1.27(a))...................... $240.00
    By other than a small entity........................... $480.00

(c) Issue fee for issuing a plant patent:
    By a small entity (Sec. 1.27(a))...................... $320.00
    By other than a small entity........................... $640.00

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85 (Rev. 08/03) Approved for use through 04/30/2004.

**BEST COPY**

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
Alexandria, Virginia 22313-1450
or **Fax** (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)
7590        09/09/2003

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York, NY 10018

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO, on the date indicated below.

Jan Decker                                    (Depositor's name)
_Jan Decker_                                  (Signature)
9/23/2003                                      (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/772,258 | 01/29/2001 | Peter Snawerla | 514.1002 | 9221 |

TITLE OF INVENTION: DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $650 | $300 | $950 | 12/09/2003 |

| EXAMINER | | ART UNIT | CLASS-SUBCLASS |
|---|---|---|---|
| LEUNG, CHRISTINA Y | | 2633 | 398-185000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Davidson, Davidson &
2 Kappel, LLC
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

OYSTER OPTICS, INC.

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

New York, NY

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☒ Publication Fee
☒ Advance Order - # of Copies _10_

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number _50-0552_ (enclose an extra copy of this form).

Director for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

William C. Gehris, Reg. No. 38,156
(Authorized Signature)
_signature_           (Date) 9/23/2003

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

09/30/2003 MAUDEZ 00000062 0977201A

01 FC:1504          300.00 DP
02 FC:1501          650.00 DP
03 FC:8001           30.00 DP

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (Rev. 08/03) Approved for use through 04/30/2004.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# File History Content Report

The following content is missing from the original file history record obtained from the United States Patent and Trademark Office. No additional information is available.

Document Date - 2003-12-16

Document Title - USPTO Grant

This page is not part of the official USPTO record. It has been determined that content identified on this document is missing from the original file history record.

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

P75M

DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue, 14th Floor
New York NY 10018

DATE PRINTED

06/27/07

# MAINTENANCE FEE REMINDER

According to the records of the U.S. Patent and Trademark Office (USPTO) the maintenance fee for the patent(s) listed below (for which the above address is on record as the fee address under 37 CFR 1.363) has not been paid within the six-month period set forth in 37 CFR 1.362(d). THE MAINTENANCE FEE MAY STILL BE PAID WITH THE APPLICABLE SURCHARGE SET FORTH IN 37 CFR 1.20(h), WITHIN THE SIX-MONTH GRACE PERIOD SET FORTH IN 37 CFR 1.362(e).

Unless payment of the maintenance fee and the applicable surcharge is received in the USPTO within the six-month grace period, THE PATENT WILL EXPIRE AS OF THE END OF THE GRACE PERIOD. 35 U.S.C. 41(b).

The total payment due is the amount required on the date the fee is paid (and not necessarily the amount indicated below). All USPTO fees (including maintenance fees) are subject to change. Customers should refer to the USPTO Web site (www.uspto.gov) or call the Maintenance Fee Branch at 571-272-6500 for the most current fee amounts for the correct entity status before submitting payment. The total payment due indicated below is based on the entity status according to current Office records (shown below).

Timely payment of the total payment due is required in order to avoid expiration of the patent. A maintenance fee payment can be timely made using the certificate of mailing or transmission procedure set forth in 37 CFR 1.8.

| PATENT NUMBER | FEE AMT | MAINT. SURCHG | U.S. APPL NUMBER | PATENT ISSUE DATE | APPL. FILING DATE | PAY-MENT YEAR | SMALL ENTITY? | PYMT DUE | TOTAL PAYMENT DUE | ATTORNEY DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 6665500 | 450 | 65 | 09772018 | 12/16/03 | 01/29/01 | 4 | | YES | 515 | 514.1002 |

The maintenance fee and the applicable surcharge can be paid quickly and easily over the Internet at www.uspto.gov by electronic funds transfer (EFT), credit card, or USPTO deposit account payment methods. The mailing address for all maintenance fee payments not electronically submitted over the Internet is: United States Patent and Trademark Office, P.O. Box 371611, Pittsburgh, PA 15250-1611.

Direct any questions about this notice to: Mail Stop M Correspondence, Director of the United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450.

NOTE: This notice was automatically generated based on the amount of time that elapsed since the date a patent was granted. It is possible that the patent term may have ended or been shortened due to a terminal disclaimer that was filed in the application. Also, for any patent that issued from an application filed on or after June 8, 1995 containing a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121, or 365(c), the patent term ends 20 years from the date on which the earliest such application was filed, unless the term was adjusted or extended under 35 U.S.C. 154 or 156. Patentee should determine the relevant patent term for a patent before paying the maintenance fee.

MF440H (3/2008)

# File History Content Report

The following content is missing from the original file history record obtained from the United States Patent and Trademark Office. No additional information is available.

Document Date -     2012-01-10

Document Title  -     USPTO Communication Re: Power of Attorney

This page is not part of the official USPTO record. It has been determined that content identified on this document is missing from the original file history record.

# File History Content Report

The following content is missing from the original file history record obtained from the United States Patent and Trademark Office. No additional information is available.

Document Date - 2012-01-10

Document Title - USPTO Communication Re: Change of Address

This page is not part of the official USPTO record. It has been determined that content identified on this document is missing from the original file history record.

# File History Content Report

The following content is missing from the original file history record obtained from the United States Patent and Trademark Office. No additional information is available.

Document Date - 2015-06-01

Document Title - Applicant Communication Re: Entity Status Set to Undiscounted (Initial Default Setting or Status Change)

This page is not part of the official USPTO record. It has been determined that content identified on this document is missing from the original file history record.

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2000

Application or Docket Number: 09/172298

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 22 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 22 minus 20= * | 2 |
| INDEPENDENT CLAIMS | 5 minus 3 = * | 2 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 355.00 | OR | BASIC FEE | 710.00 |
| X$ 9= | 18 | OR | X$18= | |
| X40= | 80 | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL | 453 | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | * | Minus | ** | = |
| | Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | * | Minus | ** | = |
| | Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|---|
| | Total | * | Minus | ** | = |
| | Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/00)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



# Derwent Innovation

## Derwent Innovation Patent Export, 2019-08-12 15:41:41 +0000

Search results for: pns=(US6665500);

Collections searched: DWPI, US Granted, Australian Innovation, Canadian Applications, US Applications, Australian Granted, French Granted, French Applications, European Granted, Australian Applications, German Utility Models, European Applications, British Applications, British Granted, German Granted, WIPO Applications, Canadian Granted, German Applications, Russian Utility Models, Russian Applications, Chinese Utility Models, Indonesian Simple, Korean Utility Models, Singaporean Applications, Chinese Granted, Indonesian Applications, Korean Granted/Examined, Thai Granted/Examined, Chinese Applications, Japanese Utility Models, Korean Applications, Vietnamese Granted, Indian Granted, Japanese Granted, Malaysian Granted, Vietnamese Applications, Indian Applications, Japanese Applications, Singaporean Granted, Argentinean Utility Models, Argentinean Applications, Mexican Granted, Brazilian Utility Models, Mexican Applications, Brazilian Granted, Brazilian Applications, Other Authorities

**Table of Contents**

1. US6665500B2    Dual-mode fiber optic telecommunications system and method

**Family 1/1**

**1 record(s) per family**


**Record 1/1** US6665500B2 Dual-mode fiber optic telecommunications system and method


**Publication Number:** US6665500B2 20031216


**Title:** Dual-mode fiber optic telecommunications system and method

**Title - DWPI:** Optical data transmitter for fiber optic communication, performs phase or amplitude modulation of optical signal as a function of received electronic data stream, when operating in phase or amplitude modulation mode

**Priority Number:** US2001772018A

**Priority Date:** 2001-01-29

**Application Number:** US2001772018A

**Application Date:** 2001-01-29

**Publication Date:** 2003-12-16

**IPC Class Table:**

| IPC | Section | Class | Subclass | Class Group | Subgroup |
|-----|---------|-------|----------|-------------|----------|
| H04B001012 | H | H04 | H04B | H04B0010 | H04B001012 |
| H04B0010152 | H | H04 | H04B | H04B0010 | H04B0010152 |


**IPC Class Table - DWPI:**

| IPC - DWPI | Section - DWPI | Class - DWPI | Subclass - DWPI | Class Group - DWPI | Subgroup - DWPI |
|------------|----------------|--------------|-----------------|--------------------|-----------------|
| H04B0010152 (IPC 1-7) | H | H04 | H04B | H04B0010 | H04B0010152 (IPC 1-7) |
| H04B001012 (IPC 1-7) | H | H04 | H04B | H04B0010 | H04B001012 (IPC 1-7) |
| H04B0010155 (IPC 1-7) | H | H04 | H04B | H04B0010 | H04B0010155 (IPC 1-7) |
| H04B001012 | H | H04 | H04B | H04B0010 | H04B001012 |
| H04B0010152 | H | H04 | H04B | H04B0010 | H04B0010152 |


**Assignee/Applicant:** Oyster Optics Inc.,New York,NY

1

**JP F Terms:**

**JP FI Codes:**

**Assignee - Original:** Oyster Optics Inc.

**Any CPC Table:**

| Type | Invention | Additional | Version | Office |
|------|-----------|------------|---------|--------|
| Current | **H04B 10/85** | - | 20130101 | EP |
| Current | H04B 10/548 | | 20130101 | EP |

**ECLA:** H04B001085 | H04B0010152

**Abstract:**

An optical data transmitter includes at least one light source, a phase modulator for phase modulating light from the light source, and a controller having an input for receiving an electronic data stream, the controller in a first mode controlling the phase modulator so as to create phase-modulated optical signals in the light as a function of the electronic data stream and the controller in a second alternate mode amplitude-modulating the light as a function of the electronic data stream. A dual-mode receiver, an optical data transmission system and a dual-mode optical signal are also disclosed.

**Language of Publication:** EN

**INPADOC Legal Status Table:**

| Gazette Date | Code | INPADOC Legal Status Impact |
|--------------|------|------------------------------|
| 2016-08-12 | AS | - |
| **Description:** ASSIGNMENT  OYSTER OPTICS, LLC, SOUTH CAROLINA  ASSIGNMENT OF ASSIGNORS INTEREST; ASSIGNOR:TQ GAMMA, LLC; REEL/FRAME:039415/0120  2016-07-15 | | |
| 2015-06-02 | FPAY | + |
| **Description:** FEE PAYMENT  FEE PAYMENT YEAR 12 | | |
| 2011-11-18 | AS | - |
| **Description:** ASSIGNMENT  TQ GAMMA, LLC, TEXAS  ASSIGNMENT OF ASSIGNORS INTEREST; ASSIGNOR:OYSTER OPTICS, INC.; REEL/FRAME:027250/0335  2011-11-15 | | |
| 2011-06-16 | FPAY | + |
| **Description:** FEE PAYMENT  FEE PAYMENT YEAR 8 | | |

| 2007-10-31 | SULP | + |
|---|---|---|

**Description:** SURCHARGE FOR LATE PAYMENT

| 2007-10-31 | FPAY | + |
|---|---|---|

**Description:** FEE PAYMENT  FEE PAYMENT YEAR 4

| 2007-06-27 | REMI | - |
|---|---|---|

**Description:** MAINTENANCE FEE REMINDER MAILED

| 2003-11-25 | STCF | - |
|---|---|---|

**Description:** INFORMATION ON STATUS: PATENT GRANT  PATENTED CASE

| 2001-01-29 | AS | - |
|---|---|---|

**Description:** ASSIGNMENT  OYSTER OPTICS, INC., NEW YORK  ASSIGNMENT OF ASSIGNORS INTEREST; ASSIGNOR:SNAWERDT, PETER; REEL/FRAME:011491/0559  2001-01-25

## Post-Issuance (US):

## Reassignment (US) Table:

| Assignee | Assignor | Date Signed | Reel/Frame | Date |
|---|---|---|---|---|
| OYSTER OPTICS LLC,MURRELLS INLET,SC,US | TQ GAMMA, LLC | 2016-07-15 | 039415/0120 | 2016-08-12 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Correspondent:** BRUCE K. LAGERMAN PO BOX 249 MURRELLS INLET, SC 29576

| TQ GAMMA LLC,AUSTIN,TX,US | OYSTER OPTICS, INC. | 2011-11-15 | 027250/0335 | 2011-11-18 |
|---|---|---|---|---|

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Correspondent:** WILLIAM C. GEHRIS 485 SEVENTH AVENUE, 14TH FLOOR DAVIDSON, DAVIDSON & KAPPEL, LLC NEW YORK, NY 10018

| OYSTER OPTICS INC.,NEW YORK,NY,US | SNAWERDT, PETER | 2001-01-25 | 011491/0559 | 2001-01-29 |
|---|---|---|---|---|

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Correspondent:** DAVIDSON, DAVIDSON & KAPPEL, LLC WILLIAM C. GEHRIS 485 SEVENTH AVENUE 14TH FLOOR NEW YORK, N.Y. 10018

**Maintenance Status (US):**

**Litigation (US):** 2019-07-29 2019 Oyster Optics, LLC Infinera Corporation Coriant (USA) Inc. Coriant North America, LLC Coriant Operations, Inc. E.D. Texas 2:19cv00257 | 2008-02-05 2008 Oyster Optics, Inc Discovery Semiconductor, Inc S.D. New York 1:08cv1161

**Opposition (EP):**

**License (EP):**

**EPO Procedural Status:**

**Front Page Drawing:**





**Assignee - Current US:** OYSTER OPTICS LLC

**Clarivate Analytics**

Copyright 2007-2019 CLARIVATE ANALYTICS



# United States Patent and Trademark Office

*Office of the Commissioner for Patents*

## DUAL-MODE FIBER OPTIC TELECOMMUNICATIONS SYSTEM AND METHOD

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 6665500 | 09772018 | 01/29/2001 | 12/16/2003 |

## Payment Window Status

**No maintenance fees are due.**

| WINDOW | STATUS | FEES |
|---|---|---|
| 11.5 Year | Closed | Paid |

| Window | First Day to Pay | Surcharge Starts | Last Day to Pay | Status | Fees |
|---|---|---|---|---|---|
| 3.5 Year | 12/16/2006 | 06/19/2007 | 12/17/2007 | Closed | Paid |
| 7.5 Year | 12/16/2010 | 06/17/2011 | 12/16/2011 | Closed | Paid |
| 11.5 Year | 12/16/2014 | 06/17/2015 | 12/16/2015 | Closed | Paid |

## Patent Holder Information

| | |
|---|---|
| **Customer #** | 67942 |
| **Entity Status** | UNDISCOUNTED |
| **Phone Number** | 5122362013 |
| **Address** | JACKSON WALKER L.L.P.<br>INTELLECTUAL PROPERTY PRACTICE GROUP<br>100 CONGRESS AVENUE<br>SUITE 1100<br>AUSTIN, TX 78701<br>UNITED STATES |