# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:20-cv-00211-JRG <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Patent Rule 4-5(d) and the Court's Docket Control Order, Plaintiff Oyster Optics, LLC ("Oyster") and Defendant Cisco Systems, Inc. ("Cisco") respectfully submit the Joint Claim Construction Chart attached as Exhibit A.

| | |
|---|---|
| Dated: April 9, 2021 | Respectfully submitted, |
| | **OYSTER OPTICS, LLC** |
| | By: /s/ *Reza Mirzaie* <br> Marc A. Fenster (CA SBN 181067) <br> E-mail: mfenster@raklaw.com <br> Reza Mirzaie (CA SBN 246953) <br> E-mail: rmirzaie@raklaw.com <br> Paul A. Kroeger (CA SBN 229074) <br> Email: pkroeger@raklaw.com <br> Neil A. Rubin, CA SBN 250761 <br> Email: nrubin@raklaw.com <br> RUSS, AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> Telephone: 310/826-7474 <br> Facsimile: 310/826-6991 |
| | T. John Ward, Jr. (TX SBN 00794818) <br> E-mail: jw@wsfirm.com <br> Claire Abernathy Henry (TX SBN 24053063) <br> E-mail: claire@wsfirm.com <br> Andrea L. Fair (TX SBN 24078488) <br> E-mail: andrea@wsfirm.com <br> WARD, SMITH & HILL, PLLC <br> P.O. Box 13231 <br> Longview, Texas 75601 <br> Tele: 903/757-6400 <br> Facsimile 903/757-2323 |
| | ***Attorneys for Plaintiff*** <br> ***OYSTER OPTICS, LLC*** |

By: */s/ Eric H. Findlay*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Findlay Craft PC
102 N College Avenue, Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
Duane Morris LLP
1075 Peachtree Street, NE Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com

John Matthew Baird
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801
Email: jmbaird@duanemorris.com

Joshua B. Long
jblong@duanemorris.com
**DUANE MORRIS LLP**
1330 Post Oak Blvd., Ste. 800
Houston, TX 77056
Telephone: 713.402.3910
Facsimile: 713.513.5761

*Attorneys for Defendant*
*CISCO SYSTEMS, INC.*

**CERTIFICATE OF SERVICE**

       I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on April 9, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                                       */s/ Reza Mirzaie*
                                                                                         Reza Mirzaie