# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.,<br><br>                *Defendant*. | Case No. 2:20-cv-00211-JRG |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

I.

COME NOW Plaintiff Oyster Optics, LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") and hereby file this Joint Motion to Amend Docket Control Order and states as follows:

II.

Pursuant to the Court's operative Amended Docket Control Order entered on January 12, 2021 (Dkt. 52, 53), the Parties hereby request a two-week extension of all current deadlines, including the scheduled trial date. The Parties have met and conferred regarding these upcoming deadlines and jointly submit this request.

III.

The Parties seek these extensions of time not for delay, but for good cause so that justice may be served. Specifically, Cisco's invalidity expert was injured in an accident on June 6, 2021, in which he fractured eight of his ribs. He is presently unable to complete Cisco's invalidity report, which is otherwise set to be due on June 14, 2021. In order to allow the expert time to recover, and to prevent prejudice to Oyster in serving its infringement report before Cisco serves its

1

invalidity report, the Parties have agreed to adjust expert-related deadlines by two weeks. However, given the compact nature of the existing schedule, the Parties further agreed to request leave to move all deadlines by a corresponding two weeks.

IV.

The proposed amended deadlines are shown in the table below.

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| November 1, 2021 | November 15, 2021 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| October 4, 2021 | October 18, 2021 | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date.[1] |
| September 27, 2021 | October 11, 2021 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| September 20, 2021 | October 4, 2021 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| September 20, 2021 | October 4, 2021 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

---

[1] The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire*.

| Current Deadline | Proposed Deadline | Event |
| --- | --- | --- |
| September 13, 2021 | September 27, 2021 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| September 7, 2021 | September 21, 2021 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| September 7, 2021 | September 21, 2021 | Serve Objections to Rebuttal Pretrial Disclosures |
| August 30, 2021 | September 14, 2021 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| August 16, 2021 | August 31, 2021 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| August 9, 2021 | August 24, 2021 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed <u>prior</u> to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[2] Motions for Summary Judgment shall comply with Local Rule CV-56. |

---

[2] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| July 26, 2021 | August 10, 2021 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| July 26, 2021 | August 10, 2021 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties.</u> |
| July 19, 2021 | August 2, 2021 | Deadline to Complete Expert Discovery |
| July 6, 2021 | July 20, 2021 | Serve Disclosures for Rebuttal Expert Witnesses |
| June 14, 2021 | June 29, 2021 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

WHEREFORE, Plaintiff Oyster Optics, LLC and Defendant Cisco Systems, Inc. respectfully pray that all current deadlines up to trial be extended, as set forth in the accompanying proposed docket control order.  Accordingly, the Parties respectfully request that the Court amend the Docket Control Order (Dkt. 52, 53) as provided above.

Dated:  June 9, 2021                               Respectfully submitted,


By: /s/ *Reza Mirzaie*                              By: */s/ Eric H. Findlay*
Marc A. Fenster (CA SBN 181067)     Eric H. Findlay
E-mail: mfenster@raklaw.com             Brian Craft
Reza Mirzaie (CA SBN 246953)           Findlay Craft PC
E-mail: rmirzaie@raklaw.com              102 N College Avenue
Adam Hoffman (CA SBN 218740)       Suite 900

4

| | |
|---|---|
| Email: ahoffman@raklaw.com<br>Neil A. Rubin, CA SBN 250761<br>Email: nrubin@raklaw.com<br>Paul A. Kroeger (SBN 229074)<br>Email: pkroeger@raklaw.com<br>Theresa M. Troupson (CA SBN No. 301215)<br>Email: ttroupson@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone:     310/826-7474<br>Facsimile:      310/826-6991<br><br>T. John Ward, Jr. (TX SBN 00794818)<br>E-mail: jw@wsfirm.com<br>Claire Abernathy Henry (TX SBN 24053063)<br>E-mail: claire@wsfirm.com<br>Andrea L. Fair (TX SBN 24078488)<br>E-mail: andrea@wsfirm.com<br>WARD, SMITH & HILL, PLLC<br>P.O. Box 13231<br>Longview, Texas 75601<br>Tele: 903/757-6400<br>Facsimile 903/757-2323 | Tyler, TX 75702<br>903/534-1100<br>Fax: 903/534-1137<br>Email: efindlay@findlaycraft.com<br>Email: bcraft@findlaycraft.com<br><br>Louis Norwood Jameson<br>Matthew Christopher Gaudet<br>John R Gibson<br>Alice Snedeker<br>Duane Morris LLP<br>1075 Peachtree Street, NE<br>Suite 2000<br>Atlanta, GA 30309-3929<br>404/253-6915<br>Fax: 404/253-6901<br>Email: wjameson@duanemorris.com<br>Email: mcgaudet@duanemorris.com<br>Email: jrgibson@duanemorris.com<br>Email: aesnedeker@duanemorris.com<br><br>John Matthew Baird<br>Duane Morris LLP<br>505 9th Street, NW<br>Suite 1000<br>Washington, DC 20004-2166<br>202/776-7819<br>Fax: 202/776-7801<br>Email: jmbaird@duanemorris.com |
| **ATTORNEYS FOR PLAINTIFF OYSTER OPTICS, LLC** | **ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.** |

## CERTIFICATE OF CONFERENCE

Counsel for Defendant, met and conferred with counsel for Plaintiff, and the Parties jointly request the relief sought in this motion.

    /s/ *Eric H. Findlay*
    Eric H. Findlay

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 9, 2021.

>*/s/ Eric H. Findlay*
>Eric H. Findlay