# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| OYSTER OPTICS, LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00211-JRG |
| CISCO SYSTEMS, INC., | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the parties' Joint Motion to Amend Docket Control Order (the "Motion") (Dkt. No. 79). In the Motion, the parties request a two-week extension of all current deadlines, including the scheduled trial date, to allow Plaintiff Oyster Optics, LLC's expert witness to recover from injuries resulting from a recent accident.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all current deadlines, including the scheduled trial date, in the above-captioned matter are **extended** by two weeks, as set forth in Dkt. No. 79-1.

**So ORDERED and SIGNED this 11th day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE