THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  Case No. 2:20-cv-211-JRG |
| CISCO SYSTEMS, INC., | § § § |
| *Defendant*. | § § |

### ORDER

Plaintiff Oyster Optics, LLC ("Plaintiff") filed an Objection (Dkt. No. 75) to Magistrate Judge Payne's Claim Construction Order (Dkt. No. 73). Defendant Cisco Systems, Inc. ("Defendant") filed a response to Plaintiff's Objection (Dkt. No. 77).

After reviewing the Plaintiff's Objection, Defendant's response, and the Claim Construction Order, the Court agrees with the reasoning provided within the Claim Construction Order and concludes that the Objection failed to show that the Claim Construction Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Plaintiff's Objection (Dkt. No. 75) and **ADOPTS** the Claim Construction Order (Dkt. No. 73).

**So Ordered this**
**Aug 31, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE