IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, | § |
| *Plaintiff*, | § § § |
| v. | §   CIVIL ACTION NO. 2:20-CV-00211-JRG |
| CISCO SYSTEMS, INC., | § § § |
| *Defendant*. | § § |

## ORDER

Before the Court is the parties' Joint Motion for Continuance (the "Motion"). (Dkt. No. 197.) In the Motion, the defendant Cisco Systems, Inc. ("Cisco") and plaintiff Oyster Optics, LLC ("Oyster") jointly seek a continuance of their current trial date of November 1, 2021, until January 18, 2022, because one of Cisco's key witnesses has a medical condition that prevents participation in the trial as currently scheduled. Oyster joined the Motion on the assurance that Cisco will not seek a further continuance on this basis. If this witness's treatment or condition were to change such that the witness is no longer available, the parties have agreed to seek other arrangements, such as a trial deposition, instead of a further continuance.

Having considered the Motion based on the parties' assurances a subsequent continuance will not be sought as to this witness, and noting the Motion's joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the trial date in the above-captioned case is **continued** until **January 18, 2022**.

**So ORDERED and SIGNED this 17th day of September, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE