IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OYSTER OPTICS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CISCO SYSTEMS, INC.,**<br><br>Defendants. | **Civil Action No. 2:20-cv-00211-JRG**<br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Oyster Optics, LLC and Defendant Cisco Systems, Inc. (collectively, the "Parties") jointly notify the Court that all matters in controversy between the Parties have settled in principle and jointly move for entry of an Order staying the above-captioned case in its entirety. The Parties jointly request that the Court stay all proceedings in this matter until February 10, 2022, when the parties intend to file a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted, this 11th day of January, 2022.

/s/ *Reza Mirzaie by permission Andrea L. Fair*
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Neil Rubin (CA SBN 250761)
Email: nrubin@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

    T. John Ward, Jr. (TX SBN 00794818)
    E-mail: jw@wsfirm.com
    Claire Abernathy Henry (TX SBN 24053063)
    E-mail: claire@wsfirm.com
    Andrea L. Fair (TX SBN 24078488)
    E-mail: andrea@wsfirm.com
    **WARD, SMITH & HILL, PLLC**
    P.O. Box 1231
    Longview, Texas 75601
    Tele: 903/757-6400
    Facsimile 903/757-2323

    **ATTORNEYS FOR DEFENDANT**
    **OYSTER OPTICS, LLC**

*/s/ Deron Dacus by permission Andrea L. Fair*
Eric H. Findlay
Brian Craft
**FINDLAY CRAFT PC**
102 N College Avenue
Suite 900
Tyler, TX 75702
Telephone: 903.534.1100
Facsimile: 903.534.1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
Alice Snedeker
**DUANE MORRIS LLP**
1075 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com
Email: aesnedeker@duanemorris.com

John Matthew Baird
**DUANE MORRIS LLP**
505 9th Street, NW

Suite 1000  
Washington, DC 20004-2166  
Telephone: 202.776.7819  
Facsimile: 202.776.7801  
Email: jmbaird@duanemorris.com

Deron R. Dacus (Bar No. 00790553)  
The Dacus Firm, P.C.  
821 ESE Loop 323, Suite 430  
Tyler, TX 75701  
(903) 705-1177  
(903) 581-2543 (fax)  
ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5(a)(3) on January 11, 2022.

*/s/ Andrea L. Fair*  
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

I certify that the parties have complied with the meet and confer requirements in Local Rule CV-7(h) and that this motion is filed jointly.

*/s/ Andrea L. Fair*  
Andrea L. Fair