# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **OYSTER OPTICS, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**CISCO SYSTEMS, INC.,**<br><br>    **Defendants.** | **Civil Action No. 2:20-cv-00211-JRG**<br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES IN LIGHT OF SETTLEMENT

Before the Court is Plaintiff Oyster Optics, LLC's and Defendant Cisco Systems, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. Having considered the Motion, the Court finds that the Motion should and hereby is **GRANTED**.

It is therefore **ORDERED** that all deadlines in the above-styled case are hereby **STAYED** for thirty (30) days from the issuance of this Order, during which time dismissal papers shall be tendered to the Court.