# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:20-CV-00211-JRG |
| | § |
| CISCO SYSTEMS, INC., | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 246) (the "Motion"). In the Motion, Plaintiff Oyster Optics, LLC and Defendant Cisco System, Inc. (collectively, the "Parties") inform the Court that all matters in controversy between the Parties have settled in principle. The Parties request the Court stay all proceedings in the above-captioned case until February 10, 2022, so they may prepare and finalize a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines in the above-captioned case are **STAYED** until February 10, 2022, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 12th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE