# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:20-cv-00211-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINE STAYING THE CASE
## AND TO SUBMIT A STIPULATION OF DISMISSAL

Plaintiff Oyster Optics, LLC ("Oyster") and Defendant Cisco Systems, Inc., ("Cisco") and respectfully request a two-week extension of the stay of the case and to submit a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

On January 11, 2022, the Parties filed a joint motion to stay all deadlines and notice of settlement (Dkt. 246), requesting that the Court stay all proceedings until February 10, 2022. The next day, the Court granted that motion (Dkt. 247). Since then, the Parties have diligently worked to finalize the settlement agreement and are close to doing so. A short extension would allow the Parties to complete the agreement and file the stipulation of dismissal.

WHEREFORE, the Parties respectfully request the Court enter the attached order extending the deadline staying the case and for the Parties to file the stipulation of dismissal from February 10 to February 24.

Dated: February 7, 2022

By: /s/ *Paul A. Kroeger*
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Adam Hoffman (CA SBN 218740)
Email: ahoffman@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
Paul A. Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
Theresa M. Troupson (CA SBN No. 301215)
Email: ttroupson@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone:   310/826-7474
Facsimile:   310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair (TX SBN 24078488)
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 13231
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323


**ATTORNEYS FOR PLAINTIFF OYSTER OPTICS, LLC**

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, P.C.
102 North College Avenue
Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
Alice Snedeker
Duane Morris LLP
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com
Email: aesnedeker@duanemorris.com

John Matthew Baird
Duane Morris LLP
505 9th Street, NW
Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801
Email: jmbaird@duanemorris.com

Deron R. Dacus (Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1177
(903) 581-2543 (fax)
ddacus@dacusfirm.com


**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant, met and conferred with counsel for Plaintiff, and the Parties jointly request the relief sought in this motion.

/s/ *Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 7, 2022.

*/s/ Eric H. Findlay*
Eric H. Findlay