**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

OYSTER OPTICS, LLC.,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Case No. 2:20-cv-00211-JRG

**JURY TRIAL DEMANDED**

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, Oyster Optics LLC ("Oyster") and Defendant Cisco Systems, Inc. (collectively "Cisco") have agreed to settle, adjust, and compromise all claims and counterclaims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

AGREED:

Dated: February 24, 2022

Respectfully submitted,

**OYSTER OPTICS, LLC**

By: /s/ *Reza Mirzaie*
Marc A. Fenster (CA SBN 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
E-mail: rmirzaie@raklaw.com
Paul A. Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
Neil A. Rubin, CA SBN 250761
Email: nrubin@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

T. John Ward, Jr. (TX SBN 00794818)
E-mail: jw@wsfirm.com
Claire Abernathy Henry (TX SBN 24053063)
E-mail: claire@wsfirm.com
Andrea L. Fair (TX SBN 24078488)
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 13231
Longview, Texas 75601
Tele: 903/757-6400
Facsimile 903/757-2323

***Attorneys for Plaintiff***
***OYSTER OPTICS, LLC***

By: */s/ Matthew C. Gaudet*
Eric H. Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
Findlay Craft PC
102 N College Avenue, Suite 900
Tyler, TX 75702
903/534-1100
Fax: 903/534-1137
Email: efindlay@findlaycraft.com

Email: bcraft@findlaycraft.com

Louis Norwood Jameson
Matthew Christopher Gaudet
John R Gibson
Alice E. Snedeker
Duane Morris LLP
1075 Peachtree Street, NE Suite 1700
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com
Email: mcgaudet@duanemorris.com
Email: jrgibson@duanemorris.com
Email: aesnedeker@duanemorris.com

John Matthew Baird
Duane Morris LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
202/776-7819
Fax: 202/776-7801
Email: jmbaird@duanemorris.com

***ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 24, 2022, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff conferred with counsel for Defendant by e-mail and confirmed the Parties jointly request the relief sought herein.

*/s/ Reza Mirzaie*
Reza Mirzaie